AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Students 4 Mental Health Justice ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-11452-FDS |
| The President and Fellows of Harvard College ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Students 4 Mental Health Justice.

Date: 06/03/2025

/s/ Madeleine Reichman
*Attorney's signature*

Madeleine Reichman, AttorneyRegistration#5602172
*Printed name and bar number*

Disability Rights Advocates
655 Third Avenue, Suite 2619
New York, NY 10017-5621

*Address*

mreichman@dralegal.org
*E-mail address*

(212) 644-8644
*Telephone number*

(212) 644-8636
*FAX number*