# Exhibit 1



HARVARD
COLLEGE



# Student Handbook

## 2025–2026

# HARVARD
## COLLEGE



# STUDENT HANDBOOK

## Academic Year 2025-2026

*Cover photo by Kris Snibbe*

# TABLE OF CONTENTS

**THE MISSION OF HARVARD COLLEGE** .................................................................................. 7

**HONOR CODE** ............................................................................................................................ 7

**DISCRETIONARY CHANGES** ...................................................................................................... 8

**EMERGENCY RESERVATION OF RIGHTS** ............................................................................... 8

**ACADEMIC INFORMATION** ....................................................................................................... 9

    Bachelor of Arts and Bachelor of Science Degrees ................................................................. 9
        UNDERGRADUATE PROGRAM OF STUDY .......................................................................... 9
        CLASSROOM SOCIAL COMPACT ......................................................................................... 9
        REQUIREMENTS FOR THE DEGREE .................................................................................. 9
        CREDIT REQUIREMENTS ................................................................................................... 10
        RESIDENCY REQUIREMENT .............................................................................................. 11

    Concentration Requirement .................................................................................................... 11
        DECLARING A CONCENTRATION ...................................................................................... 11
        JOINT CONCENTRATIONS ................................................................................................. 12
        DOUBLE CONCENTRATIONS ............................................................................................. 12
        CHANGING CONCENTRATIONS ......................................................................................... 12
        TUTORIAL ............................................................................................................................ 13
        GENERAL EXAMINATIONS ................................................................................................. 13

    College Requirements ............................................................................................................ 13
        GENERAL EDUCATION REQUIREMENT ............................................................................ 13
        DISTRIBUTION REQUIREMENT .......................................................................................... 14
        QUANTITATIVE REASONING WITH DATA REQUIREMENT ............................................... 14
        EXPOSITORY WRITING REQUIREMENT ............................................................................ 15
        LANGUAGE REQUIREMENT ............................................................................................... 15

    Disability Access ................................................................................................................... 17

    Other Academic Opportunities ............................................................................................... 17
        SECONDARY FIELDS ......................................................................................................... 17
        STUDY ABROAD ................................................................................................................. 17
        EARNING DEGREE CREDIT FOR STUDY ABROAD .......................................................... 18
        DOMESTIC STUDY OUT OF RESIDENCE .......................................................................... 18
        LANGUAGE CITATION ........................................................................................................ 18
        STUDY AT OTHER BOSTON-AREA INSTITUTIONS .......................................................... 19
        CERTIFICATE FOR CIVIC ENGAGEMENT ......................................................................... 19
        CONCURRENT MASTER'S DEGREE .................................................................................. 20
        HARVARD FELLOWSHIP FOR TEACHING ......................................................................... 20

    Check-in Process and Course Registration ........................................................................... 20
        CHECK-IN PROCESS .......................................................................................................... 20
        CHOICE OF COURSES ....................................................................................................... 20
        COURSE REGISTRATION ................................................................................................... 21

    Course Credit Without Letter Grades ..................................................................................... 21
        FIRST-YEAR SEMINAR PROGRAM (GRADED SAT/UNS) ................................................. 21
        COURSES TAKEN BY CROSS-REGISTRATION ................................................................. 22
        COURSES GRADED PASS/FAIL ......................................................................................... 22
        COURSES GRADED SAT/UNS ........................................................................................... 22
        INDEPENDENT STUDY (GRADED PASS/FAIL) .................................................................. 22
        EXPERIENTIAL STUDY ...................................................................................................... 23

    Simultaneous Enrollment ....................................................................................................... 23

    Cross-Registration ................................................................................................................. 23
        REGULATIONS .................................................................................................................... 24
        GRADING ............................................................................................................................. 24
        ROTC ................................................................................................................................... 24

    Change of Course .................................................................................................................. 25
        DROPPING/ADDING COURSES ......................................................................................... 25

WITHDRAWING FROM COURSES WITHOUT CREDIT.................................................25
CHANGING LETTER-GRADED OR PASS/FAIL STATUS OF COURSES.................................25

Year-long Courses.....................................................................................25
SUSPENDING CREDIT.................................................................................26
DIVIDING WITH CREDIT AT MIDYEAR.............................................................26
LEAVING A YEAR-LONG COURSE AT MIDYEAR BECAUSE OF ABSENCE FROM THE COLLEGE .......26
CHANGING LETTER-GRADED OR PASS/FAIL STATUS.............................................26

Repeating Courses....................................................................................26

Rate of Work...........................................................................................27
TUITION CHARGES....................................................................................27

Additional Term.......................................................................................28

Extra Transfer Term..................................................................................28

Harvard Summer School.............................................................................28

Grades and Honors...................................................................................30
GRADING SYSTEM....................................................................................30
LETTER GRADES......................................................................................30
NON-LETTER GRADES................................................................................30

Grade Point Averages for Undergraduates....................................................31

Promotion..............................................................................................32

Requirements for Honors Degrees...............................................................32
SUMMA CUM LAUDE IN A FIELD....................................................................33
MAGNA CUM LAUDE IN A FIELD....................................................................33
CUM LAUDE IN A FIELD.............................................................................33
CUM LAUDE FOR THE OVERALL RECORD..........................................................33

Academic Performance..............................................................................34

Minimum Requirements.............................................................................34

Satisfactory and Unsatisfactory Academic Records ........................................34

Exclusion from a Course............................................................................34

Academic Integrity, Academic Dishonesty, and the Harvard College Honor Code...................34
FIRST-YEAR STUDENTS..............................................................................35
ALL STUDENTS........................................................................................35
PLAGIARISM AND COLLABORATION...............................................................35
SUBMISSION OF THE SAME WORK TO MORE THAN ONE COURSE..............................36
TUTORING SCHOOLS AND TERM PAPER COMPANIES..........................................36
OFFICIAL FORMS AND PETITIONS.................................................................36

Attendance............................................................................................36
RESTRICTED ATTENDANCE..........................................................................37

Absence from Classes................................................................................37

Hour and Midterm Examinations.................................................................38

Reading Period........................................................................................38
FINAL EXAMINATION PERIOD......................................................................39
EXAMINATION RULES................................................................................39
LATE ARRIVAL TO EXAMINATION..................................................................40
ILLNESSES DURING THE EXAMINATION ..........................................................40
ABSENCE FROM FINAL EXAMINATIONS...........................................................40
ABSENCES FOR RELIGIOUS REASONS.............................................................41
MAKEUPS FOR EXAMINATIONS: EXCUSED ABSENCES.........................................41
EXAMINATIONS IN ABSENTIA......................................................................42

Extension of Time for Written or Laboratory Work ........................................42

Leaves of Absence....................................................................................43
VOLUNTARY LEAVES OF ABSENCE (GRANTED BY PETITION) ................................43
INVOLUNTARY LEAVES OF ABSENCE..............................................................43

While on Leave of Absence.........................................................................45

USE OF COLLEGE SERVICES AND FACILITIES ........................................................46
COURSE WORK DONE OUT OF RESIDENCE ........................................................46
RETURNING TO COLLEGE ........................................................47
AGREEMENTS TO ENGAGE IN TREATMENT ........................................................49

**GENERAL REGULATIONS** ........................................................**50**

Standards of Conduct in the Harvard Community ........................................................50

Non-Discrimination and Anti-Bullying ........................................................50

Sexual Harassment and Other Sexual Misconduct ........................................................51
INFORMATION AND ADVICE ........................................................52

Faculty Resolutions ........................................................52
RESOLUTION ON RIGHTS AND RESPONSIBILITIES ........................................................52
INTERPRETATION ........................................................53
PROTECTED SPEECH ........................................................53
COMMISSION OF INQUIRY ........................................................53

Physical Violence ........................................................54

Drugs and Alcohol ........................................................54
SUMMARY OF CITY, STATE, AND FEDERAL LAWS AND REGULATIONS ........................................................55
DISCIPLINARY ACTION ........................................................55
HELP-SEEKING POLICY ........................................................55
RESPONSIBILITIES OF STUDENT GROUPS ........................................................56
APPLICATION OF THE HELP-SEEKING POLICY TO STUDENT GROUPS ........................................................56
USUAL RESPONSES ........................................................56

Student Business Activity ........................................................57

Unauthorized Recording ........................................................58
COURSE RECORDINGS ........................................................58
STUDENT PUBLISHING OR DISTRIBUTION OF COURSE MATERIALS ........................................................58

Regulations Concerning the Use of University Resources ........................................................58
USE OF LIBRARIES, RESEARCH SUPPORT, AND USE OF COLLECTIONS ........................................................58
USE OF COMPUTERS AND NETWORKS ........................................................59

Privacy of Information ........................................................60
HARVARD UNIVERSITY POLICY ON ACCESS TO ELECTRONIC INFORMATION ........................................................60
ELECTRONIC COMMUNICATION ........................................................60

Intellectual Property and Copyrighted Materials ........................................................61

Harvard University Identification Cards ........................................................61

Use of College and University Resources ........................................................61

Fire Regulations ........................................................62

Threats Involving Deadly Weapons, Explosives, Bombs, Chemical or Biological Agents, or Other Deadly Devices or Substances ........................................................62

Firearms, Explosives, Combustible Fuels, Firecrackers, and Dangerous Weapons ........................................................63

Betting and Gambling ........................................................64

Anti-Hazing Policy ........................................................65
FEDERAL LAW: THE STOP CAMPUS HAZING ACT ........................................................65
MASSACHUSETTS ANTI-HAZING LAW ........................................................66

**ADMINISTRATIVE BOARD OF HARVARD COLLEGE, HARVARD COLLEGE HONOR COUNCIL, AND STUDENT-FACULTY JUDICIAL BOARD** ........................................................**68**

Administrative Board of Harvard College ........................................................68
ACTIONS OF THE ADMINISTRATIVE BOARD ........................................................69
ADMINISTRATIVE BOARD ACTIONS AND LETTERS OF RECOMMENDATION ........................................................72
READMISSION AFTER REQUIREMENT TO WITHDRAW FOR DISCIPLINARY OR ACADEMIC REASONS ....72
ADMISSION MATERIALS ........................................................73

Student-Faculty Judicial Board ........................................................74

Harvard College Honor Council ...................................................................................................... 74
    ACTIONS OF THE HONOR COUNCIL ......................................................................................... 74
    HONOR COUNCIL ACTIONS AND LETTERS OF RECOMMENDATION ................................. 76
    READMISSION AFTER REQUIREMENT TO WITHDRAW BY THE HONOR COUNCIL FOR DISCIPLINARY
    REASON ..................................................................................................................................... 77

**HOUSING OFFICE** ......................................................................................................................... **78**

  On-Campus Housing: System and Assignments ......................................................................... 78
    HOUSING ASSIGNMENTS ......................................................................................................... 78
    TRANSFERRING BETWEEN RESIDENTIAL HOUSES .............................................................. 79
    HOUSING FOR STUDENTS REQUIRING ACCOMMODATION .................................................. 79
    RELIGIOUS ACCOMMODATION REQUESTS ........................................................................... 79
    GENDER-INCLUSIVE HOUSING ............................................................................................... 79
    VETERANS, MARRIED, AND FAMILY STUDENT HOUSING ..................................................... 80

  Housing Policies ......................................................................................................................... 80
    THOSE WHO WILL ORDINARILY BE HOUSED ........................................................................ 81
    THOSE WHO WILL BE HOUSED ON A SPACE-AVAILABLE BASIS ONLY ............................... 81
    HOUSING CONTRACT ............................................................................................................... 81
    OTHER RESIDENCES ................................................................................................................ 83
    OCCUPANCY DURING SUMMER AND BETWEEN TERMS ....................................................... 83
    CANCELLATION FEES ............................................................................................................... 83
    RENTER INSURANCE ................................................................................................................ 83

  Housing Alternatives ................................................................................................................... 83
    THE DUDLEY COOPERATIVE .................................................................................................... 83
    COMMUTERS ............................................................................................................................. 84
    STUDENTS WHO MOVE OFF CAMPUS .................................................................................... 84
    VISITING UNDERGRADUATE STUDENTS ................................................................................ 84
    DUDLEY COMMUNITY ............................................................................................................... 84

**DEAN OF STUDENTS OFFICE: RESIDENTIAL LIFE** ................................................................... **85**

  Policies Governing Enrollment and Residency ........................................................................... 85
    DISCIPLINARY ACTIONS ........................................................................................................... 85
    ROOMMATE RIGHTS AND RESPONSIBILITIES ....................................................................... 85
    COMMUNITY RESPONSIBILITIES ............................................................................................. 86
    GUESTS ..................................................................................................................................... 86
    SECURITY AND ACCESS ........................................................................................................... 86
    FIRE SAFETY REGULATIONS, INSTRUCTIONS, AND PROCEDURES .................................... 87
    REGULATIONS ........................................................................................................................... 87
    MISSING PERSONS POLICY ..................................................................................................... 87

  Effect of Health Issues ............................................................................................................... 88
    EFFECT OF HEALTH ISSUES ON RESIDENCY AND ENROLLMENT ....................................... 88
    RESPONSIBILITIES OF HEALTH AND COUNSELING SERVICES ............................................ 88
    RESPONSIBILITIES OF HARVARD COLLEGE ........................................................................... 89
    AGREEMENTS TO ENGAGE IN TREATMENT .......................................................................... 90
    CLEARANCE FOR RETURN ...................................................................................................... 90

  Consultations and Interventions for Behavioral Disturbances Due to Alcohol or Drug Abuse or Other
  Health Issues ............................................................................................................................. 92
    BEHAVIORAL DISTURBANCES DUE TO ALCOHOL OR DRUG ABUSE OR OTHER HEALTH ISSUES ......... 92
    AGREEMENT TO TREATMENT ................................................................................................. 94
    MONITORING STUDENT COMPLIANCE – ALL HEALTH ISSUES ............................................. 94

**MEDICAL INSURANCE AND HUHS** .............................................................................................. **95**

  Massachusetts Insurance Requirements .................................................................................... 95

  Harvard University Student Health Program (HUSHP) ................................................................ 95

  Waiving the HUSHP Student Health Insurance Plan ................................................................... 95

  Mental Health Coverage ............................................................................................................. 95

  Dental Coverage Options ............................................................................................................ 96

  Confidentiality and Consent ........................................................................................................ 96

Danger to Self or Others ................................................................................................ 96

Treatment at Area Hospitals or Medical Facilities .......................................................... 97

Patient Advocate ............................................................................................................ 97

Accessible Healthcare at Harvard .................................................................................. 97

Required Immunizations ................................................................................................. 98

Travel Health Immunizations and Information ................................................................. 98

**POLICIES FOR UNDERGRADUATE STUDENT ORGANIZATIONS** ........................................... **99**

Unrecognized and Non-Harvard Organizations .............................................................. 99

Hazing ............................................................................................................................ 100

Religion .......................................................................................................................... 100

Distribution of Printed Matter .......................................................................................... 100

Solicitation ..................................................................................................................... 100

Use of Harvard University Trademarks ........................................................................... 100

Fundraising and Development ......................................................................................... 101

Meetings and Events ...................................................................................................... 101

Restricted Dates for Events ............................................................................................ 102

Working with Minors ....................................................................................................... 102

Exceptions to Student Organization Policies .................................................................. 102

**FINANCIAL OBLIGATIONS** ........................................................................................... **103**

Payment Policy ............................................................................................................... 103

Amount Due .................................................................................................................... 103

Monthly Payment Plan .................................................................................................... 103

Student Account Refunds ............................................................................................... 104

Late Payment of Tuition and Fees .................................................................................. 104

Information for Degree Candidates ................................................................................. 104

Acceleration ................................................................................................................... 104

Dishonored Payments .................................................................................................... 104

Information for Students Leaving the College .................................................................. 105

**FINANCIAL AID** .......................................................................................................... **105**

Conditions Governing Financial Aid Awards ................................................................... 105

Basis of Original Award .................................................................................................. 106

Reapplication of Financial Aid after First Year ............................................................... 106

Expectations Regarding Other Contributions .................................................................. 107
PARENTAL CONTRIBUTION .......................................................................................... 107
PARENT LOANS ............................................................................................................ 107
SUMMER EARNINGS .................................................................................................... 107
STUDENT ASSETS ........................................................................................................ 107
OUTSIDE SCHOLARSHIPS ........................................................................................... 107

Nonresident, Married, and Out-of-Residence Students ................................................... 108
NONRESIDENT STUDENTS .......................................................................................... 108
MARRIED STUDENTS OR STUDENTS WITH DEPENDENTS ........................................ 108
STUDENTS STUDYING OUT OF RESIDENCE .............................................................. 108

Summer School ............................................................................................................. 108

Refund Policy ...........................................................................................................................108

Federal Verification ..................................................................................................................108

Statement of Privacy ...............................................................................................................108

**EDUCATION RECORDS** .................................................................................................................**110**

Education Records ...................................................................................................................110

Access .....................................................................................................................................110

Directory Information ................................................................................................................110

Other Disclosures Permitted under FERPA ..............................................................................111

Student Rights under FERPA ...................................................................................................112

Users Located in the European Economic Area ........................................................................112

# THE MISSION OF HARVARD COLLEGE

The mission of Harvard College is to educate the citizens and citizen-leaders for our society. We do this through our commitment to the transformative power of a liberal arts and sciences education.

Beginning in the classroom with exposure to new ideas, new ways of understanding, and new ways of knowing, students embark on a journey of intellectual transformation. Through a diverse living environment, where students live with people who are studying different topics, come from different walks of life, and have evolving identities, intellectual transformation is deepened, and conditions for social transformation are created. From this we hope that students will begin to fashion their lives by gaining a sense of what they want to do with their gifts and talents, assessing their values and interests, and learning how they can best serve the world.

# HONOR CODE

Harvard College is an academic and residential community devoted to learning and the creation of knowledge. We — the academic community of Harvard College, including the faculty and students — view integrity as the basis for intellectual discovery, artistic creation, independent scholarship, and meaningful collaboration. We thus hold honesty — in the representation of our work and in our interactions with teachers, advisors, peers, and students — as the foundation of our community.

> Members of the Harvard College community commit themselves to producing academic work of integrity — that is, work that adheres to the scholarly and intellectual standards of accurate attribution of sources, appropriate collection and use of data, and transparent acknowledgment of the contributions of others to their ideas, discoveries, interpretations, and conclusions. Cheating on exams or problem sets, plagiarizing or misrepresenting the ideas or language of someone else as one's own, falsifying data, or any other instance of academic dishonesty violates the standards of our community, as well as the standards of the wider world of learning and affairs.

A fundamental goal of the College is to foster an environment in which its members may live and work productively together, making use of the rich resources of the University in individual and collective pursuit of academic excellence, extracurricular accomplishment, and personal challenge.

For this goal to be achieved, the community must be a tolerant and supportive one, characterized by civility and consideration for others. Therefore, the standards and expectations of this community are high, as much so in the quality of interpersonal relationships as they are in academic performance.

# DISCRETIONARY CHANGES

It is every student's responsibility to be aware of, and compliant with, the policies of Harvard College and Harvard University. Harvard College reserves the right to make changes to the Student Handbook at any time without advance notice. These changes may affect such matters as tuition and other fees, degrees and programs offered (including the modification or possible elimination of degrees and programs), degree and other academic requirements, academic policies, rules pertaining to student conduct and discipline, fields or areas of concentration, and other rules and regulations applicable to students.

The University reserves the right to cancel or modify courses of instruction, to change times, days, or locations of courses, and to change a course's instructor(s) at any time

# EMERGENCY RESERVATION OF RIGHTS

Harvard College retains the discretion to act as it deems necessary in extraordinary circumstances to protect the health and safety of the Harvard community. For these purposes "extraordinary circumstances" include, but are not limited to, public health emergencies, extreme weather events, and other conditions posing broad threats to community health and safety or significantly disrupting campus life or learning. Discretionary measures available to Harvard College may include, but are not limited to, making recourse to remote or hybrid instruction; suspending or limiting access to University-provided residential housing; limiting its provision of or access to certain activities and services, introducing or modifying vaccination, mask, and physical distancing mandates; and implementing compulsory testing and tracing programs as required conditions for accessing the Harvard campus or Harvard facilities.

# ACADEMIC INFORMATION

## Bachelor of Arts and Bachelor of Science Degrees

### UNDERGRADUATE PROGRAM OF STUDY

The academic year consists of two 15-week terms--fall and spring. Each term includes approximately 13 weeks of scheduled classes, a 6- to 7-day reading period, and a 9-day examination period. Regardless of format, each course will require a minimum of 3 hours of work for each unit of credit, an average total of at least 12 hours of work each week for the standard 4-credit course. This includes all in-person course meetings and work completed outside of scheduled academic exercises. Academic exercises are defined as any instructional components associated with courses, including but not limited to discussion sections, lectures, and laboratory sections.

Harvard College offers an in-person, residential education where students live together and learn together—both inside and outside of the classroom. In keeping with the residential mission of the College, active engagement in the classroom setting is essential. Regular, in-person attendance at academic exercises is expected of all students. Students are expected to remain in the immediate vicinity of Cambridge throughout the academic year, with the exception of scheduled vacations and holidays. In most cases, students absent for more than two weeks in any one term may be placed on involuntary leave of absence.

### CLASSROOM SOCIAL COMPACT

A Harvard College education is defined by the pursuit of knowledge. The classroom forms the center of a Harvard College education, and students are expected to prioritize their coursework.

Academic excellence requires students to participate in a thoughtful, candid, and free exchange of ideas. A successful classroom depends on student attendance, attentiveness, and active intellectual engagement. Students should approach learning with curiosity, intellectual openness, respect for new ideas and for other people's perspectives. Students should expect regularly to encounter evidence, analysis, interpretations, and opinions that challenge their point of view. Student speech, assignments, and exams can be evaluated by instructors as factually incorrect or poorly argued, for example—but a student's status in a course, including their grades, will not be affected by their political or ethical point of view.

As a default, no member of a course—instructors or students—should post on social media (or share information that enables others to post) identifiable student classroom statements without written consent. Likewise, class participants should assume that, while they may discuss classroom conversations outside of class, they may not attribute ideas to a specific student without that student's written consent. Confidentiality policies do not override Harvard's Non-Discrimination, Anti-Bullying, & Other Professional Conduct Policies.

### REQUIREMENTS FOR THE DEGREE

The Faculty of Arts and Sciences (FAS) offers undergraduates a wide range of courses to satisfy individual objectives and interests. In defining the requirements for the Bachelor of Arts (A.B.) and Bachelor of Science (S.B.) degrees, the Faculty has sought to accommodate those objectives and interests, and, at the same time, to establish a framework for study in the College that ensures involvement with important areas of general knowledge (the General Education requirements) and in-depth study of one specific area (the concentration requirement). In addition, students must demonstrate competence in certain skills reflective of the complex

9

demands of modern society (writing, quantitative reasoning with data, and facility with a language other than English) and achieve a satisfactory level of performance in their work. Each of these requirements is set forth in detail below. (For the S.B. degree requirements, see "Engineering Sciences," in Fields of Concentration, https://handbook.college.harvard.edu/#fields.) Students are responsible for knowing the rules that apply to their candidacy for the A.B. or S.B. degree.

Exceptions to the rules may be made only by special vote of the Administrative Board of Harvard College (hereafter referred to as the Administrative Board) or by those administrative officers or committees to which the Faculty, for certain matters, has delegated authority to act on its behalf.

CREDIT REQUIREMENTS

All candidates for the A.B. or the S.B. degree must pass 128 credits (the equivalent of 32 4-credit courses) and receive letter grades of C– or higher in at least 84 of those credits (at least 96 credits to be eligible for a degree with honors). A "course" is equivalent to 4 credits, and a course is normally the length of a term. (A "course" is equivalent to the "half-course" designation in earlier Handbooks.) The only non-letter grade that counts toward the requirement of 84 satisfactory letter-graded credits is Satisfactory (SAT); only one (8-credit) senior tutorial course graded Satisfactory may be so counted.

Forty-eight of the required 84 letter-graded credits should be completed by the end of sophomore year. Ordinarily, no first-year student or sophomore may take fewer than three letter-graded courses (4 credits per course) in any term. First-year students who wish to complete fewer than 16 credits per term must obtain the approval of their Resident Dean.

Students studying abroad for one term (fall or spring) must pass 112 credits at Harvard and receive letter grades of C- or higher in at least 72 of them (84 to be eligible for a degree with honors). Students studying abroad for two terms (fall and spring), and sophomore transfer students (32 credits granted) must pass 96 credits at Harvard and receive letter grades of C- or higher in at least 60 of them (at least 72 to be eligible for a degree with honors). Junior transfer students (64 credits granted) must pass 64 credits at Harvard and receive letter grades of C- or higher in at least 40 of them (at least 48 to be eligible for a degree with honors). The precise number of credits with C- or higher required of transfer students will be subject to evaluation at the time of matriculation at Harvard.

RESIDENCY REQUIREMENT

Because of the residential mission of Harvard College, students are required to be in residence during term time. Students will not ordinarily be recommended for the A.B. or S.B. degree without having completed eight terms of residence.

Exceptions to the residency requirements are made for students who graduate in fewer than eight terms or who matriculated with transfer credit. Some students may complete Harvard degree requirements in fewer than eight terms as a result of course work done elsewhere that is approved in advance and counted by Harvard toward degree requirements (see "Requirements for the Degree"), or as a result of course work done at the Harvard Summer School (see "Harvard Summer School"), or as a result of having worked at a rate of more than 16 credits per term.  No student will be recommended for the A.B. or the S.B. degree who has not completed a minimum of four regular terms in the College as a candidate for that degree and passed at least 64 credits during regular terms in Harvard College.

Students who have not completed the degree requirements within the allotted number of terms ("lost degree" candidates) may complete degree requirements only by enrolling in the Harvard Summer School, by successfully petitioning the Administrative Board for an additional term (see "Additional Term"), or, if eligible, by enrolling in an approved study abroad program (see "Study Abroad").

# Concentration Requirement

All degree candidates must fulfill the requirements of one of the recognized fields of concentration, an approved joint concentration, or an approved special concentration. Overviews of each concentration, its specific requirements, and how to obtain more information about the concentration are included in Fields of Concentration, https://handbook.college.harvard.edu/#fields.

In many concentrations, students may pursue either a basic program or one that makes them eligible for honors in the field. Honors-eligible programs generally differ from basic programs in that they require a senior thesis and/or advanced course work. To be awarded the degree with honors in the field of concentration, the student must complete the honors requirements within the concentration, receive an honors recommendation from the department or committee that supervises the concentration, and meet the College-wide requirements for an honors degree. Students should understand that completing the degree requirements for an honors-eligible program does not guarantee that they will graduate with honors (see "Requirements for Honors Degrees").

### DECLARING A CONCENTRATION

Students should plan their concentration program with a representative of the concentration who will approve the Declaration of Concentration and the Plan of Study. This procedure constitutes official admission to the field of concentration. Students ordinarily must fulfill concentration requirements as they were defined in the Fields of Concentration and Secondary Fields requirements the year the Plan of Study was approved, although in those situations in which a concentration subsequently changes its requirements, the Head Tutor or Director of Undergraduate Studies may allow students to substitute the new requirements.

Every student is required to have a documented advising conversation with a representative from one or more prospective concentrations near the end of the second term of enrollment. These advising conversations do not indicate any binding decision on the part of the student.

Concentrations choose their own criteria for defining these advising conversations, so the form and context may vary from program to program. Please consult the Advising Programs Office for more information at advising@fas.harvard.edu.

Students must declare a concentration via my.harvard in the fall term of their second year (see the Harvard College Academic Calendar, https://registrar.fas.harvard.edu/harvard-college-academic-calendar, for specific deadlines). Students who are out of sequence because of leaves or withdrawals must declare a concentration no later than two weeks before the end of classes of their third term of enrollment.

JOINT CONCENTRATIONS

A joint concentration combines two fields that are each an undergraduate concentration and integrates them into a coherent field of study, culminating in an interdisciplinary thesis written while enrolled in the thesis tutorial of one concentration only.
Some concentrations do not participate in joint concentration programs, so students should consult with the Head Tutor or Director of Undergraduate Study in the relevant fields for more information. One of the concentrations is designated the primary concentration. For students to receive approval for a joint concentration, both of the participating concentrations must be satisfied with the coherence and merit of the student's plan and be prepared to supervise the program in detail.

For students who do not wish to integrate the work of two separate fields into one coherent program, but still wish to pursue a second disciplinary area, a double concentration or secondary field may be appropriate (see Fields of Concentration, https://handbook.college.harvard.edu/#fields).

DOUBLE CONCENTRATIONS

The double concentration facilitates in-depth, structured coursework in two separate concentrations. The coursework in these two fields may not substantially overlap with each other. A limit of 8 credits (generally 2 courses) may be double counted between the two concentrations. Students may apply to write theses in both concentrations but may receive honors in only one concentration, which must be designated as the honors field. Departmental honors are determined solely by the designated honors field. Students may choose to pursue a double concentration or a joint concentration, but not both.

Declaration of the double concentration does not require approval from both concentrations. Each concentration will review and approve declaration separately. Students must declare at least one concentration in the fall term of their second year (see the Harvard College Academic Calendar, https://registrar.fas.harvard.edu/harvard-college-academic-calendar, for specific deadlines). Students who are out of sequence because of leaves or withdrawals must declare a concentration no later than two weeks before the end of classes of their third term of enrollment. Students may declare a double concentration at that time, declaring their honors field by the end of the spring term of their second year before the deadline for fall term registration, leaving time to benefit from advising in both concentrations. Students pursuing the Bachelor of Science (S.B.) degree may not pursue a double concentration.

CHANGING CONCENTRATIONS

A change of field on the student record and transcript is not complete until the petition has been approved by the department and the change is reflected on my.harvard.

After the deadline for degree applications in a student's final term in the College, a change of

concentration will be granted only with the approval of the Administrative Board. Ordinarily, approval will be granted to facilitate a student's completion of degree requirements, but not to enhance the level of honors awarded.

## TUTORIAL

Each field of concentration has jurisdiction, within FAS guidelines, over its own tutorial program. These programs are outlined under the individual requirements for each field in Fields of Concentration. Except for those tutorial courses graded SAT/UNS (see "Non-Letter Grades"), letter grades ordinarily are reported for tutorials given for credit. A field of concentration may bar any student from the tutorial program because of unsatisfactory work.

Ordinarily, the work in a senior tutorial centers on writing a thesis. A student who does not complete the thesis but nevertheless wishes to receive credit for the tutorial course may be required by the concentration to submit a paper or other substantial piece of work before any credit can be awarded.

## GENERAL EXAMINATIONS

Some concentrations require that students pass a general examination before being recommended for the degree or being recommended for the degree with honors in the field. No student concentrating in a field where general examinations are required is eligible for the degree, whatever the student's record in courses may be, until the student has passed this examination to the satisfaction of the concentration.

Students in concentrations with general examinations should consult with the concentration's tutorial office about scheduling these examinations. In some cases, general examinations are scheduled for the spring term only. As a result, students who will complete all other academic requirements (including the thesis) in the fall term and do not plan to enroll for the spring term may need to speak with their concentration, their Resident Dean, and the Registrar in order to sit for the general examination.

# College Requirements

## GENERAL EDUCATION REQUIREMENT

Students must complete four General Education courses, one from each of the following four General Education categories:
- § Aesthetics & Culture
- § Ethics & Civics
- § Histories, Societies, Individuals
- § Science & Technology in Society

Beginning with the Class of 2029, all four courses must be letter-graded. Students through the Class of 2028, with permission of the instructor, may take one course pass/fail.

There are no constraints regarding the timing of these courses, as long as all are completed by graduation.

General Education requirements will not be reduced for transfer students, or term time study abroad.

Only courses approved by the Standing Committee on General Education can be used to fulfill General Education requirements. Students may not petition to have courses count.

Designated Harvard Summer School and Harvard Summer Study Abroad courses may count for General Education. Ordinarily, summer courses count if they are identical to courses that receive General Education credit during the academic year and are taught by the same Harvard faculty members who teach them during the academic year (or by a member of the same department).

In-person attendance is required for all course components with no remote substitutes for class time.

For questions, students should refer to the Harvard College Program in General Education website (https://gened.college.harvard.edu/), or contact the General Education Office (617-495-2563, 1414 Massachusetts Avenue, Third Floor, gened_questions@fas.harvard.edu).

DISTRIBUTION REQUIREMENT

All students must complete one, 4-credit departmental (non-Gen Ed) course in each of the three main divisions of the FAS and the John A. Paulson School of Engineering and Applied Sciences (SEAS):

- § Arts and Humanities
- § Social Sciences
- § Science and Engineering and Applied Sciences

Courses used to fulfill the distribution requirement may be taken pass/fail with the permission of the instructor. However, when the same courses are being used to fulfill a concentration or secondary field requirement, there may be limitations on pass/fail options.

All courses in every division will count toward the distribution requirement except elementary- and intermediate-level languages, some graduate courses, courses in Expository Writing, music performance courses graded SAT/UNSAT, First-Year Seminars, and House Seminars.

A course taken to fulfill a Divisional Distribution requirement cannot be counted toward the College's Quantitative Reasoning with Data (QRD) requirement.

There are no constraints regarding the timing of these courses, as long as all are completed by graduation.

Transfer students may fulfill the distribution requirement with courses taken at their previous undergraduate institution. Courses taken during term time or summer study abroad, and courses taken at Harvard Summer School may also count for the distribution requirement.

For questions, students should contact divdist@fas.harvard.edu.

QUANTITATIVE REASONING WITH DATA REQUIREMENT

Students must complete one course in Quantitative Reasoning with Data. Beginning with the Class of 2029, the QRD must be completed for a letter grade. However, when the same courses are being used to fulfill a concentration or secondary field requirement, there may be limitations on pass/fail options.

Only courses approved by the QRD Committee can be used to fulfill the QRD requirement. Students may not petition to have a course count. A course taken to fulfill the QRD requirement cannot be counted toward the College's Divisional Distribution requirement.

There are no constraints regarding the timing of this requirement, as long as it is completed by graduation.

Designated Harvard Summer School courses may fulfill the QRD requirement. For questions, students should contact QRD@fas.harvard.edu.

EXPOSITORY WRITING REQUIREMENT

Degree candidates admitted as first-year students must enroll during their first year of residence in a prescribed course in Expository Writing offered by the Harvard College Writing Program. A final grade of D– or better in Expository Writing 20 ordinarily fulfills the writing requirement; however, the Director of the Harvard College Writing Program may require particular students to do additional work during the following term in order to satisfy the requirement. Courses taken on a pass/fail basis may not be used to fulfill the Harvard College writing requirement. Harvard Summer School courses in expository writing or creative writing may not be used to fulfill the Harvard College writing requirement. Harvard Summer School courses in expository writing may not be used for degree credit.

All transfer students are expected to satisfy the same writing requirement as students admitted as first-year students unless they have demonstrated superior writing ability in the English language before they arrive at Harvard. Transfer students who seek exemption from the writing requirement must provide the Director of the Harvard College Writing Program with a substantial sample of their own written work in the summer before matriculation at Harvard. Such a sample should include at least 20 double-spaced, typewritten pages. Papers submitted to and evaluated by a faculty member at the college the student attended before coming to Harvard constitute an appropriate sample. The Director will evaluate the papers and decide if an exemption should be granted. Transfer students seeking exemption should contact the Harvard College Writing Program at 617-495-2566 or expos@fas.harvard.edu for more information.

Any student who fails to complete the writing requirement during the first year of residence must enroll in an appropriate Expository Writing course during each subsequent term of residence until the requirement is met.

LANGUAGE REQUIREMENT

Degree candidates must demonstrate proficiency in a language other than English that is taught at Harvard or for which an appropriate examination can be given.

The language requirement demands rigorous study but does not require a particular format of study or examination. Students should be taught in all forms of a language that are customary in the practice of that language. The requirement can be satisfied in one of the following ways:

§   Earning a minimum score of 700 on a College Entrance Examination Board SAT II Test in a language other than English, a score of 5 on a relevant Advanced Placement examination, or a score of 7 on a relevant Higher Level (HL) International Baccalaureate examination.
§   Earning a passing score as determined by the department on a placement examination administered by certain language departments.
§   Passing with a letter grade one appropriate year-long course (8 credits) or two term-

long courses (4 credits each) in one language at Harvard, or the equivalent as determined by the appropriate language department. These courses may not include foreign literature courses conducted in English.

§   Passing with a letter grade in a language course or courses at the appropriate level taken in Harvard programs abroad, as approved by the appropriate language department. Study completed at other institutions may also fulfill the requirement if approved by the appropriate language department whether through examination or on the basis of achieving a minimum grade.

§   A student whose high school education was conducted in a language other than English may satisfy the language requirement with evidence of the official high school transcript.

§   A student who claims fluency in a language other than English may satisfy the language requirement through satisfactory completion of an examination in the relevant language, provided that an appropriate examination can be given. If the language is not one that is offered at Harvard, and if a qualified examiner, as determined by the Office of Undergraduate Education (OUE), cannot be identified, the student must meet the language requirement with another language.

No student may take the relevant departmental examination more than once for the purpose of meeting the language requirement.

Details on language placement exams, including the process for registering for these exams and FAQs, can be found on the Placement Exams Information website, at https://placement.college.harvard.edu.

Any student who has not met the language requirement upon entrance to Harvard ordinarily is required to enroll in and complete with a passing letter grade an appropriate year-long language course (8 credits) or two term-long language courses (4 credits each) in a single language. (An appropriate course is one for which a student qualifies by previous instruction or placement test.) Most introductory courses in all languages taught at Harvard count toward fulfillment of the language requirement; exceptions are noted in the course listings in my.harvard. Students are encouraged to begin language study in their first year. If after the second term of study the requirement has not yet been met, a hold will be placed on the student record. To lift the hold, a student must have an advising conversation with their first-year advisor and develop a concrete plan to complete the requirement.

Exceptions to the ordinary means of satisfying the requirement, or to the timing of the requirement, can be granted only by the Administrative Board upon the recommendation of the student's Resident Dean.

Students who plan to continue language study beyond the requirement level may wish to qualify for a citation in that language (see Fields of Concentration, https://handbook.college.harvard.edu/#fields).

# Disability Access

The Disability Access Office (DAO) serves as the central campus resource for students with visible and invisible disabilities to identify barriers and implement plans for access at Harvard College, the Graduate School of Arts and Sciences (GSAS), and the SEAS. More information on the DAO office can be found at https://dao.fas.harvard.edu.

Students are encouraged to make initial contact with DAO upon admission or as soon as mental or physical health-related concerns arise. For a more comprehensive description of DAO services, policies, and documentation requirements, visit the DAO website (https://dao.fas.harvard.edu) or contact DAO at dao@fas.harvard.edu or 617-496-8707. Students who are dissatisfied with their accommodations may wish to exercise their right to submit a grievance and may refer to the DAO website for details about the grievance procedure.

# Other Academic Opportunities

## SECONDARY FIELDS

Secondary fields provide the opportunity for focused study (four to six courses) outside of the primary area of concentration, but they are entirely optional and are not required for graduation. A secondary field may complement the primary area of study in the concentration, or it may be entirely separate. Unlike a joint concentration, no integrative work between the secondary field and the primary concentration is required. The successful completion of a secondary field will appear on a student's transcript. No student may receive credit for more than one secondary field.

Only one course (4 credits) may count simultaneously toward a secondary field and a concentration; courses taken through cross-registration (if allowed by the secondary field program) will not count toward the College grade point average; and students must adhere to the guidelines and procedures for obtaining credit for study abroad in order to count such courses for a secondary field.

No student may sign up for a secondary field before declaring a concentration. Students are responsible for notifying secondary fields of their interest in the program, for tracking their requirements, and for submitting a completed Secondary Field request via my.harvard no later than the deadline. See Fields of Concentration.

## STUDY ABROAD

Rising sophomores, juniors, and seniors may study abroad through direct enrollment as a non-degree seeking student in a foreign university, in programs sponsored by U.S. universities, or in programs organized through private study abroad organizations. The Office of International Education (OIE) maintains a list of approved programs, which is reviewed and updated on a regular basis. If a student finds a program that is not on the approved list, the student must follow the formal petition process for approval. Details about term-time study abroad, including application instructions and deadlines, may be found on the OIE website at https://oie.fas.harvard.edu.

To be approved for study abroad, a student must be in good academic and disciplinary standing during the term immediately preceding the proposed period of study. Unless granted permission by the Administrative Board in advance, a student cannot be granted degree credit for course work that begins when the student is on probation for any reason.

## EARNING DEGREE CREDIT FOR STUDY ABROAD

Students participating in term-time for-credit study abroad will reduce by one the number of terms for which they may register at Harvard College.

It is expected that students who study abroad for a term or academic year will take a full course load, as determined and approved by the OIE, and consistent with the College's policies for students studying on campus.

Credits earned abroad are considered transfer credit, and up to a full year of credit may be earned. No more than 16 credits may be earned per term for term-time study abroad, and no more than 8 credits may be earned per summer for summer study abroad. A maximum total of 32 transfer credits may be earned from studying abroad. Credit earned abroad may transfer in as concentration and/or elective credit and may also contribute to a secondary field or language citation. Additionally, students may take courses to satisfy the Harvard College departmental distribution requirement. Specific information about these options is provided through the OUE or by emailing divdist@fas.harvard.edu.

## DOMESTIC STUDY OUT OF RESIDENCE

Harvard does not ordinarily grant credit for study out of residence at other U.S. institutions except in rare cases when such study is judged to offer a "special opportunity" unavailable to the student at Harvard. Information on the process for petitioning for credit for study out of residence within the U.S. can be obtained from the student's Resident Dean. If the student's petition is approved by the Administrative Board, the OIE will be notified by the appropriate Dean and will instruct the student on how to apply for transfer credit.

## LANGUAGE CITATION

Many of the language, literature, and civilization departments offer citations to non-concentrators in a modern or ancient language. The award of a language citation will be noted on the transcript at the time degrees are voted, and it will be included in the Commencement program. Students will also receive printed citations along with their diplomas.

Each language citation program consists of four courses (4 credits per course or equivalent) of language instruction beyond the first-year level and/or courses taught primarily in that language. At least two of these courses must be at the third-year level or beyond. Appropriate courses taken in approved programs of study out of residence for which the student receives Harvard degree credit may be counted toward a citation. Courses that satisfy the requirements for a citation may also be counted toward the distribution requirement, Secondary Field, and/or concentration requirements, as appropriate.

For a complete list of language citations offered and the specific requirements for each, please consult Fields of Concentration at https://handbook.college.harvard.edu.

Students must complete all courses to count toward the citation with letter grades of B− or better. Regardless of the level at which a student enters a language program at Harvard, all citations require the completion of four courses (4 credits per course or equivalent) taken at Harvard or counted for Harvard degree credit. Language courses that meet these criteria but are bracketed on the transcript may be counted toward a language citation. Some programs require that courses be taken in a particular sequence; students should consult the relevant language advisors for more information.

Students who plan to satisfy the requirements for a language citation must complete a

Language Citation Study Plan with the Head Tutor or Director of Undergraduate Studies of the relevant department and as early as the declaration of concentration and no later than the deadline for degree applications in your final term in the College. Details about the process of declaring a citation can be found by consulting the Registrar's Office website at https://registrar.fas.harvard.edu.

## STUDY AT OTHER BOSTON-AREA INSTITUTIONS

Students with strong academic plans may wish to incorporate one or more courses at a local college or university with which Harvard does not have a cross-registration agreement, while continuing to be enrolled and taking courses in the College. (The FAS has cross-registration agreements with the other Harvard Schools and with MIT; see "Courses Taken by Cross-Registration").

With the exception of students enrolled in a double degree (A.B./M.M.) or joint studies program supported by the College between the College and New England Conservatory or between the College and Berklee College of Music, Harvard undergraduates wishing to earn Harvard degree credit during a given term (up to 8 credits that are not available at Harvard) must demonstrate that these courses will contribute to a compelling academic plan tied to their concentration. This plan must be endorsed by the student's Head Tutor or Director of Undergraduate Studies, and then the student may petition the Administrative Board by the appropriate deadline for the term in which the student wishes to include courses elsewhere in their plans of study.

Harvard College students who are enrolled in Harvard's double degree (A.B./M.M.) program with New England Conservatory or joint studies program with Berklee College of Music may petition the Administrative Board by the appropriate deadline in order to be allowed to take up to two courses in a given term at New England Conservatory or Berklee College of Music. Double degree and joint studies students must demonstrate that the course will contribute to a compelling academic plan tied to their work in the double degree program and that the course is not offered at Harvard. The student's plan must be endorsed by the advisor to the double degree program in Harvard's Department of Music. It is each student's responsibility to gain admission to and pay for instruction at the other institution and to present a transcript from the other institution for the work completed at the end of the term, following the usual procedures for study out of residence. Harvard tuition is reduced for these students on a per-course basis for each course taken elsewhere for Harvard degree credit, and those students eligible for financial aid may apply their aid to the costs of studying at the other institution. Provided that their combined program at Harvard and the other institution adds up to a full load, students may continue in College housing subject to the ordinary eligibility rules. All other administrative procedures and limitations on the overall amount of credit a student may earn out of residence follow the policies for full-time study out of residence (see "Earning Degree Credit for Study Abroad" and https://oie.fas.harvard.edu/credit-guidelines). For more information, students should consult their Resident Dean.

## CERTIFICATE FOR CIVIC ENGAGEMENT

A Certificate for Civic Engagement recognizes students who have demonstrated sustained participation in public service and civic involvement through academic engagement, rigorous analysis of social issues, and critical assessment of the policies, strategies, and practices designed to address them. The certificate is awarded to students who have completed all three required elements: (1) 12 credits (generally 3 courses) for coursework from an approved list, including at least one course designated as an experiential learning or engaged scholarship course; (2) direct service, policy and/or advocacy work totaling at least three-hundred hours; (3) an immersive, faculty-led retreat focused on synthetic reflection and integrative learning bridging the connection between the coursework and service work.

Detailed information on declaring a Certificate for Civic Engagement can be found on the website for the Office of Undergraduate Education (OUE) at oue.fas.harvard.edu.

## CONCURRENT MASTER'S DEGREE

Students may apply to the GSAS for a master's degree pursued concurrently with the bachelor's degree. As part of the concurrent degree program, students will be allowed to double-count up to 16 credits for the A.B. and either the Master of Arts (A.M.) or the Master of Science (S.M.). An undergraduate student pursuing the concurrent degree will complete both of these degrees by the end of eight terms of residency or the equivalent. Students wishing to pursue this option should consult the GSAS at https://gsas.harvard.edu/joint-degrees for a list of approved programs.

## HARVARD FELLOWSHIP FOR TEACHING

Harvard College seniors and alumni are invited to apply to The Harvard Fellowship for Teaching at the Harvard Graduate School of Education's Teaching and Teacher Leadership (TTL) master's degree program. TTL's Teaching Licensure strand gives novice and early-career teachers the skills and experience they need to pursue Massachusetts licensure in secondary education in math, biology, chemistry, physics, general science, English, or history.  The Harvard Fellowship for Teaching covers a majority of Ed.M. tuition and provides a stipend. For more information, please see: https://www.gse.harvard.edu/masters/programs/ttl.

# Check-in Process and Course Registration

## CHECK-IN PROCESS

Students are required to complete the check-in process each term by the date designated in Harvard's Academic Calendar. A student who fails to complete the check-in process by the deadline is subject to disciplinary action. Information about the check-in process is available on the Registrar's Office website at https://registrar.fas.harvard.edu/.

## CHOICE OF COURSES

For information about course numbering and course selection, please visit the Registrar's Office website at https://registrar.fas.harvard.edu/.

Undergraduates may not enroll in courses numbered in the 300s or 3000s. The appropriate course level is indicated in the course record ("for undergraduates," "for undergraduates and graduates," etc.). Exceptions are students in their fourth year of residence who are candidates for the master's degree. They may enroll in such courses with the instructor's permission.

It is inappropriate for students to receive credit for the same work for which they are financially compensated. Thus, undergraduate course assistants may not receive academic credit in any form, including Independent Study and Supervised Reading and Research course credit, for courses with which they are assisting. Research for which students receive a grant may inform their academic work. Research performed for other financial compensation may inform academic work in subsequent terms only, and only with the express permission of the employer, including a laboratory head.

COURSE REGISTRATION

Prior to registering for courses, students must meet with their first-year student advisor, advisor or concentration advisor. After the meeting, the advisor will lift the advising hold. Students officially register for courses by submitting them online at my.harvard. Registration is not complete until students have enrolled in their minimum required course load — typically 16 credits — and any required petitions for cross-registration or Independent Study have been approved. Students need to enroll in the course after receiving approval of their petition; the final step belongs to the student.

Students who fail to register for a minimum required course load are subject to disciplinary action and may be placed on an involuntary leave of absence. Ordinarily, no students, including those who have not been able to clear holds for financial reasons, will be allowed to register for courses after the second Friday following the start of each term. Students enrolling after the open/add drop deadline will need to follow the "add" process, meaning that the permission of each instructor is required. After the fifth Monday of the term, the Administrative Board's approval is also required. The deadline to change the grading basis of a course to pass/fail or back to a letter grade is the eleventh Monday of the term.

It is the responsibility of students to confirm their course enrollment for that term. A student is considered registered only for those courses listed in "My Classes" on my.harvard for the current term. A student may not sign any other person's name or initials, or falsify in any way, a Plan of Study, change-of-course petition, registration form, or any other official form or petition, hard copy or electronic. Violation of this rule makes the student subject to disciplinary action, including a requirement to withdraw.

# Course Credit Without Letter Grades

Students enrolling in courses without letter grades are reminded of the following requirements:

§   Each term students must take for credit at least one letter-graded course offered by the FAS.
§   Of the 128 credits students must pass to receive the degree, at least 84 credits (96 credits for a degree with honors) must be letter-graded C– or higher and be given by the FAS. The only non-letter grade that may be counted toward the requirement of 84 satisfactory letter-graded credits is Satisfactory (SAT). Please see the section below on Courses Graded SAT/UNS for an explanation of which SAT courses may be considered.
§   Writing, General Education, Quantitative Reasoning with Data, foreign language, and certain concentration requirements can only be satisfied by letter-graded courses.
§   Ordinarily, no first-year student or sophomore may take fewer than three letter-graded courses (4 credits per course) in any term.

Transfer and term-time study abroad students should see "Credit Requirements" and related sections.

FIRST-YEAR SEMINAR PROGRAM (GRADED SAT/UNS)

First-year students admitted to First-Year Seminars may earn non-letter-grade credit up to a maximum of two courses (4 credits per course). First-year students may not ordinarily enroll in both a First-Year Seminar and another non-letter-graded course in any one term (with the exception of COMPSCI 50 and a First-Year Seminar). A Satisfactory (SAT) grade in a First-Year

Seminar may not be counted toward the requirement of 84 satisfactory letter-graded credits unless the seminar fulfills a concentration requirement.

## COURSES TAKEN BY CROSS-REGISTRATION

Courses taken either by cross-registration or out of residence for degree credit will not be counted toward the letter-graded credit requirement and will not factor into the student's grade point average (GPA), unless a failing grade. (see "Cross-Registration").

## COURSES GRADED PASS/FAIL

Any undergraduate may, with permission of the instructor, change the grading basis of a letter-graded course to pass/fail. There is no limit to the number of courses a student may take pass/fail as long as the student satisfies the requirements for letter-graded courses as outlined earlier. To enroll in a course on this basis, go to the Documents tab in my.harvard and click on *Grading Basis Change Request.* No course may be changed to pass/fail nor may the grading basis of a course be changed after the eleventh Monday of the term.

## COURSES GRADED SAT/UNS

Some courses, most notably tutorial courses (see "Non-Letter Grades") and First-Year Seminars, are graded SAT/UNS. In addition, House Seminars may be graded SAT/UNS at the option of the course instructor and with the approval of the Committee on First-Year Seminars. When so graded, House Seminars will not count toward the 84 satisfactory letter-graded credit requirement. A First-Year Seminar will not count toward the 84 satisfactory letter-graded credit requirement unless it is being used to fulfill a concentration requirement. Only one yearlong (8-credit) senior tutorial course graded Satisfactory (SAT) may be counted toward the requirement of 84 satisfactory letter-graded credits.

## INDEPENDENT STUDY (GRADED PASS/FAIL)

Independent Study is designed to provide credit for field research, academic study not available in regular course work, or practice or performance in the arts. It is not suitable for group instruction, paid work, or activities outside the competence or concern of one of Harvard's departments.

Any sophomore, junior, or senior whose previous record is satisfactory may petition to undertake Independent Study for non-letter-graded credit. A student may petition to take up to a total of 16 credits of Independent Study. Independent Study courses are subject to the same rules for dropping and withdrawing as any other course.

Independent Study is not counted toward General Education requirements and is not normally counted toward concentration or secondary field requirements.

First-year students may not enroll in Independent Study. They may, however, seek special permission from their Resident Dean to enroll in one Supervised Reading and Research course within the FAS (91r- and 910r-level course category) if an appropriate member of the FAS has indicated a willingness to supervise.

Additional information and the petition to undertake Independent Study are available on the OUE website at https://oue.fas.harvard.edu/.

EXPERIENTIAL STUDY

Experiential Study is designed to provide academic credit for work or research away from campus related to a student's field of study (concentration or secondary field). Additional information and the petition to apply for one credit of experiential study can be found on the OUE website.

## Simultaneous Enrollment

The Faculty believes that active engagement in a classroom setting is essential to learning. Therefore, students may not enroll in courses that meet at the same time or at overlapping times, except in two cases:

1. When one of the two courses has been granted a waiver from the Administrative Board petition process by a subcommittee of the Standing Committee on Undergraduate Educational Policy (EPC). Some of the courses approved for this waiver may establish limitations to such enrollment and/or delineate requirements that must be followed for a student to enroll simultaneously with another course. For a list of courses granted waivers, and the corresponding limitations and/or requirements, please see the OUE website at https://oue.fas.harvard.edu/.

2. When a senior can meet degree requirements only by taking the two particular courses in question and will have no other opportunity to enroll in the courses before graduation. In such circumstances, the Administrative Board may approve reasonable accommodations in consultation with the instructors of the courses involved.

It is the student's responsibility to ensure that there is no overlap in the meeting times of their courses, including, but not limited to discussion sections or labs.

Students who wish to petition the Administrative Board for simultaneous enrollment under exception number two should work directly with their Resident Dean.

## Cross-Registration

Students who wish to enroll in courses offered by Harvard's professional Schools or MIT may do so at my.harvard.edu and should visit the Registrar's Office website (https://registrar.fas.harvard.edu/cross-registration) for instructions. In addition to submitting an online petition, first-year students are also required to send a statement of interest by email to their Resident Dean. The statement should explain why the student wants to cross-register, how the course fits into the student's curricular plans, and why no other courses within the FAS will meet those needs.

In order to cross-register, a student's immediately previous academic record ordinarily must be satisfactory. Exceptions must be approved by the Resident Dean. See "Harvard Summer School" for information on registration in the Harvard Summer School.

Under special conditions it may be possible for a student to earn degree credit for courses taken at another local institution provided that those courses contribute to a compelling academic plan tied to the student's concentration (see "Study at Other Boston-Area Institutions").

College credit may *not* be granted for courses taught through remote formats.

## REGULATIONS

Credit for coursework completed through cross-registration at other Harvard Schools and MIT will be applied toward the 128-minimum number of credits required for the A.B. or S.B. degree without limit. Courses taken through cross-registration will not meet the College's Divisional distribution requirement. Students participating in cross-registration must enroll in at least one, 4-credit FAS course each term (see "Rate of Work").

All undergraduate regulations, including those regarding the deadlines for dropping and withdrawing, makeups, and extensions of time apply to cross-registration courses, even though other schools may use a different calendar. These regulations also apply to undergraduates cross-registered in courses that may be applicable to graduate degree requirements. Harvard College students are expected to follow the deadlines and procedures of both the College and the other school or university. When two deadlines conflict, the earlier one applies.

Students must complete all course work by the last day of FAS examinations unless they receive approval from the Administrative Board for an extension of time (see "Extensions of Time for Written or Laboratory Work"). Students must bring examination conflicts caused by cross-registration to the attention of the appropriate registrars as soon as possible. Students requesting a makeup examination in a cross-registration course must report this request to their Resident Dean, as usual, and must also petition the Registrar of the school offering the course to arrange the makeup, which, if approved, will be given under the rules of that School.

To meet graduation deadlines, second-term seniors should notify the instructor that grades for degree candidates must be received by the FAS Registrar's Office at least 10 days prior to Commencement. Harvard College students cannot graduate if grades are missing.

Students may not cross-register into January term courses nor may they receive credit for January term courses.

## GRADING

Grading evaluation and notation for cross-registered courses will adhere to the standards of the school offering the course and will be recorded on the student transcript. These grading conventions may not be altered. Because "Incomplete" cannot be accepted as a grade for an undergraduate, such grades will be converted to "No Credit" (a failing grade) unless an extension of time is voted by the Administrative Board. Students may take cross-registered courses for a letter grade or pass/fail unless a specific grading option is required for the course.

Passing grades received for courses taken through cross-registration will not be used in computing a student's College GPA. Courses taken by cross-registration will normally be equated to FAS courses for the purpose of calculating rate of work (see "Rate of Work") but will not be counted toward the letter-graded credit requirement or any honors degree requirements. A failing grade or the equivalent earned in a cross-registered course will be included in honors degree calculations and GPA. Harvard will not count toward the undergraduate degree any courses that have been credited toward other degrees already conferred.

## ROTC

Students may earn up to 8 Harvard credits through ROTC at MIT toward the Harvard degree. These courses will count toward the overall credits required to graduate, but they will not factor into the student's GPA or satisfy concentration requirements. See the Harvard FAS Registrar

Office's website (https://registrar.fas.harvard.edu/rotc) for enrollment instructions.

# Change of Course

It is the student's responsibility to review their list of registered courses carefully, and to perform the appropriate add/drop/swap function at my.harvard by the fifth Monday of the term. Corrections (as opposed to changes) to student records made after the established deadlines of the fifth or eleventh Monday of the term are made by the Registrar. Late changes must be approved by the Administrative Board.

DROPPING/ADDING COURSES

Students may add a course until the fifth Monday of the term with the permission of the instructor. Students may drop a course from their record only until the fifth Monday of the term. Special enrollment dates are used for module courses (typically half-term in length); consult the Academic Calendar of the School offering such courses.

WITHDRAWING FROM COURSES WITHOUT CREDIT

A student may petition to withdraw from a course by the eleventh Monday of a term. When a petition to withdraw from a course has been approved, the student's record will carry the notation "WD" for the course. The transcript states: "WD indicates permission to withdraw from the course without completing requirements and credit for the course."

A student who does not receive permission to drop or withdraw from a course by the fifth or eleventh Monday, respectively, and who is absent from a regularly scheduled final examination, during the Final Examination and Project Period, will receive a grade of ABS (Absent) in the course. An unexcused ABS is equivalent in all respects to a failing grade.

CHANGING LETTER-GRADED OR PASS/FAIL STATUS OF COURSES

A course may be changed from letter-graded to pass/fail (with the instructor's approval) or changed from pass/fail to letter-graded until the eleventh Monday of the term. After that day, no changes in the grading status of any course can be made.

# Year-long Courses

A small number of course offerings in FAS are year-long, which means that they extend from September to May and ordinarily count for 8 credits. Year-long courses, such as certain senior tutorials and first-year language courses, are considered indivisible, which means a student must successfully complete the entire year-long course in order to earn credit, and the course ordinarily may not be divided midyear with credit.

Students who enroll in the fall term for a year-long course will be auto-enrolled for the second part of the course in the spring and may not drop the course after the fifth Monday of the fall term. Students will be granted a midyear grade for the course at the end of the fall term with a notation that it is a midyear grade. Upon completion of the spring term the fall grade will be replaced on the transcript with the spring grade, and that grade will be used to calculate GPA.

Year-long courses are subject to the drop deadline of the fall term and the withdrawal deadline of the spring term.

## SUSPENDING CREDIT

Should a student need to leave a year-long course at the end of one term and plan to complete the second half at a later date, the student may, with the permission of the instructor, suspend the first half until the course is completed. The deadline for filing a petition to suspend is the eleventh Monday of the subsequent term. A student may take the second half of the course at a later time, and the suspended grade for the fall will be replaced by the spring term grade of the second half of the course. In some cases when the faculty member of either iteration of the course deems it appropriate, the student may be required to divide the course with credit as opposed to suspending it.

Any suspended course that has not been completed or divided for credit by the eleventh Monday of the student's final term in residence will automatically be converted to the status of "withdraw" by the Registrar's Office.

## DIVIDING WITH CREDIT AT MIDYEAR

Students may only divide a year-long course with half credit (ordinarily 4 credits) with the written consent of the instructor and the approval of the Registrar's Office. Students should consult the Registrar's Office for additional information about this option. No student shall be allowed to divide with credit after the fifth Monday of the spring term.

## LEAVING A YEAR-LONG COURSE AT MIDYEAR BECAUSE OF ABSENCE FROM THE COLLEGE

When a student who is enrolled in a year-long course leaves the College at midyear, the Registrar's Office automatically suspends the course if the student has earned a passing midyear grade. If the student has a failing midyear grade, the student will be withdrawn from the course; however, the failing grade makes the student's record for that term unsatisfactory, and the student will be subject to academic review by the Administrative Board. Upon return to the College, the student may change an automatic suspend to a withdrawal.

## CHANGING LETTER-GRADED OR PASS/FAIL STATUS

The fall term grading status of a year-long course may not be changed because it is a temporary grade that is replaced by the spring term grade upon completion of the full year course. A student who is enrolled in a year-long course during the fall term may change the grading status of that course for the spring term by filing an appropriate change-of-grade petition by the eleventh Monday of the spring term. Pass/fail grading status always requires the instructor's permission.

# Repeating Courses

Students who wish to repeat a course for which they have received a passing grade may do so. The second iteration of the course and its grade will appear on the transcript showing zero credit and will not count in any way toward degree requirements, determination of honors, or grade point average.

Occasionally, two courses with different numbers will present material that overlaps in content to a significant degree, and in such instances the rules for repeating a course will pertain if a student wishes to take both courses. Courses that are determined to overlap to a significant degree are identified by the department(s) offering them and are so noted in my.harvard.

Students are normally allowed to repeat failed courses for both grade and credit. Note, however, that the failing grade received when the course was taken the first time remains a permanent part of the College record, and both grades are factored into the grade point average.

Courses designated with an "r" (such as 91r) in my.harvard may be repeated for credit without petition.

# Rate of Work

The FAS typically awards 4 credits to a term-long course and does not assign extra credit for courses with laboratory work. The normal rate of work is 16 credits per term, at least 4 credits of which must be taken for degree credit and a letter grade and offered by the FAS.

Ordinarily, students may take 20 credits each term (five courses, 4 credits per course). Students wishing to take more than 20 credits in a term must obtain the approval of their Resident Dean. First-year students who wish to take more than 16 credits (four courses, 4 credits per course) in their first term must obtain the approval of their Resident Dean. Students may not enroll in more than 24 credits (six courses, 4 credits per course) in one term without Administrative Board approval.

Ordinarily, no student may work at a rate less than necessary to maintain a yearly average rate of 32 credits passed (i.e., by the end of the first year, at least 32 credits completed; by the end of sophomore year, at least 64 credits completed; and by the end of junior year, at least 96 credits completed). By taking extra courses, students may accumulate credit that may be used to reduce their rate of work in a subsequent term or terms, provided that the overall average rate of 32 credits per year is maintained. First-year students who wish to complete fewer than 16 credits per term must obtain the approval of their Resident Dean. Students who do not proceed toward the degree at a satisfactory rate are subject to Administrative Board action, including denial of permission to register for subsequent terms.

All College students are considered full-time, even those who have enrolled below the normal rate of work per term (16 credits). Eligibility for Federal and State funding may be impacted if a student is enrolled in fewer than 12 credits, resulting in an adjustment to the amount of financial aid a student will receive. The U.S. federal government may require the University to provide a report of all students enrolled in fewer than 12 credits and, therefore, considered part-time. Students should consult the Griffin Financial Aid Office at faoinfo@fas.harvard.edu for the potential impacts of enrolling in fewer than 12 credits per term.

TUITION CHARGES

The Disability Access Office (DAO) will determine if an accommodation is necessary to permit a student to enroll below the normal rate of work. The DAO considers factors including significant and unavoidable time deficits related to treatment and health management. All accommodation determinations are made on an individualized basis.

Any tuition adjustments will be made by the Registrar's Office in consultation with the DAO. No remission of tuition is allowed when a student has been excluded from a course (see "Grading System" and "Exclusion from a Course"; see also "Residency Requirement").

Visiting undergraduate students will be charged at a per-course rate. Courses dropped or withdrawn will be charged on a prorated term following the tuition refund schedule for students withdrawing from the University.

## Additional Term

In exceptional cases, and only to meet specific degree requirements for the A.B. degree, students may petition the Administrative Board for permission to remain in the College for one term beyond the end of the second term of their senior year. Students undertaking the S.B. degree who require additional time in the College in order to meet the requirements of that degree must petition the Engineering Undergraduate Committee by the appropriate deadline. Tuition for an additional term is charged at a per course rate. Ordinarily, students in an additional term are not eligible for College housing or financial aid. Before petitioning the Administrative Board or the Engineering Undergraduate Committee for an additional term, students should consult with their Resident Dean about their proposed academic program, tuition and fees, and eligibility for College housing and financial aid. The Administrative Board or the Engineering Undergraduate Committee will weigh the student's academic record and performance in the community when considering these petitions. Under no circumstances will the Administrative Board grant a student permission for more than one additional term.

## Extra Transfer Term

The system by which intercollegiate transfer students receive credit for work done at their previous colleges may underestimate the amount of time a student needs at Harvard to complete a sound and appropriate program for the degree. Therefore, to meet specific degree requirements, transfer students may petition the Administrative Board for an "extra transfer term" in addition to the allotted number of terms they were granted on admission. Transfer students are eligible for only one extra transfer term.

Students granted an extra transfer term:

§   Enroll and pay at the 16-credit rate (4 courses per term, 4 credits per course).

§   Are entitled to housing in the College, provided they have not already lived in College housing for six terms, in which case they may apply for housing on a space-available basis.

§   May apply for financial aid to help defray the costs of the extra transfer term.

If transfer students need no more than two additional courses to complete their academic programs, they may petition for an additional term (see "Additional Term"). Students may petition for an additional term following an extra transfer term or without having completed an extra transfer term. These students are subject to all the usual "additional term" provisions.

## Harvard Summer School

Degree credit will be granted only for summer school courses offered by the Harvard Summer School, except that under special circumstances credit for course work done at other institutions may be awarded provided that advance approval has been obtained (see "Earning Degree Credit for Study Abroad"). Harvard undergraduates may not earn credit for courses taken through the Division of Continuing Education's Extension School.

All numbered or lettered courses announced in the Harvard Summer School catalog count as work done in residence if taken prior to graduation under the "credit" category, unless stated otherwise in the Harvard Summer School catalog (see https://summer.harvard.edu/harvard-

college-student-overview/student-course-policy-guidelines/).[1] These courses and grades are always entered on the student's College record and counted accordingly, provided one or more of the courses taken can fulfill degree requirements. Note the following exceptions:

- § Courses taken before matriculation as a degree candidate in Harvard College will be added to the College record by petition to the FAS Office of the Registrar. Students should ordinarily petition for such credit during their first year. Note: Petitions granted after the deadline for the student's degree application will postpone the student's degree until the next date on which degrees are voted by the Faculty.
- § Courses taken after the last term in residence will not be added to the College record unless one or more are necessary to meet degree requirements.
- § Students may not receive credit toward a degree for a Summer School course that is essentially the same course as one taken previously for credit, either in Summer School or during the academic year, whether or not the two course numbers or titles are identical.
- § To maintain the integrity of a residential education, College credit may be granted for no more than 8 credits (generally 2 courses) taught in remote formats. An exception to this limit may be made by the Administrative Board for students who have not completed the degree requirements within the allotted number of terms ("lost degree" candidates).
- § No more than one course taught in remote formats may be used to fulfill a General Education requirement.

Students cannot be relieved from academic probation on the basis of Summer School work, but courses taken in Summer School are subject to academic review by the College.

The minimum Harvard Summer School program is 4 credits, and the regular Harvard Summer School program is 8 credits. Only with the prior permission of the Resident Dean may any undergraduate enroll in 12 credits in Summer School. The Resident Dean who grants this permission submits the approval directly to the Summer School.

Students who plan to complete degree requirements (including "lost degree" candidates) in the Summer School are required to so notify the Registrar at graduation@fas.harvard.edu. These students are reminded to be certain that the courses in which they are enrolling do, in fact, complete their remaining degree requirements.

No student may enroll in Independent Study during the summer, but students may petition to enroll in Supervised Reading and Research courses or tutorial courses (90- and 900-level courses) in the Harvard Summer School. These courses require a special enrollment form, obtainable in the Summer School Office, which must be signed by the Head Tutor or Director of Undergraduate Studies (or equivalent officer) in the field, by the instructor who is to supervise the course, and by the Registrar of the Summer School. The usual Summer School course fee is charged for all courses taken in the summer, and the work in the course must be completed before the end of the Summer School Examination Period.

Noncompletion and equivalent grades received in Summer School courses will be converted to "No Credit" (NCR), a failing grade, unless an extension has been granted by the Administrative Board of the Harvard Summer School.

Students who register for Harvard Summer School who are on leave of absence or who have been required to withdraw from Harvard College for any reason must submit to the Summer School a Resident Dean Approval Form signed by their Resident Dean. No student who for

---

[1] The list of approved summer courses for College credit is established by the Summer School in consultation with the concentrations, with the oversight of the Office of Undergraduate Education.

disciplinary reasons has been required to withdraw for the second and final time, dismissed, or expelled from Harvard College may ordinarily enroll in the Harvard Summer School.

Any violation of Harvard Summer School academic and disciplinary policy is subject to review and disciplinary action by the Summer School Administrative Board and in addition may trigger action by the Harvard College Administrative Board or Harvard College Honor Council as appropriate.

# Grades and Honors

## GRADING SYSTEM

The FAS uses the following system of letter and non-letter grades to evaluate undergraduate student work:

## LETTER GRADES

**A, A–** Earned by work whose excellent quality indicates a full mastery of the subject and, in the case of the grade of A, is of extraordinary distinction.

**B+, B, B–** Earned by work that indicates a good comprehension of the course material, a good command of the skills needed to work with the course material, and the student's full engagement with the course requirements and activities.

**C+, C, C–** Earned by work that indicates an adequate and satisfactory comprehension of the course material and the skills needed to work with the course material and that indicates the student has met the basic requirements for completing assigned work and participating in class activities.

**D+, D, D–** Earned by work that is unsatisfactory but that indicates some minimal command of the course materials and some minimal participation in class activities that is worthy of course credit toward the degree.

**E** Earned by work that is unsatisfactory and unworthy of course credit toward the degree.

## NON-LETTER GRADES

**ABS** Students who miss a regularly scheduled midyear or final examination are given a failing grade of Absent (ABS), which will be changed only if the student is granted and takes a makeup examination.

Unexcused absences are counted as failures (see "Final Examination Period").

**CR/NCR** is used only for certain Harvard Summer School courses. The grade of Credit represents letter grades from A to D–; the grade of No Credit represents the letter grade of E.

**EXL** A notation of Excluded (EXL) indicates that the student was not permitted to continue in the course by vote of the Administrative Board or Honor Council, and received no credit. Exclusion from a course is equivalent in all respects to failing it and in and of itself makes the student's record for the term unsatisfactory.

**EXT** Instructors may allow students extensions of time to complete course work up to the last

day of the Examination Period. After that date, only the Administrative Board may grant extensions of time for undergraduates to complete course work. Until the date of extension, the student is given a grade of Extension (EXT). EXT is only a temporary notation; a final grade must be given if the Administrative Board does not grant additional time or, if additional time is granted, upon the expiration of the extension (see "Extension of Time for Written or Laboratory Work").

**PA/FL** The grade of Pass represents letter grades of A to D–; the grade of Fail represents the letter grade of E. Certain courses may, with the instructors' permission, be taken on a pass/fail basis.

Independent Study is always graded PA/FL.

**SAT/UNS** The grade of Satisfactory includes letter grades from A to C–; the grade of Unsatisfactory represents work below C– and is considered a failing grade. No students enrolled in courses graded SAT/UNS may receive letter grades in those courses. For a list of junior and senior tutorials that must be graded SAT/UNS, please visit the Registrar's Office website.

First-Year Seminars are always graded SAT/UNS. House Seminars may be graded SAT/UNS at the option of the course instructor and with the approval of the Committee on First-Year Seminars.

Approximately six business days after the end of the final examination period, students can view their final and midyear grades at my.harvard. However, students who complete online evaluations for all courses in which they were enrolled for the term will be provided early online access to their final course grades.

A student may request that the instructor review a grade that has been received and may also ask to consult with the chair of the department or committee of instruction offering the course. However, final authority for the assignment of grades rests with the instructor in charge of the course. Once a grade has been reported to the Registrar, it can be changed only upon the written request of the instructor to the Registrar, acting on behalf of the Dean of Harvard College (or the Dean of the Graduate School in the case of 200- or 300-level courses). The Registrar must be satisfied that all students in the course will have been treated equitably before authorizing any grade change.

Grades of C– or higher, as well as the grades of CR, PA, and SAT, are passing and satisfactory grades. Grades of D+ through D– are passing but unsatisfactory grades. Grades of E, ABS (Absent), NCR (No Credit), FL (Fail), UNS (Unsatisfactory), and EXLD (Excluded) are failing grades.

The grade of Incomplete (INC) cannot under any circumstances be given to undergraduates.

# Grade Point Averages for Undergraduates

The FAS averages its letter grades with a 4-point scale: A = 4.00, A– = 3.67, B+= 3.33, B = 3.00, B– = 2.67, C+ = 2.33, C = 2.00, C– = 1.67, D+ = 1.33, D = 1.00, D– = 0.67. E, ABS, NCR, FL, UNS, EXL = 0. The grade point average is the numerical average of all grades received in letter-graded courses taken under the FAS for degree credit. In addition, the grade point average includes all failed courses (including failing and unsatisfactory grades in courses taken pass/fail and SAT/UNS), courses taken for credit in the Harvard Summer School, and cross-registration courses as appropriate. Passing grades received for courses taken through cross-registration will not be used in computing a student's grade point average.

Grades received for course work done out of residence will not be used in computing the grade point average. Grade point averages are calculated on both a cumulative, term, and annual basis.

## Promotion

A student will ordinarily be promoted at the end of any term upon the basis of the number of terms completed or for which credit has been given, as follows:

| | |
|---|---|
| For sophomore standing | 2 terms completed |
| For junior standing | 4 terms completed |
| For senior standing | 6 terms completed |

## Requirements for Honors Degrees

All degree candidates must satisfy the requirements of an approved field of concentration and meet all other degree requirements. There are two types of honors in the College: English honors (or departmental honors) are determined by the department, committee, School, or program that oversees the relevant concentration and are based solely on work done in the concentration; Latin honors (or College honors) are based on the entirety of the student record, and recommendations for Latin honors are made to the Governing Boards of the University by the FAS.

The FAS recommends bachelor's degrees for presentation to the Governing Boards of the University as follows: regular degree; cum laude on the basis of the student's overall record; cum laude in a field; magna cum laude in a field; magna cum laude with highest honors in a field; or summa cum laude in a field. Faculty and concentration standards for honors may change without notice; both sets of standards must be met.

All candidates for degrees with honors must have satisfactory letter grades (C– or higher) in a minimum of 96 letter-graded credits (prorated appropriately for students graduating with fewer than 128 credits passed at Harvard). Grade point averages are based on all completed letter-graded courses taken while at Harvard including all failed courses, courses taken for credit in Harvard Summer School, and by cross-registration only as appropriate (see "Grade Point Averages for Undergraduates").

The relevant concentration will determine the level of English honors, if any, for an undergraduate who completes the requirements for honors eligibility in that field. If departmental honors are awarded, the student may then be recommended to the College for a determination of Latin honors. Thus, the awarding of departmental honors for work in a concentration is a precondition for the recommendation by the College of Latin honors in a field. It is possible that a student who has completed the relevant requirements for honors in a concentration will have the student's record judged unworthy of honors in the field but still worthy of a degree; such a student may then be recommended by the FAS for a regular degree, subject to the general regulations, or, if qualified, for the degree cum laude. When applicable, both English honors and Latin honors are noted on the official transcript. Only Latin honors are designated on the diploma.

The Faculty will award degrees with honors based on the criteria below:

*SUMMA CUM LAUDE* IN A FIELD

For the degree *summa cum laude*, the FAS will consider records of only those students who are designated by their concentration to receive highest honors in a field. The determination of highest honors is a serious matter requiring the collective consideration of the faculty affiliated with the concentration. In reaching this decision the faculty may choose to evaluate not only the candidate's grades in concentration courses, but also the level and rigor of those courses, and other indicators of the candidate's mastery of the field, such as performance on a thesis or comparable piece of independent work and/or on a written or oral general examination.

The degree *summa cum laude* is given to the top 5 percent of the graduating class, drawn from those designated for highest honors. The standards of each May will be applied at subsequent degree meetings until the following May.

*MAGNA CUM LAUDE* IN A FIELD

A candidate may be recommended by the FAS for the degree *magna cum laude* in a concentration or joint concentration provided the student has been designated by the concentration to receive high honors or highest honors. For May degrees, the total number of degrees *summa cum laude* and *magna cum laude* combined will be no more than 20 percent of all May degree candidates. The Faculty will recommend for *magna cum laude* those students with the highest grade point averages who have not already been recommended for the degree *summa cum laude*. Candidates in this category who received highest honors from their concentration but were not awarded *summa cum laude* will be recommended for the degree *magna cum laude* with highest honors in a field. The minimum grade point average that is awarded a degree *magna cum laude* each May will constitute the standard to be applied for that degree at subsequent degree meetings until the following May.

*CUM LAUDE* IN A FIELD

A candidate may be recommended by the FAS for the degree *cum laude* in a concentration or joint concentration provided the student has been designated by the concentration to receive honors, high honors, or highest honors. For May degrees, the total number of degrees *summa cum laude*, *magna cum laude*, and *cum laude* in field sum to 50 percent of all May degree candidates. The Faculty will recommend for *cum laude* in a field those students with the highest grade point averages who have not already been awarded the degree *summa cum laude* or *magna cum laude*. The minimum grade point average that is awarded a degree *cum laude* in a field each May will constitute the standard to be applied for that degree at subsequent degree meetings until the following May.

*CUM LAUDE* FOR THE OVERALL RECORD

A candidate not designated to receive honors in a concentration may be recommended by the FAS for the degree *cum laude* on the basis of overall grade point average alone if the student's grade point average is at or above the minimum grade point average awarded the degree *magna cum laude*. In any May, if the number of candidates with a sufficient grade point average exceeds 10 percent of all May degree candidates, only those with the highest grade point averages totaling 10 percent of all May degree candidates will be awarded the degree *cum laude* on the basis of overall grade point average alone. The minimum grade point average that is awarded a degree *cum laude* each May will constitute the standard to be applied for that degree at subsequent degree meetings until the following May.

## Academic Performance

All students are required to maintain a satisfactory academic record and meet the obligations of the courses in which they are enrolled. Failure to do so will be dealt with as the Faculty and its designated boards shall determine. In all cases, midyear grades in year-long courses will be considered along with all other grades in the calculations for minimum requirements and satisfactory records (see "Satisfactory and Unsatisfactory Academic Records").

## Minimum Requirements

To meet the minimum academic requirements in any term, students may have at most one failing grade (which may not be accompanied by another unsatisfactory grade) and at least two satisfactory grades, one of which must be a letter grade in an FAS course taken for degree credit. Students who fail to meet the minimum requirements ordinarily will be required to withdraw for two terms, whether or not their previous record was unsatisfactory. Students working at the two-course rate with one unsatisfactory grade and one satisfactory grade have an unsatisfactory record but are considered to have met minimum requirements.

## Satisfactory and Unsatisfactory Academic Records

The requirements for a satisfactory academic record are satisfactory grades in all courses and at least one letter grade in an FAS course taken for degree credit. However, for first-year students in their first term, an academic record will be considered satisfactory if all grades are passing, at most one grade is unsatisfactory, and at least one grade is a satisfactory letter grade. A student whose record is unsatisfactory is ordinarily placed on probation. A student with two consecutive unsatisfactory records ordinarily will be required to withdraw for two terms.

For the purposes of academic review, the Administrative Board will have the discretion to consider enrollment in the Harvard Summer School as a term.

## Exclusion from a Course

A student who neglects any course may, after written warning by the instructor, be excluded from the course by the instructor with the approval of the Administrative Board. The warning should specify the steps the student must take in order to be allowed to continue in the course. A student may also be excluded from a course by the Honor Council if the student has committed academic dishonesty in the course. Exclusion from a course is equivalent in all respects to failing it, and in and of itself exclusion makes the student's record for the term unsatisfactory. A notation of EXL (Excluded) on the transcript indicates that the student was not permitted to continue in the course and received no credit. Students may not withdraw from a course from which they have been excluded. Students excluded from a course are denied any right to further course evaluation, including final and makeup examinations.

## Academic Integrity, Academic Dishonesty, and the Harvard College Honor Code

Members of the Harvard College community commit themselves to producing academic work of integrity — that is, work that adheres to the scholarly and intellectual standards of accurate attribution of sources, appropriate collection and use of data, and transparent acknowledgment of the contribution of others to our ideas, discoveries, interpretations, and conclusions. Cheating on exams or

problem sets, plagiarizing or misrepresenting the ideas or language of someone else as one's own, falsifying data, or any other instance of academic dishonesty violate the standards of our community, as well as the standards of the wider world of learning and affairs.

Students will be asked to affirm their awareness of the Honor Code and adherence to the standards of academic integrity at various points during the academic term. The goal of this affirmation is to reinforce the centrality of scholarly integrity to students' membership in our academic community, as well as to remind students that they have already agreed to adhere to these standards.

The affirmation will take several forms, depending on the student's status and particular assignments.

FIRST-YEAR STUDENTS

In the summer prior to arriving on campus first-year students will be asked to respond briefly to a prompt about how they will uphold the values of the Honor Code. Students will be able to access their statements throughout their time at Harvard and will have the opportunity to update and revise them periodically.

ALL STUDENTS

During the biannual electronic check-in registration process, all students will be asked to read the Honor Code and to sign their name indicating their awareness of the code and adherence to the standards of academic integrity.

At seated final exams, all students will be asked to read and sign the following statement included on the exam attendance slip or printed on the exam itself: "I attest to the honesty of my academic work and affirm that it conforms to the standards of the Harvard College Honor Code."

On all culminating assignments including final projects, take-home exams, and in-class finals, as well as on senior theses, students will be asked to include a statement of affirmation of the Honor Code at the time of submission. The following text is recommended: "I attest to the honesty of my academic work and affirm that it conforms to the standards of the Harvard College Honor Code."

PLAGIARISM AND COLLABORATION

It is expected that all homework assignments, projects, lab reports, papers, theses, and examinations and any other work submitted for academic credit will be the student's own. Students should always take great care to distinguish their own ideas and knowledge from information derived from sources. The term "sources" includes not only primary and secondary material published in print or online, but also information and opinions gained directly from other people. Quotations must be placed properly within quotation marks and must be cited fully. In addition, all paraphrased material must be acknowledged completely. Whenever ideas or facts are derived from a student's reading and research or from a student's own writings, the sources must be indicated (see also "Submission of the Same Work to More Than One Course").

Students must also comply with the policy on collaboration established for each course, as set forth in the course syllabus or on the course website. Policies vary among the many fields and disciplines in the College and may even vary for particular assignments within a course. Unless otherwise stated on the syllabus or website, when collaboration is permitted within a course

students must acknowledge any collaboration and its extent in all submitted work; however, students need not acknowledge discussion with others of general approaches to the assignment or assistance with proofreading. If the syllabus or website does not include a policy on collaboration, students may assume that collaboration in the completion of assignments is permitted. Collaboration in the completion of examinations is always prohibited.

The responsibility for learning the proper forms of citation lies with the individual student. Students are expected to be familiar with the Harvard Guide to Using Sources, available at https://usingsources.fas.harvard.edu/. Students who are in any doubt about the preparation of academic work should consult their instructor and Resident Dean before the work is prepared or submitted.

Students who, for whatever reason, submit work either not their own or without clear attribution to its sources will be subject to disciplinary action, up to and including requirement to withdraw from the College. Students who have been found responsible for any violation of these standards will not be permitted to submit a course evaluation of the course in which the infraction occurred.

## SUBMISSION OF THE SAME WORK TO MORE THAN ONE COURSE

It is the expectation of every course that all work submitted for a course or for any other academic purpose will have been done solely for that course or for that purpose. If the same or similar work is to be submitted to any other course or used for any other academic purpose within the College, the prior written permission of the instructor must be obtained. If the same or similar work is to be submitted to more than one course or used for more than one academic purpose within the College during the same term, the prior written permission of all instructors involved must be obtained. A student who submits the same or similar work to more than one course or for more than one academic purpose within the College without such prior permission is subject to disciplinary action, up to and including requirement to withdraw from the College.

Students are urged to consult their Resident Dean or the instructors involved with questions concerning this important matter (see "Plagiarism and Collaboration").

## TUTORING SCHOOLS AND TERM PAPER COMPANIES

In keeping with the principle that all material submitted to a course should be the student's own work, any undergraduate who makes use of the services of a commercial tutoring school or term paper company is liable to disciplinary action. Students who sell lecture or reading notes, papers, or translations, or who are employed by a tutoring school or term paper company, are similarly liable and may be subject to disciplinary action, up to and including requirement to withdraw from the College. If a student wishes to accept compensation for private tutoring in Harvard courses, prior written permission of the Dean of Harvard College is required.

## OFFICIAL FORMS AND PETITIONS

Students should understand that providing false or misleading information or signing any other person's name or initials on a Plan of Study, change-of-course petition, or registration form, or on any other official form or petition (hard copy or electronic) will make them subject to disciplinary action, up to and including requirement to withdraw.

# Attendance

Regarding attendance in class and for examinations, Massachusetts law provides as follows:

Any student in an educational or vocational training institution, other than a religious or denominational educational or vocational training institution, who is unable, because of his religious beliefs, to attend classes or to participate in any examination, study, or work requirement on a particular day shall be excused from any such examination or study or work requirement, and shall be provided with an opportunity to make up such examination, study, or work requirement which he may have missed because of such absence on a particular day; provided, however, that such makeup examination or work shall not create an unreasonable burden upon such school. No fees of any kind shall be charged by the institution for making available to the said student such opportunity. No adverse or prejudicial effects shall result to any student because of his availing himself of the provisions of this section.

[Massachusetts General Laws, Chapter 151C: § 2B)]

Regular attendance at course meetings and related events is expected of all students. Furthermore, students are expected to remain in the immediate vicinity of Cambridge during the academic year with the exception of scheduled vacations and holidays. Students may not be absent from the area for extended periods of time during the term. Absences greater than two weeks may lead to an involuntary leave of absence.

A student on probation is required to attend all academic exercises. Unexcused absence by a student on probation renders the student liable to requirement to withdraw from the College at any time.

RESTRICTED ATTENDANCE

Only students enrolled in a course and auditors who have been given specific permission by the instructor ordinarily may attend course meetings. From time to time, instructors may permit other guests, such as colleagues, parents, alumnae/i, or prospective students, to attend individual class meetings; however, instructors are always free to restrict attendance at a class meeting or meetings to regularly enrolled students and authorized auditors.

# Absence from Classes

Given that classes are an essential component of the undergraduate program, students are expected to attend, in-person, all scheduled components of classes.

Students should report all absences to their Resident Dean and to the instructor(s) of the course(s) concerned. Students who are called away in an emergency or who are absent for another reason should consult with their Resident Dean both before departure and upon return. Absence from the College  for more than two weeks, regardless of the reason, may lead to an involuntary leave of absence.

Students experiencing illness may consult Harvard University Health Services (HUHS), Harvard's Counseling and Mental Health Services (CAMHS), or their own physician, but should report all cases of serious illness promptly to HUHS either in person or by telephone (617-495-5711). (The website for HUHS is https://huhs.harvard.edu/, and the website for CAMHS is https://camhs.huhs.harvard.edu). See also "Effect of Health Issues" for more information including the process for returning after a hospitalization.

Absence from academic exercises, for whatever reason, including representing the College in extracurricular activities such as athletics, does not relieve students from responsibility for any part of the coursework, including all scheduled exercises, during the period of absence. There may be consequences or penalties for not attending academic exercises. Course instructors are not expected or required to excuse absences for interviews and extracurricular activities, including athletics.

## Hour and Midterm Examinations

The administration of hour and midterm examinations is the responsibility of the instructor; ordinarily, such exams should be scheduled during regular class meeting times. In accordance with Massachusetts law, students who are unable to participate in an hour or midterm examination as a consequence of their religious beliefs shall be provided with an opportunity to make up the examination, without penalty, provided that the makeup examination does not create an unreasonable burden on the College. It is the responsibility of the students concerned to provide instructors with the dates on which they will be absent because of a conflict with the religious holiday(s) they will be observing.

If an instructor is satisfied that an absence for a reason other than religious observation is necessary and that omitting a grade for the missed hour or midterm examination will not affect the student's course grade, final evaluation of the student's work in the course may be determined from the remainder of the course work. The instructor may also elect to give a makeup examination. The responsibility for such decisions rests with the instructor only, and not with the Office of the Dean or the Administrative Board.

Although instructors are obligated to offer makeup exams only in the case of absence for the observance of a religious holiday, students who have obtained proper HUHS documentation of illness may not be penalized for their absence from hour and midterm examinations. The appropriate form must be signed by an HUHS medical professional and the form may be presented to the instructor as certification of the student's illness.

## Reading Period

At the end of each term, a period of six or seven days prior to the start of final examinations is designated as Reading Period. Reading Period is intended to be a time for students to reflect, review, and synthesize what they have learned during the term.

In order to protect this educational purpose, the following rules apply during Reading Period:

§ With the exception of designated intensive language courses, no regular instruction may take place during Reading Period. Sections and review sessions may take place during Reading Period as may class sessions that must be made up due to weather or other emergencies.

§ Courses may not assign new material during Reading Period.

§ All seated final examinations, of whatever duration (up to three hours) or scope, must take place during the exam slot as assigned by the Office of the Registrar. (See also "Final Examination Period".)

§ Final papers, take-home exams, projects, presentations, and other culminating course assignments due after the end of regular classes must be due on or before the day of each course's assigned exam/final deadline group, but no earlier than the fourth day of Reading Period. Final projects that include individual or group presentations may be scheduled beginning on the fourth day of Reading Period and may extend through the final examination and project period.*

§ Short, regular assignments that address material covered in the last two weeks of classes (such as problem sets or response papers) may be due during the first three days of Reading Period.

Regardless of whether a class meets during Reading Period, that time is an integral part of the term. Students are expected to remain in the immediate vicinity of Cambridge throughout this period.

Each course will be assigned an exam/final deadline group (for more, see https://registrar.fas.harvard.edu/faculty-staff/exams/schedule) in order to spread out student deadlines and to establish grading due dates. While instructors may establish earlier deadlines per faculty legislation, the spirit of this legislation is to spread students' final assignment deadlines across the entire exam period to avoid having all assignments due at the same time. If an instructor decides to use an earlier deadline, it is very important that students are well informed about this change from the posted deadline.

## FINAL EXAMINATION PERIOD

Courses that will culminate in a seated final examination scheduled by the Registrar will hold their exams during the designated Final Examination Period. Examinations scheduled during the Final Examination Period are three hours in length. There are two exam sessions each day. Morning exams begin at 9 a.m., and afternoon exams begin at 2 p.m. The schedule indicating the exact date, time, and location for each three-hour, seated exam is posted online within approximately three weeks of the start of each term. The posted schedule is subject to change.

To seek accommodations for a final exam on account of disabilities, undergraduates must connect in advance with the DAO. The DAO will work with the faculty member and the Exams Office to make arrangements for accommodations when appropriate, and the DAO will contact the student directly about the accommodations. For more specific information about final exam accommodations, please consult the DAO website at https://dao.fas.harvard.edu.

Students are responsible for learning the times and locations of exams in their courses and for arriving at their exams on time. Students who miss an exam and who are not granted a makeup exam will receive a permanent ABS (unexcused absence), which is equivalent in all respects to a failing grade.

Most instructors return examination booklets, papers, and other academic work to the students enrolled in their courses. By law, students have the right to review all materials submitted to a course, including final examination booklets, and for a reasonable charge may have copies of any originals not returned to them within 45 days of the date of the original request.

## EXAMINATION RULES

Students should adhere to the following rules during the administration of regularly scheduled midyear or final examinations.

§  During bathroom breaks, students should not use computers, telephones (land line or cellular), tablets, or other communications devices.
§  In order to avoid any possible suggestion of improper behavior during an examination, undergraduates should refrain from communication with other students while an exam is in progress.
§  Students should also not retain or refer to any books or papers during an examination except with the express permission of the instructor or teaching staff.
§  Eating and drinking are not permitted in any examination room.
§  Personal belongings should be put away and all mobile phones and other electronic devices should be turned off.
§  In the event of a fire, students should take their personal belongings, their exam, and booklets and meet in the location announced at the beginning of the exam. Students should not leave the exam site or the emergency meeting location with any exam

materials, nor should they discuss the exam with other students during the emergency procedures.
§    A student who is present for any part of an examination is never entitled to a makeup exam.

For violation of the examination rules or dishonesty in an examination, a student may be required to withdraw from the College. Students who fail to obey instructions are liable to disciplinary action.

## LATE ARRIVAL TO EXAMINATION

A student who is late for an exam may be refused admission and reported as absent. Students who are late for a final exam should report directly to the exam room. No one will be admitted to an examination more than 30 minutes after the start of the exam. Ordinarily, latecomers will not be allowed to make up lost time.

## ILLNESSES DURING THE EXAMINATION

A student who is present for any part of an examination is never entitled to a makeup exam. Any student who becomes ill during an exam should report the illness immediately to the instructor. The exam will be sealed and kept by the teaching staff, who will record the amount of time remaining. The student must then be immediately seen by a practitioner at HUHS, where the student will be evaluated and receive written proof of their inability to return to the exam. If the student can continue taking their exam, and is released from HUHS Urgent Care, then the student must immediately report to the Exams Satellite Office in Sever Hall if the remaining time falls within business hours.

If the student is released from HUHS Urgent Care but the remaining exam time would extend outside of business hours, the student should contact the Exams Office and their Resident Dean and the Exams Office will make arrangements to administer the remainder of the exam the next day at the Exams Satellite Office (within 24 hours of the start of the exam).

## ABSENCE FROM FINAL EXAMINATIONS

To obtain credit for a term-long course with a seated final examination scheduled by the Registrar's Office, a student must have attended the examination in-person (or its equivalent approved makeup). To obtain credit for a year-long course with fall term and spring term examinations, a student must have attended both exams (or equivalent approved makeup). A student who is absent without excuse from the final examination (or the equivalent approved makeup) of a year-long course fails the entire course and receives no credit for either half of it.

Any student who has an unexcused absence at the fall term final exam in a year-long course must either petition to withdraw from the course without credit (no later than the seventh Monday of the spring term) or petition to be allowed to continue in it in the spring term for half credit only, in which case the failing grade of ABS is permanently recorded for the fall term of the course (see "Year-long Courses").

A student may petition for a makeup examination because of illness only if the illness is documented by medical staff at HUHS within the 24-hour period before the beginning of the examination. In an emergency, a student's illness could be reported to HUHS by a private physician, before the beginning of the examination. The private physician must also supply a written statement to HUHS.

Unavoidable absence from an examination resulting from causes other than illness should be reported and explained in advance to the appropriate Resident Dean.

A student whose record is unsatisfactory because of an unexcused absence from a final or makeup examination ordinarily will be placed on probation or, if the record as a whole so warrants, required to withdraw (see https://oaisc.fas.harvard.edu/academic-review/).

## ABSENCES FOR RELIGIOUS REASONS

As mentioned above regarding attendance and examinations, in accordance with Massachusetts law, students who are unable to participate in a final examination as a consequence of their religious beliefs shall be provided with an opportunity to make up the examination, without penalty, provided that the makeup examination does not create an unreasonable burden on the College. Students who anticipate any religious conflicts with exams are required to submit the Religious Out of Sequence Exam Request Form, available on the Registrar's Office website (https://registrar.fas.harvard.edu/religious-out-sequence-exams), 30 days before the start of Exam Period. Conflicts reported after that time may not be possible to accommodate or may result in a makeup exam scheduled for the following term.

## MAKEUPS FOR EXAMINATIONS: EXCUSED ABSENCES

The Administrative Board has jurisdiction over granting makeup examinations. **No instructor may grant or give a makeup examination to any student who missed a final examination without the express authorization of the Registrar and the Administrative Board; nor may a makeup examination be given at any time or place other than that specified by the Registrar.** A student granted a makeup exam is not thereby granted an extension of time to complete other written work for the course. Such an extension is granted only by special vote of the Administrative Board (see "Extension of Time for Written or Laboratory Work").

Petitions for makeup exams are due in the office of the Resident Dean as soon as possible and no later than one week after each examination. Students with a medical excuse will fill out the petition form at HUHS and take the form personally and directly to the Resident Dean. Students wishing to be excused for other reasons should see their Resident Dean.

A student whose petition for a makeup examination has been granted by the Administrative Board must take the makeup examination at the next regularly scheduled makeup period. Makeup exams are typically held one week prior to the start of the next term; please review the academic calendar for exact dates. No other opportunity to take the examination will be allowed. It is the student's responsibility to learn exactly when and where the makeup examinations will be given.

The beginning dates for fall and spring term Makeup Examination Periods are listed in the Academic Calendar (see https://registrar.fas.harvard.edu/harvard-college-academic-calendar). The Registrar notifies via email students who have been granted permission to take one or more makeup exams. The email notification specifies the scheduled time and place of their makeup examination(s). If students do not receive an email notification about a makeup exam, it is their responsibility to obtain such information from the Registrar at least two weeks before the beginning of the Makeup Examination Period.

Students who have been granted a makeup exam by the Administrative Board but have neither taken it nor canceled it in writing to the Registrar with a copy to the Resident Dean at least one week in advance of the beginning of the Makeup Examination Period will ordinarily be admonished by the Administrative Board. Students who have missed a final exam and have not

been granted permission for a makeup examination will be given the failing grade of "Absent" (ABS) for the course and are thus eligible to be placed on probation or required to withdraw, depending on their academic record for the term.

Students granted makeup examinations and/or extensions of time beyond the end of the Examination Period in two or more courses will be dropped from the upcoming terms' courses for which they are registered, unless granted special permission to continue by the Administrative Board. Students granted a makeup examination are not eligible to receive the degree until after final grades have been reported for all of their courses.

EXAMINATIONS IN ABSENTIA

In exceptional cases, students who cannot be in Cambridge at the time of a final or makeup examination may request permission from the Administrative Board to take the examination in absentia. Applications are available from the Registrar at https://registrar.fas.harvard.edu/forms.

Petitions for in absentia exams from members of Harvard College varsity athletic teams participating in tournament competitions and students who are either on leave or studying elsewhere for Harvard degree credit may be approved by the Registrar. Other requests require permission of the Administrative Board. Before petitioning to take an examination in absentia, students should consult their Resident Dean.

Students are responsible for any fees incurred in the administration of an in absentia examination, including proctoring fees, postage, and any extraordinary costs incurred in the delivery or administration of the examination (room rentals, media rentals, etc.). In absentia exams are scheduled to occur simultaneously with the main exam, regardless of location. The Registrar's Office will accommodate reasonable time zone differences.

# Extension of Time for Written or Laboratory Work

Students who encounter unexpected difficulties in completing their work should immediately consult their Resident Dean.

Extensions of time up to the end of the Examination Period may be granted by the instructor. Ordinarily, the student must have received the consent of the instructor before the final examination (or before the final meeting of a course in which there is no final examination). No instructor may accept work from a student in any term after the end of the Examination Period without the express authorization of the Administrative Board.

An extension of time beyond the end of the Examination Period can be granted only by vote of the Administrative Board and only in exceptional circumstances. A student who, for medical reasons, fails during any term to complete the required work in a course, including laboratories, problem sets, or papers, may petition the Administrative Board through the Resident Dean for an extension of time commensurate with the time missed to make up the work.

Students granted extensions of time beyond the end of the Examination Period and/or makeup examinations in two or more courses will not be allowed to register for the next term except by special permission of the Administrative Board. Students granted an extension of time are not eligible to receive the degree until after final grades have been reported for all of their courses.

The notation "Incomplete" (INC), used in the grading of graduate students, cannot under any circumstances be given to undergraduates. In those cases where the Administrative Board has in advance voted approval of an extension of time, the temporary notation EXT will be made for the duration of the extension voted by the Administrative Board. EXT is only a temporary notation; a final grade must be given upon the expiration of the extension as approved by

the Administrative Board or if additional time is not granted by the Administrative Board.

# Leaves of Absence

## VOLUNTARY LEAVES OF ABSENCE (GRANTED BY PETITION)

Students who wish to interrupt their studies at any time before graduation must petition the Administrative Board for a leave of absence. To petition the Administrative Board, the student and the student's Resident Dean work together to determine what pertinent information to present to the Administrative Board with the petition, and then the Resident Dean brings the petition to the Administrative Board on the student's behalf.

With respect to a voluntary leave of absence for medical reasons, the Dean of Harvard College ordinarily will consult with Harvard University Health Services (HUHS) (which may consider information from the student's current and/or former health care providers, if made available by the student). Following an individualized assessment, for students on a medical leave of absence, the College may require students to comply with a treatment plan determined by their health care provider during their time away and set out specific expectations for them to meet before they may return to the College with the goal of ensuring their readiness to return. It is often useful for students to have a conversation with their Resident Dean about how to approach these expectations.

Students whose previous academic and disciplinary record is satisfactory and who have petitioned by the seventh Monday of the term will normally be granted a "leave of absence." Students who petition after the seventh Monday of the term will normally be granted a "leave of absence—late in the term." Students who are not in good standing may be granted a "leave of absence—on probation." Students who petition for a leave of absence after the 10th Monday of the term ordinarily will not be allowed to register in the next academic term. No petitions for a leave of absence for the current term will ordinarily be considered after the first day of Reading Period for that term.

Students going on leave are reminded that all degree candidates, whether currently registered or not, are expected to maintain a satisfactory standard of conduct.

Students who wish to maintain varsity athletics eligibility should consult with an Athletics Compliance staff member prior to requesting a leave of absence to discuss potential eligibility implications.

## INVOLUNTARY LEAVES OF ABSENCE

Under certain circumstances, a student may be placed on an involuntary leave of absence. An involuntary leave of absence is not a disciplinary sanction. However, an incident that gives rise to a leave of absence, whether voluntary or involuntary, may subsequently be the basis for disciplinary action. A student who wishes to take a voluntary leave of absence rather than being placed on involuntary leave of absence will ordinarily be allowed to do so.

A student who prefers to take a voluntary leave of absence for medical reasons rather than to be placed on involuntary leave of absence for medical reasons is ordinarily allowed to do so. Transcripts do not distinguish between voluntary and involuntary leaves of absence. As is the case for voluntary leaves, official College letters of recommendation will note any unresolved disciplinary matter that is pending (see "Administrative Board Actions and Letters of Recommendation").

An involuntary leave of absence may be required for the following reasons:

1. Medical circumstances:

    I.    (a) The student's behavior poses a direct threat to the health or safety of any person, or has seriously disrupted others in the student's residential community or academic environment, and (b) either the student's threatening, self-destructive, or disruptive behavior is determined to be the result of a medical condition or the student has refused to cooperate with efforts by Harvard University Health Services, or other clinicians, to determine or evaluate the cause of the behavior.

    II.   The student is not cleared to return to enrollment and/or residence at Harvard College following either: (a) a hospitalization or emergency room visit that raises serious concerns about the student's health or well-being; or (b) other circumstances that raise serious concerns about the student's health or well-being and reasonably call into question their ability to function as a student in the Harvard College environment. [If applicable: For more about the process of clearance to return to enrollment and/or residence after a hospitalization or emergency room visit, see "Effect of Health Issues and Clearance for Return".

    The decision to place a student on an involuntary leave of absence for health-related reasons is made in consultation with Harvard University Health Services (which may consider information from the student's current and/or former health care providers, if made available by the student), after an individualized assessment of all of the pertinent factors, such as the nature of the student's conduct; the nature, duration and severity of the risk; the likelihood of potential injury; and whether reasonable modifications of policies, practices, or procedures will mitigate the risk, such as a reduced course load or course modifications. However, reasonable modifications do not include changes that would fundamentally alter the academic program or unduly burden the College's resources or staffing capabilities or, with respect to the required level of care or monitoring, that would exceed the standard of care that a university health service or the staff of a residential college can be expected to provide.

2. Failure to adhere to the terms of an agreement to engage in treatment. The student's continued enrollment and/or residence is conditioned on the student's agreement to meet the expectations set forth in an agreement to engage in treatment, such as the following the recommendations of the student's treatment team, and the student has failed to adhere to the terms of that agreement.

3. Alleged criminal behavior: The student has been arrested on allegations of serious criminal behavior or has been charged with such behavior by law enforcement authorities.

4. Risk to the community. The student allegedly violated a disciplinary rule of the College, and the student's presence on campus poses a significant risk to the safety of others or to the educational environment of the community.

5. Indebtedness. The student's term bill is unpaid, and the student has not made arrangements acceptable to the College to address the issue.

6. Failure to provide medical documentation of required immunizations.

7. Unfulfilled school requirements. The student has not met an academic requirement or other school requirement, including, without limitation, attending class or participating in required activities, and has not taken steps acceptable to the College to meet the

requirement.

8. Failure to register and enroll. The student has not registered and enrolled in courses as required at the beginning of each term.

9. Courses not completed: The student has been granted makeup examinations, or extensions of time beyond the end of the term, in two or more courses.

The decision to place a student on involuntary leave is made by the Dean of Students in consultation with the student's Resident Dean and, as appropriate, with other officers of the University or with the Administrative Board, or such other person as the Dean of Students designates and other officers of the University, as appropriate. As noted above, in the case of an involuntary leave of absence for medical reasons, the School will consult with an appropriate person at Harvard University Health Services.

Students will be notified in writing of the decision to place them on involuntary leave of absence. A student may appeal the decision of the Dean of Students to an appeal committee chaired by the Dean of the College and composed of representatives from College and University offices generally within five calendar days.

Students on involuntary leave are reminded that all degree candidates, whether currently registered or not, are expected to maintain a satisfactory standard of conduct.

Students who wish to maintain varsity athletics eligibility should consult with an Athletics Compliance staff member upon being notified of the involuntary leave of absence to discuss potential eligibility implications.

## While on Leave of Absence

Students who go on a leave of absence during the academic year are charged tuition and any applicable fees, including, housing fees, the student services fee, and food costs to the end of the period in which they leave, as indicated on the chart "Students' Financial Obligations in the Event of a Leave of Absence or Requirement to Withdraw" (see https://registrar.fas.harvard.edu/enrollment#financial). Students who have been placed on involuntary leave of absence are subject to the same rules regarding financial aid and financial obligations (tuition, housing, food , etc.) that apply to undergraduates granted a voluntary leave of absence.

Students who have signed a housing contract to live in College housing and subsequently decide to take a leave of absence must notify the Housing Office in writing of their intention not to take up residence. The purpose of this policy is to enable Houses to make unoccupied rooms available to other students as early as possible (for deadlines, see https://dso.college.harvard.edu/leaving-and-returning).

All undergraduates going on leave before the end of a term must submit the proper paperwork to the First-Year Experience Office (FYE), their House office or the Housing Office. Cancellation of food charges is contingent upon the submission of the form; failure to do so will result in a continued assessment of food charges until the end of the term in which the leave occurs. A student granted a leave is expected to vacate University property as soon as possible and no later than five business days after the date of the Administrative Board vote granting the leave. The room key must also be turned in to the House office or building manager's office. Students who are on leave may not store any belongings at the University.

Students receiving scholarship or other financial aid should consult the Griffin Financial Aid

Office concerning the financial implications of going on leave. Prior to leaving Cambridge those who have borrowed money or received financial aid from Harvard must also have an exit interview at the Griffin Financial Aid Office, 86 Brattle Street. For detailed information see the Financial Aid Office website policies and procedures for leave of absence at https://college.harvard.edu/financial-aid/additional-funding-procedures/managing-your-aid. Students with additional questions or concerns should contact the Financial Aid Office at 617-495-1581 or faoinfo@fas.harvard.edu. Students who receive veterans' educational benefits should report to Smith Campus Center 953. International students should consult the International Office concerning their status.

The date a student goes on leave will affect the student's health insurance through Harvard. For details, review the Leave of Absence policy on the Harvard University Student Health Plan (HUSHP) website at https://hushp.harvard.edu/, or contact the Student Health Insurance Office, Member Services, at 617-495-2008 or mservices@huhs.harvard.edu.

Students leaving after completion of the fall term should consult the section "Year-long Courses" and their Resident Dean concerning dividing or withdrawing from any year-long courses in which they were enrolled.

Students should update their addresses at my.harvard.

Students who wish to maintain their athletics eligibility during a leave of absence from the College should be in contact with an Athletics Compliance staff member regarding any athletically-related questions.

## USE OF COLLEGE SERVICES AND FACILITIES

Libraries and other facilities may normally be used only by students who are currently registered. Students on leave or required to withdraw may not participate in extracurricular activities. Exceptions to this rule must be specifically approved in advance by the Administrative Board. The student on involuntary leave may not participate in student activities even if officially allowed to register. A student on leave of absence or who is required to withdraw may not be on Harvard College or University property without prior, express permission from their Resident Dean and the Harvard College Administrative Board. Students are not permitted to visit campus or participate in any College organizations, activities, or Harvard employment opportunities.

Students are encouraged to consult the Mignone Office for Career Success, which may be able to assist them in making plans for their time away from the College. Students who have been granted a leave of absence or have been required to withdraw or placed on involuntary leave may at any time consult their Resident Dean or their designated contact person at the College.

Students in good standing who are on a voluntary leave of absence may be permitted to apply for Harvard funding, including but not limited to summer grants, provided that they have obtained the approval of their Resident Dean. In making this determination, the Resident Dean will consider the relevant circumstances, including, for example, the circumstances that led to the student's leave of absence.

## COURSE WORK DONE OUT OF RESIDENCE

Students in good standing (see "Actions of the Administrative Board") who are granted a leave of absence and who wish to enroll in courses given by another institution for Harvard degree credit should see "Earning Degree Credit for Study Abroad". To be granted degree credit for course work done out of residence, a student must apply to the OIE before study begins. Any

student who has received a bachelor's degree from another institution is not eligible to enroll or re-enroll in Harvard College as an undergraduate.

RETURNING TO COLLEGE

Students in good standing who have been granted a voluntary leave of absence may ordinarily return for any term they wish by notifying their Resident Dean twelve weeks in advance of any term, although it remains the student's responsibility to ensure that they have adequate time to complete the degree within the time limits established by the College. For students on a leave of absence for medical reasons, please see the information below. Ordinarily, first-year students taking a leave of absence at any point during their first term will not be allowed to register before the fall term of the next academic year. A student who has been granted a "leave of absence — late in the term" or a "leave of absence — on probation" must petition the Administrative Board for permission to return to the College and must demonstrate that the circumstances that led to their leave have been satisfactorily addressed and that they are ready to resume their studies. The decision to allow a student to return is made by the Administrative Board. Students who were not in good standing at the time of a voluntary leave of absence was granted and students who were placed on involuntary leaves of absence must petition the Administrative Board for permission to return and must demonstrate that the circumstances that led to their leave have been satisfactorily addressed and that they are ready to resume their studies. The decision whether to allow a student to return is made by the Administrative Board.

If the leave, whether voluntary or involuntary, was for medical reasons, then the student must petition the Administrative Board for permission to register and must demonstrate that the circumstances that led to their leave have been satisfactorily addressed and that they are ready to resume their studies. In addition, so that the College may conduct an individualized assessment of their circumstances, students on medical leave ordinarily will be required to consult with Harvard University Health Services (and to grant permission to Harvard University Health Services to obtain their relevant treatment records and communicate with their treatment providers) so that a professional assessment about the student's productivity during their time away and readiness to return can be shared with the College, including the student's participation and progress with appropriate health care providers during their time away. *Evidence of productivity must include a written statement describing how the student's time away has been spent and may include a substantial period of regular employment at a non-academic job and a suitable letter of recommendation from the employer, employment, or volunteer supervisor.*

In addition, if the College learns of serious concerns about the health or well-being of a student who either has been hospitalized or visited the emergency room or whose behavior reasonably calls into question their ability to function as a student in the Harvard College environment, then the College similarly may require the student to consult with Harvard University Health Services (and to grant permission to Harvard University Health Services to obtain their relevant treatment records and communicate with their treatment providers). The purpose of such consultation is so that a professional assessment can be shared with the College about the student's readiness to return and to function in the student environment, with or without reasonable accommodation. Note that while the input of a student's treatment provider is an important consideration in the petition process, Harvard University Health Services clinicians may have special knowledge of the University context to which students will be returning. In all such cases, the decision whether to allow a student to return involves an individualized assessment made by the Administrative Board, which may condition the student's return on an agreement to engage in ongoing medical treatment, if recommended by Harvard University Health Services. In all such cases, the decision whether to allow a student to return is made by the Administrative Board.

Any student whose petition to return from a medical leave of absence is denied will receive a

written explanation of the decision and may submit a written appeal of the decision to an appeal committee chaired by the Dean of the College and composed of representatives from College and University offices within five (5) calendar days, based on the following grounds: (a) new materially relevant information has become available; and/or (b) there is reasonable evidence of a procedural error in the decision-making process.

In all such cases, the decision whether to allow a student to return involves an individualized assessment made by the Administrative Board, which may condition the student's return on an agreement to engage in ongoing medical treatment, if such treatment has been recommended by Harvard University Health Services.

Any disciplinary matter must be resolved before a student on leave of absence will be allowed to return and, if the student has been required to withdraw while on leave of absence, then any conditions for return after a required withdrawal (see "Readmission after Requirement to Withdraw for Disciplinary or Academic Reasons") also must be satisfied for the student to be readmitted.

The Administrative Board ordinarily will not approve the return of a student for the fall term whose experience in the Harvard Summer School in the preceding summer has been unsuccessful or unsatisfactory.

Students returning from a leave who wish to apply for financial aid must notify the Griffin Financial Aid Office at 617-495-1581 (or at faoinfo@fas.harvard.edu) by February 1 for the following fall term and by October 1 for the following spring term, and must file the necessary application forms (see the Griffin Financial Aid Office website at https://college.harvard.edu/financial-aid/apply-financial-aid/current-students). Students do not have to be approved to return before submitting their aid application. If a student has taken a leave in the middle of a term and used a portion of their financial aid eligibility, they will need to petition the Financial Aid Committee to be considered for a full term's worth of eligibility for their final term. Late applicants cannot be assured that their aid will be available in time for registration payment deadlines.

Students who have been granted a leave and who have borrowed money through Harvard must submit an annual loan deferment form to the Student Loan Office upon their return to Harvard. Deferment forms may be obtained through either the Student Loan Office or the Griffin Financial Aid Office and must be completed and certified by the Registrar immediately following check-in and course registration.

Failure to file a deferment form upon return will cause payments to be due on loans and could affect future borrowing eligibility.

A student will not be allowed to register in the University again until all previous term-bill and telephone charges have been paid and no loan is in default.

Students who have been away from the College for five or more years must petition the Administrative Board for permission to register.

Students who wish to rejoin a varsity athletic team upon their return from a voluntary or

involuntary leave of absence should consult with an Athletics Compliance staff member during the term prior to their return to the College to discuss their eligibility status.

## AGREEMENTS TO ENGAGE IN TREATMENT

The College may make conditional a student's enrollment and/or residence on certain terms or conditions, as set forth in a written agreement between the College and the student, when the student's conduct or circumstances have caused heightened concerns about the student's safety and/or well-being and: (a) the appropriateness of the student's continued enrollment and/or residence; or (b) the student's readiness to return to the Harvard community. The agreement to engage in treatment may include, among other things, compliance with a medical treatment plan, regular consultations with health care professionals, communication with administrators, and limited disclosure of relevant medical information, on a need-to-know basis, such as compliance with treatment and restrictions on certain activities. The decision to require such an agreement is arrived at in consultation with Harvard University Health Services after an individualized assessment of the nature of the student's conduct and circumstances and any other pertinent factors.

# GENERAL REGULATIONS

## Standards of Conduct in the Harvard Community

The rules and regulations affecting undergraduates have been established by the Faculty of Arts and Sciences (FAS). Students are expected to be familiar with the regulations that apply to them as covered in this Handbook. The rules of Harvard College provide a framework within which all students are free to pursue their work, under the safest and most equitable conditions the College can create. These rules, then, serve as the guidelines forming the protection of each individual's well-being. Whenever violations of the rules occur, the College will treat them as matters of serious concern because they disrupt the individual lives of students and the shared life of this community.

It is the expectation of the College that all students, whether or not they are on campus or are currently enrolled as degree candidates, will behave in a mature and responsible manner. This expectation for mature and responsible conduct also encompasses accountability for one's own well-being, including responsible decision-making regarding physical and mental health. Further, the College expects every student to be familiar with the regulations governing membership in the Harvard community, set forth in the pages that follow. Because students are expected to show good judgment and use common sense at all times, not all kinds of misconduct or behavioral standards are codified here. The College takes all these diverse principles very seriously; together they create a foundation for the responsible, respectful society that Harvard seeks to foster among its students, faculty, and staff.

Students are expected to comply with all disciplinary rules from matriculation until the conferring of the degree. A degree will not be granted to a student who is not in good standing or for whom there is an unresolved alleged disciplinary violation with the Administrative Board, Honor Council, or disciplinary board of another professional school at Harvard.

Careful note should be taken that the University is not, and cannot be considered as, a protector or sanctuary from the existing laws of the city, state, or federal government.

## Non-Discrimination and Anti-Bullying

The University has adopted policies and procedures to address discrimination and bullying. These policies apply to all students, faculty, staff, researchers and other members of the Harvard community across all Schools and units, including Harvard College. The University's non-discrimination and anti-bullying policies can be found on the Office of the Provost's website here: https://provost.harvard.edu/files/provost/files/non-discrimination_and_anti-bullying_policies.pdf.

Whenever a formal complaint of discrimination or bullying is investigated in accordance with the University's non-discrimination and anti-bullying policies and procedures, and those procedures result in a finding that a policy violation has occurred, then sanctions or remedial measures will be determined by the College's Appropriate Official or designee(s), as set forth in those procedures. The College's Appropriate Official or designee(s) must accept the finding of a policy violation as final and non-reviewable. The only opportunity to appeal the determination of a policy violation is provided within the University's Non-Discrimination and Anti-Bullying policies and procedures. Decisions about sanctions and remedial measures are final and cannot be appealed.

Local Designated Resources (LDRs) in the College serve as a resource for receiving reports and complaints, directing community members to resources, and providing information on supportive measures.

Ordinarily, students should direct their initial inquiries to their LDR (https://csndr.harvard.edu/non-discrimination-and-anti-bullying). You may also reach out to your Resident Dean with concerns or questions.

In the College, appropriate officials serve as the final authority to issue any sanctions under the University's Non-Discrimination and Anti-Bullying policies. For situations involving students, the appropriate official is the Harvard College Administrative Board.

Students may also report an incident of bias, harassment, and/or discrimination by submitting an anonymous report via the Anonymous Reporting Hotline online [https://reportinghotline.harvard.edu] or by calling 1-877-694-2275.

# Sexual Harassment and Other Sexual Misconduct

*Harassment on the Basis of Sex, Sexual Orientation, and Gender Identity*

Sexual harassment, including sexual violence, and other sexual misconduct are forms of sex discrimination. The University's policies and procedures concerning complaints of sexual harassment or other sexual misconduct can be found here: https://csndr.harvard.edu/university-title-ix-policies.

Formal complaints are submitted to the University Title IX Coordinator and investigated by the Office for Dispute Resolution (ODR). If a Harvard College student is found to have violated the University's Policies addressing sexual harassment or other sexual misconduct, the College's Administrative Board will consider appropriate sanctions. The College's Title IX Resource Coordinators can answer questions about the process for filing a formal complaint. Speaking to a Title IX Resource Coordinator is not the same as filing a formal complaint with the University Title IX Coordinator.

FAS's Interim Policies and Procedures Addressing Title IX Sexual and Gender-Based Harassment and Other Sexual Misconduct (https://cpb-us-e1.wpmucdn.com/websites.harvard.edu/dist/a/68/files/2022/08/interim_fas_sexual_harassment_and_misconduct_policies_and_procedures_2.pdf) adopts the University's Policies and incorporates the University's Procedures, including for purposes of student discipline, and covers all forms of sexual harassment and other sexual misconduct. As explained in the Policies, sexual violence, including rape, sexual assault, domestic and dating violence, and stalking is a form of sexual harassment or other sexual misconduct.

If you are in immediate danger and need help or want to speak to a specially trained officer about your situation, call the HUPD at 617-495-1212. When you report an incident to HUPD, you will be provided with immediate physical protection and transportation to a medical facility, if necessary. By contacting HUPD, you are not making a commitment to file charges or to testify in court.

A formal complaint asks the University to investigate whether the University's policies related to sexual harassment and other sexual misconduct have been violated. Students may initiate a formal complaint with the University's Title IX Coordinator at CSNDR_TitleIX@harvard.edu or by filing and submitting an online complaint form at: https://csndr.harvard.edu/file-title-ix-complaint. For more information regarding the formal complaint process, please reach out to College Title IX (https://titleix.college.harvard.edu/), visit ODR's website (https://odr.harvard.edu/) or visit the University's Office for Community Support, Non-Discrimination, Rights and Responsibilities (CSNDR) website (https://csndr.harvard.edu).

Formal complaints within the University may be pursued whether or not a complainant chooses to file criminal charges. Resources and supportive measures are available to any Harvard

community member who is impacted by sexual harassment or other sexual misconduct, and do not require a formal complaint or police report.

INFORMATION AND ADVICE

In cases of sexual harassment, other sexual misconduct, or gender-based harassment, students may seek support from College Title IX [https://titleix.college.harvard.edu]. Additionally, students may seek support from their Resident Dean, Faculty Dean, or other trusted staff or faculty members. It is important to note that any staff or faculty who are not designated confidential are considered responsible employees and must share information they learn about sexual harassment, other sexual misconduct, or gender-based harassment with College Title IX. Confidential resources include Sexual Harassment, Resources and Education (SHARE) counselors, staff in the Harvard Foundation, CAMHS clinicians, and the Harvard Chaplains.

College Title IX works with College students to navigate resources related to sexual harassment and other sexual misconduct. They can work with students to learn more about options, including how to file a formal complaint, and how to arrange supportive measures. Speaking with the College Title IX is not the same as filing a formal complaint with the University Title IX Coordinator.

# Faculty Resolutions

On April 14, 1970, the FAS approved the Resolution on Rights and Responsibilities, printed below in its entirety (members of the community should also be aware of the Faculty's Free Speech Guidelines, available at secfas.fas.harvard.edu).

This University-wide statement and its first interpretation were adopted on an interim basis by the Governing Boards on September 20, 1970, and were voted to remain in effect indefinitely in May 1977. The second interpretation was adopted by the Governing Boards in January–February 2002.

On January 19, 2024, a statement was issued by the Interim President and Deans of Harvard University in response to questions about how the guarantees and limitations regarding protest and dissent apply in specific settings (https://provost.harvard.edu/statement-interim-president-deans-harvard-university-rights-and-responsibilities).

RESOLUTION ON RIGHTS AND RESPONSIBILITIES

The central functions of an academic community are learning, teaching, research and scholarship. By accepting membership in the University, an individual joins a community ideally characterized by free expression, free inquiry, intellectual honesty, respect for the dignity of others, and openness to constructive change. The rights and responsibilities exercised within the community must be compatible with these qualities.

The rights of members of the University are not fundamentally different from those of other members of society. The University, however, has a special autonomy and reasoned dissent plays a particularly vital part in its existence. All members of the University have the right to press for action on matters of concern by any appropriate means. The University must affirm, assure and protect the rights of its members to organize and join political associations, convene and conduct public meetings, publicly demonstrate and picket in orderly fashion, advocate, and publicize opinion by print, sign, and voice.

The University places special emphasis, as well, upon certain values which are essential to its nature as an academic community. Among these are freedom of speech and academic freedom, freedom from personal force and violence, and freedom of movement. Interference

with any of these freedoms must be regarded as a serious violation of the personal rights upon which the community is based. Furthermore, although the administrative processes and activities of the University cannot be ends in themselves, such functions are vital to the orderly pursuit of the work of all members of the University. Therefore, interference with members of the University in performance of their normal duties and activities must be regarded as unacceptable obstruction of the essential processes of the University. Theft or willful destruction of the property of the University or of its members must also be considered an unacceptable violation of the rights of individuals or of the community as a whole.

Moreover, it is the responsibility of all members of the academic community to maintain an atmosphere in which violations of rights are unlikely to occur and to develop processes by which these rights are fully assured. In particular, it is the responsibility of officers of administration and instruction to be alert to the needs of the University community; to give full and fair hearing to reasoned expressions of grievances; and to respond promptly and in good faith to such expressions and to widely expressed needs for change. In making decisions which concern the community as a whole or any part of the community, officers are expected to consult with those affected by the decisions. Failures to meet these responsibilities may be profoundly damaging to the life of the University. Therefore, the University community has the right to establish orderly procedures consistent with imperatives of academic freedom to assess the policies and assure the responsibility of those whose decisions affect the life of the University.

No violation of the rights of members of the University, nor any failure to meet responsibilities, should be interpreted as justifying any violation of the rights of members of the University. All members of the community — students and officers alike — should uphold the rights and responsibilities expressed in this Resolution if the University is to be characterized by mutual respect and trust.

## INTERPRETATION

It is implicit in the language of the Statement on Rights and Responsibilities that intense personal harassment of such a character as to amount to grave disrespect for the dignity of others be regarded as an unacceptable violation of the personal rights on which the University is based.

It is implicit in the University-wide Statement on Rights and Responsibilities that any unauthorized occupation of a University building, or any part of it, that interferes with the ability of members of the University to perform their normal activities constitutes unacceptable conduct in violation of the Statement and is subject to appropriate discipline.

## PROTECTED SPEECH

Speech not specifically directed against individuals in a harassing way may be protected by traditional safeguards of free speech, even though the comments may cause considerable discomfort or concern to others in the community. Any use of electronic communication (including, but not limited to, email or phone) to deliver obscene or harassing messages will be treated as a serious matter and ordinarily will result in disciplinary action by the College (see also "Electronic Communication" and "Regulations Concerning the Use of University Resources").

## COMMISSION OF INQUIRY

Any student, faculty member, or administrative officer who has a complaint or an inquiry may address it to the Commission of Inquiry, c/o Secretary of the FAS. The Commission will redirect the complaint or query to the appropriate agency of the FAS. When such an agency does not exist, the Commission itself will attempt to aid in resolving the matter. Occasionally, the

Commission is instrumental in establishing a new agency for handling recurrent issues. Although the Commission has no power to make rulings, it can play an advocacy role in pressing for the resolution of issues. Ordinarily, the Commission reports to the community on the matters which come before it, and in doing so, attempts to keep the community informed about factual background material and the resolution of matters of community concern.

## Physical Violence

Harvard College strives to maintain a safe and secure environment for all members of the community and thus does not tolerate physical violence or threats of physical violence used by or against the members of the community. Students are expected to avoid all physical conflicts, confrontations, and altercations unless their own safety or that of another is at extreme jeopardy. Failure to do so will ordinarily result in disciplinary action, including, but not limited to, requirement to withdraw from the College.

## Honesty

The College expects that all students will be honest and forthcoming in their dealings with the members of this community. Further, the College expects that students will answer truthfully questions put to them by a properly identified officer of the University. Failure to do so ordinarily will result in disciplinary action, including, but not limited to, requirement to withdraw from the College.

All students are required to respect private and public ownership; instances of theft, misappropriation, or unauthorized use of or damage to property or materials not one's own will ordinarily result in disciplinary action, including requirement to withdraw from the College. Any student in possession of stolen goods is subject to disciplinary action.

A student who commits an offense against law and order during a public disturbance or demonstration or who disregards the instructions of any other University officer at such a time is subject to disciplinary action and may be required to withdraw.

## Drugs and Alcohol

Harvard expects its students and employees to maintain an environment that is safe and healthy. The unlawful possession, use, or distribution of illicit drugs and alcohol by students and employees on Harvard property or as a part of any Harvard activity are violations of University rules as well as the law. Possession, use, or distribution of certain nonprescription drugs, including cannabis, amphetamines, heroin, cocaine, and nonprescription synthetics; procurement or distribution of alcohol by anyone under 21 years of age; and provision of alcohol to anyone under 21 years of age are violations of the law and of Harvard policy.

Although Massachusetts law now permits adults aged 21 or older to possess and consume cannabis under certain circumstances, federal law prohibits the possession, use, or distribution of cannabis, including for medical purposes, on Harvard property or as part of a Harvard activity. Thus, even if possession or use of cannabis would be permitted under Massachusetts law, it remains prohibited on campus.

College policies and procedures also reflect additional expectations for student conduct based on the College's concerns about high-risk drinking behaviors, such as binge drinking and the

rapid or competitive consumption of alcohol, and their many adverse consequences for students' health and lives. All students are expected to comply with the laws of the Commonwealth of Massachusetts and with all College rules governing possessing or serving alcohol. More information is available on the website for the Dean of Students Office (https://dso.college.harvard.edu/). The University holds its students and employees responsible for the consequences of their decisions to use or distribute illicit drugs or to serve or consume alcohol. Additionally, the misuse of prescription drugs (sharing, buying, or using in a manner different than prescribed) is a violation of University policy.

## SUMMARY OF CITY, STATE, AND FEDERAL LAWS AND REGULATIONS

1. The sale, delivery, or furnishing of alcohol to persons under the age of 21 is prohibited.
2. The possession or transportation of alcoholic beverages by individuals under the age of 21 is prohibited.
3. Social hosts may be held liable for injuries caused by guests who consume alcohol at the hosts' premises and then harm themselves or third parties.
4. Willfully misrepresenting one's age or altering, defacing, or otherwise falsifying identification offered as proof of age, with the intent of purchasing alcoholic beverages is prohibited.
5. There are heavy penalties, including imprisonment, for possession or distribution of illicit drugs and for selling or delivering alcohol to, or procuring alcohol for, anyone under 21.
6. The consumption of alcohol on public property or on property open to the public is prohibited.

All students are expected to comply with all applicable city, state, and federal laws and regulations as well as with all College rules governing the use and possession of alcohol. The College does not permit transportation or consumption of alcoholic beverages in open containers in public areas on campus.

## DISCIPLINARY ACTION

The University requires all students to become familiar with the information on drugs and alcohol distributed at registration each year and expects students to make responsible choices and create safe social environments. The College will take serious action, ordinarily probation or requirement to withdraw, in any case involving the possession in quantity or the sale or distribution of drugs, or when cases of drug and alcohol use create a danger to individuals or to the community at large. The College will also take action in cases in which a student is involved in the falsification of identification with the intent of obtaining alcohol. If a person was seriously harmed, or could have been seriously harmed, as a result of consuming drugs or alcohol provided by another person, then the College may take disciplinary action against the person who provided the drugs or alcohol, up to and including requirement to withdraw. The College has adopted a Help-Seeking Policy, as set forth below.

## HELP-SEEKING POLICY

We expect students to abide by the law and Harvard policy on the use of drugs and alcohol. The University is not a sanctuary from the existing laws of the city, state, or federal government, and students must recognize the consequences of their personal decisions as well as the impact those decisions can have on themselves, others, and the wider College community.

However, in cases of drug or alcohol intoxication, health and safety are the College's primary concerns, and this policy is intended to encourage students to seek help.

Students seeking medical treatment for themselves or another person for the effects of drug or alcohol use will not be subject to disciplinary action from the College for violations pertaining to the use or provision of drugs or alcohol. Sources of help might include: HUHS or other medical providers; College residential life staff; and HUPD or other police or security officers.

This policy does not provide immunity from disciplinary action relating to any other conduct violations, including, without limitation, assault, property damage, or the possession in quantity or the sale or distribution of drugs (see "Standards of Conduct in the Harvard Community").

## RESPONSIBILITIES OF STUDENT GROUPS

The College expects officers of all student groups (whether or not the group is officially recognized by the College), like any other social hosts, to create safe social environments. To this end, student group officers are urged to participate in annual education efforts with the Center for Wellness and Health Promotion and Dean of Students Office, which may include training on event planning, risk reduction, and the responsible service of alcohol. See more information about regulations involving alcohol and events at https://dso.college.harvard.edu/policies/student-organizations.

If a person was seriously harmed, or could have been seriously harmed, as a result of consumption of alcohol or drugs at an event held, sponsored, organized, or supported by a student group and those directly responsible for the provision of alcohol or drugs are not identified, then the College may hold the event hosts personally responsible. If the event hosts are not identified, then the officers of the organization may be held personally responsible. In considering such cases, the College will, in all circumstances, apply the Help-Seeking Policy as described below.

At a minimum, when cases involving the consumption of alcohol or drugs at an event held, sponsored, organized, or supported by a student group come to the attention of the College, the student group may be asked to come to the Dean of Students Office for a conversation about their procedures for hosting responsible social events and may be asked to participate in additional education or training efforts.

## APPLICATION OF THE HELP-SEEKING POLICY TO STUDENT GROUPS

The Help-Seeking Policy is intended to encourage all members of student groups to access help for the effects of drug or alcohol use. If a person needs assistance after consuming alcohol or drugs at an event held, sponsored, organized, or supported by a student group and the person who seeks assistance is a member of that student group, then the College will weigh this fact heavily as a mitigating circumstance when considering potential disciplinary action with respect to other student group members. Conversely, the failure to seek help by members of the student group also may be considered in deciding whether to impose disciplinary action. In addition, the College may consider as mitigating factors the student group's participation in the College's annual education and training about responsible social events, as well as any efforts made by the hosts or officers to prevent the harmful or potentially harmful situation and their cooperation with the College in its investigation of the situation.

## USUAL RESPONSES

As described above, officers of the College initially may respond to the use of illicit drugs, underage possession or consumption of alcohol, serving alcohol to underage individuals, or overconsumption of alcohol with a warning and/or referral to the Center for Wellness and Health Promotion. However, a pattern of behavior in violation of rules governing drug or alcohol use or

possession will lead to a warning by the Faculty Dean or Senior Assistant Dean of the First-Year Experience, admonition by the Administrative Board, probation, or requirement to withdraw.

# Student Business Activity

Harvard permits undergraduates to undertake modest levels of business activities on campus. Students may be required to move businesses entirely off-campus should they disrupt residential life, compromise the educational environment, or jeopardize the nonprofit status of the University or any exemption of its income or property from federal, state, or local taxation.

A "business activity" is any activity carried on by a student that is intended to or does generate revenue or trade, whether or not for profit, and is not an individual employment or independent contractor relationship.

Compliance with the following general restrictions, mentioned elsewhere in this Handbook, also apply to student business enterprises. Use of the Harvard name or logo in conjunction with a business enterprise is prohibited (see "Use of the Harvard University Trademarks"). All regulations concerning safety and the use of rooms must be observed (see "Meetings and Events"). The compilation or redistribution of information from University directories (printed or electronic) is forbidden (see "Privacy of Information"). Use of library resources for commercial purposes is prohibited (see "Use of Libraries, Research Support and Use of Collections"). General regulations concerning use of computers and networks must be observed (see "Use of Computers and Networks"). Excessive data traffic on Harvard's computer network is not allowed.

In addition, care must be taken to avoid excessive use of University resources, misuse of University facilities and information provided primarily for Harvard's teaching and research missions, and activities that might jeopardize the tax-exempt status of the University or its property. Students must establish a means of communication with customers separate from those provided by the University for educational purposes. Students may not list their dormitory address, campus mailing address or telephone number, Harvard email or internet address, or Harvard website in conjunction with any business enterprise, or in any way suggest that Harvard endorses or sponsors the business. Harvard reserves the right to restrict or control student business use of its resources, facilities, academic product, copyrighted materials, and institutional data.

Student businesses are considered outside vendors by the College and must follow this Handbook's rules concerning solicitation on campus (see "Distribution of Printed Matter" and "Solicitation"). Sales activities are permitted only with permission and at the discretion of the office granting permission (for example, the Student Employment Office or the Dean of Students Office). Student businesses are not allowed to poster or door-drop on campus.

Other areas of concern, which could cause the College to prohibit the student business, include:

- § Excessive use of Harvard's paper mail system.
- § Activity by a student as a corporate agent or commercial solicitor for a business.
- § Other activities that compromise the educational collegiality of the Harvard community by coloring with a profit motive the day-to-day interactions among students, faculty, and other College officers.
- § Excessive foot traffic or movement of goods into or out of University buildings.
- § Activities that interfere with roommates' rights to use common spaces for their own residential purposes.

§   Commitment of time and effort to a commercial activity to an extent that compromises a student's academic or personal well-being.

Student businesses may be required to seek approval in advance for operations that directly impact University offices, operations, facilities, or resources.

No firm, agency, organization, or individual shall solicit in a University dormitory at any time, for any purpose. Exceptions to this rule may be granted only by the Committee on Student Life.

Distribution of printed matter in College buildings must be approved by the Dean of Students Office. (see "Solicitation").

# Unauthorized Recording

Harvard prohibits unauthorized recording of any kind; this includes audio, video, or photographic recording.  Any recording or attempt to record, inside the classroom or elsewhere, requires prior consent from all those being recorded. Secretly recording any conversation is not permitted, whether in person, over the phone, or by any other medium.

COURSE RECORDINGS

In the interest of cultivating an environment most conducive to the free and unencumbered exchange of ideas, the activity of recording in the classroom is generally prohibited. However, instructors or the College may record course sessions in accordance with the College's policy on simultaneous enrollment to make them available for future use. In some cases, authorization for course recordings may be made by the Disability Access Office (DAO) to support necessary accommodations for a documented disability. For questions about such accommodations students should contact the Disability Access Office (DAO) at https://dao.fas.harvard.edu.

Course recordings may not be used as a substitute for in-person attendance. (see "Attendance").

STUDENT PUBLISHING OR DISTRIBUTION OF COURSE MATERIALS

By attending course sessions and accessing course recordings, all students acknowledge that they may not post, publish, sell, or otherwise distribute course materials without the written permission of the course instructor. Such materials include, but are not limited to, the following: video or audio recordings, assignments, problem sets, examinations, other students' work, and answer keys. Students who sell, post, publish, or distribute course materials without written permission, whether for the purposes of soliciting answers or otherwise, may be subject to disciplinary action, up to and including the requirement to withdraw from the College.
Course content and materials may be covered by copyrights held by the University or the instructor, and their unauthorized use may unlawfully infringe those copyrights.

# Regulations Concerning the Use of University Resources

To safeguard the integrity of University resources, the University relies on its students to use them with care, appropriately, and as authorized; to respect the rights of others who also have access; and to observe the rules granting access to, and use of, those resources. Failure to abide by the rules governing use of University resources ordinarily will result in disciplinary action.

USE OF LIBRARIES, RESEARCH SUPPORT, AND USE OF COLLECTIONS

To protect the collections of Harvard's libraries, a student who violates the use and lending

policies of any Harvard library may be subject to overdue charges and/or disciplinary action. In particular, damage caused to any library materials or property, or unauthorized removal of any book or object from a library will result in disciplinary action.

Those with access to Harvard's library spaces and collections are required to acknowledge and abide by the Patron Agreement, which is outlined on the Harvard Library website at https://guides.library.harvard.edu/HL_patron_agreement.

## USE OF COMPUTERS AND NETWORKS

Using Harvard's network to download or share copyrighted music, movies, television shows, or games without the permission of the copyright owner may result in legal sanctions, network termination, and/or disciplinary action.

Some file-sharing programs can transmit files on a computer to others in violation of copyright laws, with or without the user's knowledge. If these programs are on a student's computer, the student will be held responsible for any copyright violations that may result.

Students who are provided access to University computer facilities and to the campus-wide communication network assume responsibility for their appropriate use. The University expects students to be careful, honest, responsible, and civil in the use of computers and networks. Those who use wide area networks (such as the internet) to communicate with individuals or to connect to computers at other institutions are expected to abide by the rules for the remote systems and networks as well as those for Harvard's systems.

Be advised that, in addition to violating College rules, certain computer misconduct is prohibited by federal and state law and is, therefore, subject to criminal and civil penalties. Such misconduct includes knowingly gaining unauthorized access to a computer system or database; falsely obtaining electronic services or data without payment of required charges; intentionally intercepting electronic communications; and obtaining, altering, or destroying others' electronic information. Similarly, serious legal penalties may result from the use of Harvard's computers or network to violate copyright laws, as is possible with the use of peer-to-peer file-sharing programs. Moreover, a student may be held responsible for misuse that occurs by allowing a third party to access the student's own computer, account, or network connection.

The basic rules for the appropriate use of computers and networks are outlined below. Other policies may be found on the Harvard University Information Technology website (https://huit.harvard.edu/). Students are expected to abide by these rules and policies and to consult an official of Harvard University Information Technology prior to any activity that would appear to threaten the security or performance of University computers and networks. Failure to do so may result in disciplinary action.

Computer and network facilities are provided to students primarily for their educational use. These facilities have tangible value. Consequently, attempts to circumvent accounting systems or to use the computer accounts of others will be treated as forms of attempted theft.

Students may not attempt to damage or to degrade the performance of Harvard's computers and networks, and should not disrupt the work of other users. Students may not attempt to circumvent security systems, or to exploit or probe for security holes in any Harvard network or system, nor may students attempt any such activity against other systems accessed through Harvard's facilities. Execution or compilation of programs designed to breach system security is prohibited unless authorized in advance. To report a suspected system vulnerability, data exposure, account compromise, phishing, online abuse, harassment, or intimidation, a lost or stolen device, or other related incidents visit PrivSec@Harvard at https://privsec.harvard.edu/ or

call: (617) 495-7777.

Students assume personal responsibility for the use of their accounts. Consequently, students may not disclose their passwords or otherwise make Harvard's facilities available to unauthorized individuals (including family or friends). Moreover, the possession or collection of others' passwords, PINs, private digital certificates, or other secure identification information is prohibited. Use of Harvard's computers and networks for business-related purposes without authorization is also prohibited. (See "Student Business Activity").

## Privacy of Information

Information stored on a computer system or sent electronically over a network is the property of the individual who created it. Examination, collection, or dissemination of that information without authorization from the owner is a violation of the owner's rights to control their own property. Information technology personnel, however, may gain access to users' data or programs when it is necessary to maintain or prevent damage to systems or to ensure compliance with other University rules.

Computer systems and networks provide mechanisms for the protection of private information from examination. These mechanisms are necessarily imperfect, and any attempt to circumvent them or to gain unauthorized access to private information (including both stored computer files and messages transmitted over a network) will be treated as a violation of privacy and will be cause for disciplinary action.

In general, information that the owner would reasonably regard as private must be treated as private by other users. Examples include the contents of electronic mailboxes, the private file storage areas of individual users, and information stored in other areas that are not public. That measures have not been taken to protect such information does not make it permissible for others to inspect it.

On shared and networked computer systems certain information about users and their activities is visible to others. Users are cautioned that certain accounting and directory information (for example, usernames and electronic mail addresses), certain records of file names and executed commands, and information stored in public areas are not private. Nonetheless, such unsecured information about other users must not be manipulated in ways that they might reasonably find intrusive; for example, eavesdropping by computer and systematic monitoring of the behavior of others are likely to be considered invasions of privacy that would be cause for disciplinary action. The compilation or redistribution of information from University directories (printed or electronic) is forbidden.

HARVARD UNIVERSITY POLICY ON ACCESS TO ELECTRONIC INFORMATION

Effective March 31, 2014, Harvard established a policy that sets out guidelines and processes for University access to user electronic information stored in or transmitted through any University system. This policy applies to all Schools and units of the University. Harvard College students should be aware that this policy applies to them. The policy may be viewed at https://provost.harvard.edu/links/policy-access-electronic-information.

ELECTRONIC COMMUNICATION

Harvard neither sanctions nor censors individual expression of opinion on its systems. The same standards of behavior, however, are expected in the use of electronic mail as in the use of telephones and written and oral communication. Therefore, electronic mail, like telephone

messages, must be neither obscene nor harassing (see "Non-Discrimination and Anti-Bullying"). Similarly, messages must not misrepresent the identity of the sender and should not be sent as chain letters or broadcast indiscriminately to large numbers of individuals. This prohibition includes unauthorized mass electronic mailings. For example, email on a given topic that is sent to large numbers of recipients should in general be directed only to those who have indicated a willingness to receive such email.

## Intellectual Property and Copyrighted Materials

Computer programs written as part of one's academic work should be regarded as literary creations and subject to the same standards of misrepresentation as copied work (see "Academic Integrity, Academic Dishonesty, and the Harvard College Honor Code"). In addition, any attempt to duplicate, use, or distribute software or other data without authorization by the owner is prohibited.

All Harvard users must respect the copyrights in works that are accessible through computers connected to the Harvard network. Federal copyright law prohibits the reproduction, distribution, public display, or public performance of copyrighted materials without permission of the copyright owner, unless fair use or another exemption under copyright law applies. In appropriate circumstances, Harvard will terminate the network access of users who are found to have repeatedly infringed the copyrights of others, and may also take disciplinary action.

Information about the application of copyright law to peer-to-peer file sharing of music, movies and other copyrighted works is available on Harvard's Digital Millennium Copyright Act webpage (dmca.harvard.edu). Students with questions about copyright or this policy are invited to raise those questions with an appropriate Dean, tutor, or academic officer.

## Harvard University Identification Cards

All students receive a Harvard University Identification Card. ID cards are the property of Harvard University and are intended for University purposes only. The cards are required for admission to most Harvard activities and facilities including libraries, museums, dining halls, athletic buildings, and student residences. Some facilities may also require a sticker for entry. The front of the card and the magnetic stripes on the back, however, must be kept free from stickers.

Students will keep their ID card while they are enrolled at Harvard University and are responsible for their ID card and the consequences of its misuse. ID cards are not transferable; students may not allow any other person to use their ID card for any purpose. Students who alter or falsify their ID card or produce or distribute false identification cards of any kind are subject to disciplinary action. Lost cards should be reported immediately through the student's ID account at the Campus Service Center website (https://www.campusservicecenter.harvard.edu/services/id-cards) or at the Harvard University Campus Service Center, Smith Campus Center, Eighth Floor

Students must present their ID card or otherwise identify themselves upon request to any properly identified employee of the University. Surrendered ID cards will be transmitted immediately to the student's Resident Dean or other appropriate Dean.

## Use of College and University Resources

Bicycles, roller blades, skateboards and micromobility devices may not be ridden in Harvard Yard, in Harvard-owned or operated buildings, or on sidewalks or other walkways, and they may not be parked on or adjacent to disability access ramps. Violation of

any motor vehicle registration and parking regulations (see
https://transportation.harvard.edu/parking can lead to disciplinary action. This policy does not
refer to wheelchairs, mobility aids, and other power-driven mobility devices.

Please refer to the Harvard Transportation Services website
(https://www.transportation.harvard.edu) for more information.

Students may not bring into the University or use or transport any radioactive materials within
its property without authorization of the University's Department of Environmental Health
and Safety.

## Fire Regulations

Fire alarms, smoke detectors, fire extinguishers, and sprinkler systems have been placed
throughout the University for the protection of those who live and work in Harvard's buildings.
Misuse of these systems endangers both life and property and can lead to disciplinary action,
including requirement to withdraw, and possible criminal charges. For the same reason,
violation of any of the fire safety or fire emergency regulations listed below must be considered
a serious offense requiring serious disciplinary action:

§   Any abuse of, or tampering with, fire alarm, smoke detector, sprinkler, or extinguisher
    systems is strictly forbidden. There is a fine, equal to the cost of replacement, for
    breaking the glass that covers the lock of a fire alarm. Similarly, there is a fine, equal to
    the cost of replacement, for any damage to a smoke detector. There is a fine, equal to
    the cost of replacement, damages, and clean up, for sprinkler activation resulting from
    negligence.
§   Emergency exit doors in the Houses or dormitories between adjoining suites may be
    opened by special arrangement with the building manager and only with written
    agreement of all occupants of both suites.
§   Emergency exit doors must not be blocked on either side by furniture or obstructions of
    any kind.
§   Fire escapes are intended only for use in a fire; any other uses are prohibited.
§   Flammable and combustible liquids and flammable gases are not permitted in Houses or
    dormitories.
§   Falsely pulling any alarm, maliciously setting off a smoke detector alarm, or negligently
    activating the sprinkler system is illegal and may be punishable by a fine of up to $500 or
    imprisonment.
§   Corridor and stairwell fire doors must be kept shut at all times.
§   Use of fireplaces is prohibited.

Students should also review the policies related to health and safety and residential life on the
DSO website: https://dso.college.harvard.edu/policies.

## Threats Involving Deadly Weapons, Explosives, Bombs, Chemical or Biological Agents, or Other Deadly Devices or Substances

The following provision of Massachusetts law concerning certain kinds of threats underscores
why such behavior must be treated by the College as an actionable offense:

> Whoever willfully communicates or causes to be communicated, either directly or
> indirectly, orally, in writing, by mail, by use of a telephone or telecommunication device
> including, but not limited to, electronic mail, Internet communications and facsimile
> communications, through an electronic communication device or by any other means,  a
> threat: (1) that a firearm, rifle, shotgun, machine gun or assault weapon, as defined in
> section 121 of chapter 140, an explosive or incendiary device, a dangerous chemical or

biological agent, a poison, a harmful radioactive substance or any other device, substance or item capable of causing death, serious bodily injury or substantial property damage, will be used at a place or location, or is present or will be present at a place or location, whether or not the same is in fact used or present; or (2) to hijack an aircraft, ship or common carrier thereby causing anxiety, unrest, fear or personal discomfort to any person or group of persons shall be punished by imprisonment in the state prison for not more than 20 years or imprisonment in the house of correction for not more than 2 1/2 years, or by fine of not more than $10,000, or by both such fine and imprisonment.

Whoever willfully communicates or causes to be communicated such a threat thereby causing either the evacuation or serious disruption of a school, school related event, school transportation, or a dwelling, building, place of assembly, facility or public transport, or an aircraft, ship or common carrier, or willfully communicates or causes serious public inconvenience or alarm, shall be punished by imprisonment in the state prison for not less than 3 years nor more than 20 years or imprisonment in the house of correction for not less than 6 months nor more than 2 1/2 years, or by fine of not less than $1,000 nor more than $50,000, or by both such fine and imprisonment.

[Massachusetts General Laws, c. 269 § 14(b)-(c)]

In the event that a student is threatened by any of the means above, contact the HUPD at 617-495-1212.

# Firearms, Explosives, Combustible Fuels, Firecrackers, and Dangerous Weapons

Possession and/or use on University property of firearms or other dangerous weapons (as defined below), or ammunition, explosives, combustible fuels, firecrackers, and potential ingredients thereof is forbidden by University policy. The College may make occasional exceptions, on a case-by-case basis, for students who wish to participate in club sports that involve the use of dangerous weapons (as defined below), but in all such cases advance approval must be obtained from both the HUPD and the Club Sports Office, and participating students must comply with any and all College rules and requirements for use and storage of the weapons. College rules require, at a minimum, that any weapons shall be stored in a secure place and not in a student's room. The applicable Massachusetts law is as follows:

For the purpose of this paragraph "firearm" shall mean any pistol, revolver, rifle, or smoothbore arm from which a shot, bullet or pellet can be discharged.

Whoever, not being a law enforcement officer, and notwithstanding any license obtained by the person pursuant to chapter 140, carries on the person a firearm, loaded or unloaded, or other dangerous weapon in any building or on the grounds of any elementary or secondary school, college or university without the written authorization of the board or officer in charge of such elementary or secondary school, college or university shall be punished by a fine of not more than one thousand dollars or by imprisonment for not more than two years, or both. A law enforcement officer may arrest without a warrant and detain a person found carrying a firearm in violation of this paragraph.

Any officer in charge of an elementary or secondary school, college or university or any faculty member or administrative officer of an elementary or secondary school, college or university that fails to report violations of this paragraph shall be guilty of a misdemeanor and punished by a fine of not more than five hundred dollars.

[Massachusetts General Laws, c. 269 § 10(j)]

Under Massachusetts law, the definition of dangerous weapons includes many items designed to do bodily injury:

> … any stiletto, dagger or a device or case which enables a knife with a locking blade to be drawn at a locked position, any ballistic knife, or any knife with a detachable blade capable of being propelled by any mechanism, dirk knife, any knife having a double-edged blade, or a switch knife, or any knife having an automatic spring release device by which the blade is released from the handle, having a blade of over one and one half inches, or a slung shot, blowgun, blackjack, metallic knuckles or knuckles of any substance which could be put to the same use with the same or similar effect as metallic knuckles, nunchaku, zoobow, also known as klackers or kung fu sticks, or any similar weapon consisting of two sticks of wood, plastic or metal connected at one end by a length of rope, chain, wire or leather, a shuriken or any similar pointed starlike object intended to injure a person when thrown, or any armband, made with leather which has metallic spikes, points or studs or any similar device made from any other substance or a cestus or similar material weighted with metal or other substance and worn on the hand, or a manrikigusari or similar length of chain having weighted ends …

> [Massachusetts General Laws, c. 269 § 10(b)]

Students should recognize that even when they are away from the University, Massachusetts law requires a permit or firearms identification card or compliance with other specialized rules (depending on the type of weapon) for possession of any firearms. The definition of firearms is broad, and includes pistols or guns operated by air, carbon dioxide, or other gases. Carrying any firearm (even if unloaded) in violation of the law is punishable by imprisonment with a mandatory minimum sentence of 18 months, which cannot be suspended or reduced (Massachusetts General Laws, c. 269 § 10[a]). Students should consult the local police department in the city or town in which they reside if they intend to possess firearms on non-University property, in order to assure strict compliance with the applicable statutes.

# Betting and Gambling

Massachusetts has approved limited options for legal betting and gambling, including specific sports betting platforms and casinos. Betting and gambling are limited to those 21 years of age and older (Massachusetts General Laws, c. 23K § 25), and anyone under 21 is subject to a fine not to exceed $1000 (Massachusetts General Laws, c. 23K § 43).  Bookmaking is illegal: There are severe penalties, up to a fine of $3,000 and three years in prison, for keeping, occupying, or being found in any place used "for registering bets, or buying or selling [betting] pools, upon the result of a trial contest of skill, speed, or endurance of man, beast, bird, or machine, or upon the result of a game, competition, political nomination, appointment or election." (Massachusetts General Laws, c. 271 § 17).

The Cambridge License Commission dictates that under no circumstances are casino nights, Las Vegas nights, or any other type of gambling allowed in the city of Cambridge.

Students participating in intercollegiate athletics are expected to be familiar with the Harvard University Student-Athlete Handbook, which along with NCAA bylaws, strictly prohibit all forms of legal and illegal sports wagering related to intercollegiate athletics (NCAA or Ivy League-sponsored sports). Participation in sport wagering activities could result in loss of eligibility, including permanent ineligibility from intercollegiate athletics.

# Anti-Hazing Policy

**Hazing Prohibited**. Hazing is incompatible with the values of our community and our educational mission and is strictly prohibited at Harvard College, as a matter of policy and in accordance with applicable law.

**Compliance with Law**. Harvard College's anti-hazing policy is intended to comply with the requirements of all applicable federal and state anti-hazing laws, and thus incorporates the definitions included in those laws, as set forth below.  However, the examples of the types of hazing activities provided in this policy are non-exhaustive. A determination as to whether activities reported as hazing violate this policy will be based on the relevant facts of the situation, including but not limited to the circumstances giving rise to the reported activities and the risks of injury and harm created by the reported activities. Activities may violate Harvard College's anti-hazing policy (or other conduct policies), even if they would not necessarily violate the federal or state anti-hazing laws.

**Reporting; Investigation Process; Disciplinary Action**. Harvard College will consider all reports of hazing in the normal course of its oversight and investigation processes and will take disciplinary action in appropriate situations.  Reports of incidents of hazing can be made to the Office of Academic Integrity and Student Conduct (OAISC) and/or to the Harvard University Police Department.  Harvard will inform appropriate law enforcement officials and regulatory agencies of hazing incidents and will disclose hazing incidents in community notifications as required by applicable law.

**Hazing Prevention and Awareness Programs**. Harvard has developed research-informed campus prevention and awareness programs related to hazing.

## FEDERAL LAW: THE STOP CAMPUS HAZING ACT

Under the federal law known as the Stop Campus Hazing Act (the "SCHA"), hazing  means: any intentional, knowing, or reckless act committed by a person (whether individually or in concert with other persons) against another person or persons regardless of the willingness of such other person or persons to participate, that (a) is committed in the course of an initiation into, an affiliation with, or the maintenance of membership in, a student organization; and (b) causes or creates a risk, above the reasonable risk encountered in the course of participation in the institution of higher education or the organization (such as the physical preparation necessary for participation in an athletic team), of physical or psychological injury including —

1. whipping, beating, striking, electronic shocking, placing of a harmful substance on someone's body, or similar activity;

2. causing, coercing, or otherwise inducing sleep deprivation, exposure to the elements, confinement in a small space, extreme calisthenics, or other similar activity;

3. causing, coercing, or otherwise inducing another person to consume food, liquid, alcohol, drugs, or other substances;

4. causing, coercing, or otherwise inducing another person to perform sexual acts;

5. any activity that places another person in reasonable fear of bodily harm through the use of threatening words or conduct;

6. any activity against another person that includes a criminal violation of local, State, Tribal, or Federal law; and

7. any activity that induces, causes, or requires another person to perform a duty or task that involves a criminal violation of local, State, Tribal, or Federal law.

Under the SCHA, the term "student organizations" means an organization at an institution of higher education (such as a club, society, association, varsity or junior varsity athletic team, club

sports team, fraternity, sorority, band, or student government) in which two or more of the members are students enrolled at the institution of higher education, whether or not the organization is established or recognized by the institution.

## MASSACHUSETTS ANTI-HAZING LAW

Massachusetts General Laws, Chapter 269, sections 16, 17 and 18 state as follows:

*Section 17. Hazing; organizing or participating; hazing defined*. Whoever is a principal organizer or participant in the crime of hazing, as defined herein, shall be punished by a fine of not more than three thousand dollars or by imprisonment in a house of correction for not more than one year, or both such fine and imprisonment.

The term "hazing" as used in this section and in sections eighteen and nineteen (reproduced below), shall mean any conduct or method of initiation into any student organization, whether on public or private property, which willfully or recklessly endangers the physical or mental health of any student or other person. Such conduct shall include whipping, beating, branding, forced calisthenics, exposure to the weather, forced consumption of any food, liquor, beverage, drug or other substance, or any other brutal treatment or forced physical activity which is likely to adversely affect the physical health or safety or any such student or other person, or which subjects such student or other person to extreme mental stress, including extended deprivation of sleep or rest or extended isolation.

Notwithstanding any other provisions of this section to the contrary, consent shall not be available as a defense to any prosecution under this action.

*Section 18. Failure to report hazing*. Whoever knows that another person is the victim of hazing as defined in section seventeen (above) and is at the scene of such crime shall, to the extent that such person can do so without danger or peril to himself or others, report such crime to an appropriate law enforcement official as soon as reasonably practicable. Whoever fails to report such crime shall be punished by a fine of not more than one thousand dollars.

*Section 19. Copy of Secs. 17 to 19*; issuance to students and student groups, teams and organizations; report Each institution of secondary education and each public and private institution of post-secondary education shall issue to every student group, student team, or student organization which is part of such institution or is recognized by the institution or permitted by the institution to use its name or facilities or is known by the institution to exist as an unaffiliated student group, student team or student organization, a copy of this section and sections seventeen and eighteen (above); provided, however, that an institution's compliance with this section's requirements that an institution issue copies of this section and sections seventeen and eighteen to unaffiliated student groups, teams or organizations shall not constitute evidence of the institution's recognition or endorsement of said unaffiliated student groups, teams or organizations.

Each such group, team or organization shall distribute a copy of this section and sections seventeen and eighteen to each of its members, plebes, pledges or applicants for membership. It shall be the duty of each such group, team or organization, acting through its designated officer, to deliver annually to the institution an attested acknowledgement stating that such group, team, or organization has received a copy of this section and said sections seventeen and eighteen, that each of its members, plebes, pledges, or applicants has received a copy of sections seventeen and eighteen, and that such group, team, or organization understands and agrees to comply with the provision of this section and sections seventeen and eighteen.

Each institution of secondary education and each public or private institution of post-secondary education shall, at least annually, before or at the start of enrollment, deliver to each person who enrolls as a full-time student in such institution a copy of this section and sections seventeen and eighteen.

Each institution of secondary education and each public or private institution of post-secondary education shall file, at least annually, a report with the board of higher education and in the case

of secondary institutions, the board of education, certifying that such institution has complied with its responsibility to inform student groups, teams or organizations and to notify each full-time student enrolled by it of the provisions of this section and sections seventeen and eighteen, and also certifying that said institution has adopted a disciplinary policy with regard to the organizers and participants of hazing, and that such policy has been set forth with appropriate emphasis in the student handbook or similar means of communicating the institution's policies to its students. The board of higher education and, in the case of secondary institutions, the board of education, shall promulgate regulations governing the content and frequency of such reports, and shall forthwith report to the attorney general any such institution which fails to make such report.

# ADMINISTRATIVE BOARD OF HARVARD COLLEGE, HARVARD COLLEGE HONOR COUNCIL, AND STUDENT-FACULTY JUDICIAL BOARD

Three Boards exist to hear the cases or requests of Harvard undergraduates. They are overseen by the Office of Academic Integrity and Student Conduct.

§   The **Administrative Board** reviews all undergraduate records, hears all undergraduate petitions for exceptions to the administrative rules of the College, and handles any undergraduate disciplinary case involving social misconduct for which there is governing faculty legislation and/or for which there is precedent for interpreting and applying the rules and standards of conduct of the College.

§   The **Harvard College Honor Council** reviews all undergraduate disciplinary cases involving violations of The Honor Code and academic dishonesty.

§   The **Student-Faculty Judicial Board** handles only disciplinary cases for which there is no clear governing precedent, policy, or Faculty legislation; for which the procedures of the Administrative Board are inappropriate; or the disposition of which will have profound effects on the community in general.

The following sections provide a brief introduction to these Boards. For more detailed information, students may consult with their Resident Dean or visit the website for the Office of Academic Integrity and Student Conduct at https://oaisc.fas.harvard.edu/.

## Administrative Board of Harvard College

The Administrative Board acts on routine and special petitions, academic review, and disciplinary cases involving social misconduct, including violations of the University's Policies on Sexual and Gender-Based Harassment. Students may refer to the website for the Administrative Board (https://adboard.fas.harvard.edu/) for more information on the number of petitions and cases, category by category, considered by the Administrative Board in the previous five years. The Administrative Board's authority to handle the routine College administrative and disciplinary matters derives directly from the Faculty. All meetings and discussions of the Administrative Board are confidential. The Administrative Board includes both teaching members of the Faculty and senior administrators.

Established procedures and practices guide the Administrative Board's work and decisions, taking into account the Administrative Board's understanding of the student's particular circumstances. These include a student's option to reconsider or appeal a decision; the opportunity to meet personally with a Subcommittee of the Administrative Board in some disciplinary cases; the option to have present at the Subcommittee meeting an advisor in addition to one's Resident Dean; the ability to take up very routine matters with the Registrar or House and Dean of Students offices, among other things.

The FAS has established procedures for investigating violations of the University's Policies on Sexual and Gender-Based Harassment; however, the Administrative Board remains responsible for College student discipline. Any disciplinary proceedings against a College student based on allegations of a violation of the policy must be conducted in a manner consistent with the University procedures. Please note that cases involving Title IX and other sexual misconduct complaints will follow the Interim FAS Policies and Procedures Addressing Title IX Sexual and Gender-Based Harassment and Other Sexual Misconduct for any undergraduate student (https://www.fas.harvard.edu/sexual-and-gender-based-harassment-policy).

A student may ask that any decision of the Administrative Board be reconsidered provided that

new materially relevant information becomes available or there is reasonable evidence of a procedural error. A student has the option to appeal some disciplinary decisions of the Administrative Board to the Appeals Board. Information on this process may be obtained from the Secretary of the Administrative Board, or the Secretary of the Faculty. Appeals involving cases of sexual or gender-based harassment are described in the University Procedures as well as in the FAS Procedures.

## ACTIONS OF THE ADMINISTRATIVE BOARD

It should be noted that students are considered in good standing when they are not on probation and/or have not been required to withdraw, dismissed, or expelled from the College for either academic or disciplinary reasons. Warnings and admonitions do not affect a student's good standing.

In **disciplinary cases**, if the Administrative Board determines that wrongdoing occurred, it may take the following actions:

1. *Requirement to Complete an Educational Program:* A requirement to successfully complete an educational program. This requirement may also be appended to any of the other actions listed below.

2. *Warn or Admonish:* A reprimand to a student whose behavior violates the rules or standards of conduct of the community. A warning becomes part of the student's official record, but is not considered a formal disciplinary action.

3. *Disciplinary Probation:* A strong warning to a student whose conduct gives serious cause for concern. Probation is a formal disciplinary action of the College and becomes part of the student's official record.

   During the period of time (to be specified by the Administrative Board) that a student is on probation, any further instance of misconduct will cause the Administrative Board to seriously consider requiring the student to withdraw from the College. Students on probation must be especially conscientious about their behavior and responsibilities. If the offense is related to participation in extracurricular activity, the Administrative Board may at its discretion restrict such participation; in cases in which management of time appears to contribute to the problem, the Administrative Board may require that the student obtain the Administrative Board's permission for participation in each individual activity. The Administrative Board may also attach additional requirements to probation. A student's failure to amend their conduct so as to meet the standards of this community is a grave matter, ordinarily leading to further disciplinary action, including requirement to withdraw. Students placed on disciplinary probation are ordinarily relieved of probation at the end of a set period of time (specified by the Administrative Board in its decision) if they have maintained satisfactory conduct. Students on probation may not receive a degree until they have been relieved of probation by the Administrative Board.

4. *Requirement to Withdraw for Disciplinary Reasons:* Action taken in serious disciplinary cases indicating that the student's behavior is unacceptable in this community. Requirement to withdraw is a formal disciplinary action of the College and becomes part of the student's official record. Requirement to withdraw ordinarily is effective immediately upon vote of the Administrative Board. However, the Board may consider mitigating circumstances and delay the effective date of the requirement to withdraw. For

example, the Administrative Board may decide to allow the student to complete the current term's coursework and begin their separation at the end of the term.

For students who have been required to withdraw, the rules regarding financial aid and financial obligations (tuition, housing fees, food, etc.) are the same as for undergraduates who go on leave of absence (see "Information for Students Leaving the College"). Students who are required to withdraw from the University are not entitled to an identification card until they have been officially readmitted (see also "Harvard University Identification Cards").

A student who is required to withdraw for disciplinary reasons is not in good standing until readmitted, and may not participate in any academic exercises or extracurricular activities. Students may not receive a degree until they have been readmitted to good standing in the College. In order to be readmitted, the student ordinarily must have been away from the College for at least one but ordinarily two or more full terms and must have shown an acceptable record of performance during a substantial period (at least six consecutive months) of regular employment. Employment must be full time, paid, supervised, and evaluated, and not in a business owned or controlled by the student's family. Without exception, students who have been required to withdraw must petition the Administrative Board to be readmitted to the College, and the Administrative Board's decision will depend on its judgment of the student's readiness to rejoin the College community (see also "Readmission after Requirement to Withdraw for Disciplinary or Academic Reasons"). **A student who has twice been required to withdraw from the College will ordinarily not be readmitted. No student who for disciplinary reasons has been required to withdraw for the second and final time or dismissed from Harvard College may ordinarily enroll in the Harvard Summer School or in the Extension School.**

5. *Dismissal:* Action taken in serious disciplinary cases whereby a student's connection with the University is ended by vote of the Faculty Council. (The action taken by the Administrative Board is a vote of requirement to withdraw with a recommendation to the Faculty Council that the student be dismissed.) Dismissal does not necessarily preclude a student's return, but readmission is granted rarely and only by vote of the Faculty Council. A dismissed student is not in good standing until readmitted.

6. *Expulsion:* The most extreme disciplinary action possible. It signifies that the student is no longer welcome in the community. Expulsion must be voted by the Faculty Council. (The action taken by the Administrative Board is a vote of requirement to withdraw with a recommendation to the Faculty Council that the student be expelled.) A student who is expelled can never be readmitted and restored to good standing.

In cases of **academic review** the Administrative Board can take any of the following actions:

1. *Academic Probation*: a serious warning to a student whose academic performance for the term is unsatisfactory. Academic probation is a formal action taken by the Registrar on behalf of the Administrative Board and becomes part of the student's official record.

During the time that a student is on academic probation, any further instance of unsatisfactory academic progress will cause the Administrative Board to give serious consideration to requiring the student to withdraw from the College, ordinarily for two terms. A student on probation must attend all classes and be especially conscientious about all academic responsibilities. If the unsatisfactory academic record is related to participation in extracurricular activity, the Administrative Board may at its discretion restrict participation; in cases in which management of time appears to be the problem, the Administrative Board may require the student to obtain the Administrative Board's

permission for participation in each individual extracurricular activity. The Administrative Board may also attach additional requirements to probation. Failure of the student to resume satisfactory progress toward the degree is a grave matter and will ordinarily result in requirement to withdraw.

A student placed on probation for academic reasons is relieved of probation at the end of the next completed term if the record is satisfactory (including the passing of at least three courses). Students on probation may not receive a degree until they have been relieved of probation.

2. *Requirement to Withdraw for Academic Reasons:* formal action of the College that becomes part of the student's official record and that may be taken in the following circumstances reflecting the Administrative Board's judgment that the record indicates that the student should be given time to reassess academic goals and plans:

   § In the case of a student who has failed to have a satisfactory record for two consecutive terms.
   § At any return of grades in the case of any student, whether or not previously on probation, whose record fails to meet the minimum requirements (see "Minimum Requirements").
   § In the case of serious neglect of work followed by an unsatisfactory record in any term, even though the student has met the minimum requirements.

   Students who have been required to withdraw for academic reasons should consult closely with their Resident Dean regarding financial aid and financial obligations (tuition, housing fees, food, etc.), which vary in certain respects from the obligations for undergraduates who go on leave of absence or who are required to withdraw for disciplinary reasons. Students who are required to withdraw from the University are not entitled to an identification card until they have officially been readmitted (see also "Harvard University Identification Cards").

   A student who is required to withdraw for academic reasons is not in good standing, and may not participate in any academic exercises or extracurricular activities. Students may not receive a degree until they have been readmitted and are in good standing in the College. At the end of the period of withdrawal, the student may be readmitted on (academic) probation, and relieved of (academic) probation at the end of that term provided the record is satisfactory (including the passing of at least three courses). In order to be readmitted, the student ordinarily must have been away from the College for at least one but ordinarily two or more full terms and must have shown an acceptable record of performance during a substantial period (at least six consecutive months) of full-time paid employment. Employment must be full time, paid, supervised, and evaluated, and not in a business owned or controlled by the student's family.

   Without exception, students who have been required to withdraw must petition the Administrative Board to be readmitted to the College, and the Administrative Board's decision will depend on its judgment of the student's readiness to rejoin the College community (see also "Readmission after Requirement to Withdraw for Disciplinary or Academic Reasons"). A student who has twice been required to withdraw from the College will ordinarily not be readmitted.

Should a first unsatisfactory record result from especially compelling and well-documented extenuating circumstances, the Administrative Board could decide to Take No Action and Warn students about their academic record instead of placing them on academic probation. However, an unsatisfactory record remains so regardless of the action taken by the Administrative Board.

Therefore, all students who have an unsatisfactory record must take care to ensure that they earn all satisfactory grades during their next term in the College or a second unsatisfactory record may result in a requirement to withdraw.

Although Exclusion from a Course is an action the Administrative Board will have taken prior to academic review, such evidence of neglect of work resulting in a failing grade weighs heavily in the Administrative Board's consideration of and response to unsatisfactory records. (See "Exclusion from a Course".)

## ADMINISTRATIVE BOARD ACTIONS AND LETTERS OF RECOMMENDATION

The Administrative Board has adopted the following policy with regard to recommendations for students that are provided on behalf of Harvard College:

1. Resident Deans and those acting on their behalf will answer honestly and fully all questions asked of them on admissions and fellowship applications.
2. Resident Deans and those acting on their behalf will advise students of their responsibility to answer honestly and fully all questions asked on admissions and fellowship applications.
3. Any requirement to withdraw for academic reasons must always be mentioned in all recommendations for students provided on behalf of Harvard College.
4. Any requirement to withdraw or probation for disciplinary reasons must always be mentioned in all recommendations for students provided on behalf of Harvard College.
5. Resident Deans and those acting on their behalf will amend any letters of recommendation provided on behalf of Harvard College to reflect any change in a student's status.
6. Every recommendation mentioning one or more actions taken for disciplinary or academic reasons will state that doing so is mandated by College policy. The letters will place such actions in the context of the student's overall undergraduate experience at Harvard.
7. If a disciplinary matter is pending at the time a letter of recommendation is prepared, the letter will state that a disciplinary matter is pending, and that this is being reported as a matter of College policy.

## READMISSION AFTER REQUIREMENT TO WITHDRAW FOR DISCIPLINARY OR ACADEMIC REASONS

Students who have been required to withdraw will be readmitted only if they can present convincing evidence that they are likely to achieve good standing with respect to both their academic record and conduct if given a second opportunity to study at Harvard. In all such cases the student must petition the Administrative Board to be readmitted to the College, and the Administrative Board's decision will depend on its judgment of the student's readiness to resume studies and to rejoin the College community.

Readmission is not automatic. Students must fulfill the Faculty's and the Administrative Board's minimum requirements for readmission listed below. They must also meet any special requirements set by the Administrative Board or Honor Council and described in the letter sent them by the Resident Dean when they were required to withdraw. Examples of such additional, special requirements are a specified level of achievement in a session of the Harvard Summer School, and more than two terms spent away from the College and the Harvard campus. In certain cases, a student may also be requested to consult with Harvard University Health Services prior to return. The Administrative Board will not ordinarily approve the return of a student for the fall term whose experience in the Harvard Summer School in the previous

summer has been unsuccessful or unsatisfactory. If students are in any doubt as to the requirements for their readmission following a requirement to withdraw, it is their responsibility to contact their Resident Dean for clarification.

Students request readmission through their Resident Dean, who presents the students' petitions to the Administrative Board. A petition for readmission is not normally considered before mid-October or mid-March prior to the term for which readmission is sought, and the petition must ordinarily be filed at least 12 weeks in advance of the beginning of the term for which the student seeks readmission. **Earlier deadlines for housing and financial aid applications will pertain even though petitions for readmission cannot be considered before December or May.**

Minimum general prerequisites for readmission are:

1. A specified period of time (at the very least, one full term) spent away from Harvard College and University property.
2. Both residence and employment away from the Harvard campus for the period of withdrawal prior to readmission unless other arrangements have been specially approved in advance by the Administrative Board.
3. An acceptable record of performance for a minimum of six months of continuous, regular, full-time paid employment at one non-academic job and not in a business owned or controlled by the student's family, with a suitable letter of recommendation from the employer or employment supervisor.
4. A satisfactory standard of conduct during the period since the student was required to withdraw.
5. Indication that the student has an understanding of the reasons for previous difficulties in the College, particularly those related to the requirement to withdraw.
6. Assurance that the student has adequate motivation for resuming academic work and an appropriate program of study in mind.

Note: Students who through their own decision or action of the Administrative Board have been away from College for five or more years must petition the Administrative Board for permission to register. Those planning to return to the College after an absence of five or more years will not ordinarily be eligible for scholarship aid from institutional sources. Petitions to return after an interval of five or more years must include evidence of financial resources necessary to meet all College expenses.

## ADMISSION MATERIALS

Occasionally candidates for admission make inaccurate or incomplete statements or submit false materials in connection with their applications. In most cases, these misrepresentations or omissions are discovered during the admission process and the application is rejected. If a misrepresentation or omission is discovered after a student is admitted, the offer of admission ordinarily will be withdrawn. If discovery occurs after a degree has been awarded, the offer of admission ordinarily will be rescinded, and the course credit, grades, and degree will be revoked.

The determination that an application is inaccurate, incomplete, or contains misrepresentations or omissions rests with the Committee on Admissions and Financial Aid, which has the authority to resolve the matter outside the student disciplinary process. The Committee on Admissions and Financial Aid also may rescind an offer of admission in other circumstances, including without limitation if: there is a discrepancy between the transcripts originally provided as part of the application and the official versions (or translations) submitted after acceptance; the admitted candidate did not satisfactorily complete any courses and degree programs in

progress at the time of application; or the admitted candidate has engaged in academic or personal conduct that calls into question their honesty, maturity or moral character or is otherwise inconsistent with the College's expectations for conduct.

# Student-Faculty Judicial Board

In 1987, the FAS established the Student-Faculty Judicial Board to hear those disciplinary cases for which there is no clear Faculty legislation or accepted precedent within this community for response. The Student-Faculty Judicial Board hears only disciplinary cases, has no authority over administrative petitions or academic review, and uses the same range of sanctions as the Administrative Board. The Judicial Board has 12 voting members — six faculty members and six students — who are chosen by lot according to guidelines ensuring the diversity and distribution of membership. In addition, the Dean of Harvard College and the Administrative Dean of the Graduate School of Arts and Sciences are ex officio nonvoting members. Students may get more information about the Student-Faculty Judicial Board from the Secretary of the Faculty.

# Harvard College Honor Council

The Harvard College Honor Council handles disciplinary cases that stem from potential violations of the Honor Code or rules on academic integrity and academic dishonesty. These include, for example, potential plagiarism, inappropriate collaboration, exam cheating, copying, and other violations. (See also "Honor Code" and "Academic Integrity, Academic Dishonesty, and the Harvard College Honor Code").

The Honor Council's authority to handle all undergraduate disciplinary cases involving the Honor Code and rules on Academic Integrity and Academic Dishonesty derives directly from the Faculty. All meetings and discussions of the Honor Council are confidential. It is the policy of the Faculty that while evaluation of academic work is entirely in the hands of the instructor, questions of academic honesty are adjudicated by the Honor Council. Students have a right to expect that grading will not be used as punishment for alleged academic dishonesty that has not been confirmed by the Honor Council. Students may ask the Honor Council, through their Resident Dean, to investigate and resolve informal allegations of academic dishonesty that have not been brought to the Council's attention by a faculty member.

The Honor Council is made up of an equal number of Harvard College undergraduates and FAS Faculty members, administrators, and GSAS teaching fellows. Members are selected to represent the academic community as broadly as possible. The Honor Council publishes its procedures to provide members of the Harvard College community with a guide to its work. Those procedures are presented on the Honor Council's website (https://honorcouncil.fas.harvard.edu/).

Students may request that their case be reconsidered provided that new materially relevant information becomes available or there is reasonable evidence of a procedural error. A student has the option to appeal some disciplinary decisions of the Honor Council to the Appeals Board. Information on this process may be obtained from the student's Resident Dean, the Office of Academic Integrity and Student Conduct, or the Secretary of the Faculty.

ACTIONS OF THE HONOR COUNCIL

In making a decision, the Honor Council is guided by the educational development of the student and the standards of the academic community as set forth in the Honor Code. It should be noted that students are considered in good standing when they are not on probation and

have not been required to withdraw, dismissed, or expelled from the College for either academic or disciplinary reasons. Warnings and admonitions do not affect a student's good standing.

If the Honor Council determines that the Honor Code or rules on academic integrity and academic dishonesty have been violated, it may take the following actions:

1. *Requirement to Complete an Educational Program:* A requirement to successfully complete an educational program. This requirement may also be appended to any of the other actions listed below.

2. *Warn or Admonish*: A reprimand to a student whose behavior violates the rules or standards of conduct of the community. A warning becomes part of the student's official record, but is not considered a formal disciplinary action.

3. *Exclusion from a Course*: A notation of EXL on the transcript, indicating that the student was not permitted to continue in the course and received no credit. Exclusion from a course is equivalent in all respects to failing it and in and of itself makes the student's record for the term unsatisfactory.

4. *Referral for Local Sanctions*: A referral to the faculty member teaching the course in which the finding of academic dishonesty was made with a recommendation that "local sanctions" (for example: mandatory tutoring, a course warning, an ungraded rework of the assignment in question, a grade penalty, or a failure for the assignment) are appropriate. Such sanctions will be imposed at the discretion of the faculty member in consultation with the Honor Council.

5. *Disciplinary Probation*: A strong warning to a student whose conduct gives serious cause for concern. Probation is a formal disciplinary action of the College and becomes part of the student's official record.

   During the period of time (to be specified by the Honor Council) that a student is on probation, any further instance of misconduct will cause the Honor Council to seriously consider requiring the student to withdraw from the College. Students on probation must be especially conscientious about their behavior and responsibilities. If the offense is related to participation in extracurricular activity, the Honor Council may at its discretion restrict such participation; in cases in which management of time appears to contribute to the problem, the Honor Council may require that the student obtain the Honor Council's permission for participation in each individual activity. The Honor Council may also attach additional requirements to probation. A student's failure to amend their conduct so as to meet the standards of this community is a grave matter, ordinarily leading to further disciplinary action, including requirement to withdraw. Students placed on disciplinary probation are ordinarily relieved of probation at the end of a set period of time (specified by the Honor Council in its decision) if they have maintained satisfactory conduct. Students on probation may not receive a degree until they have been relieved of probation by the Honor Council.

6. *Requirement to Withdraw for Disciplinary Reasons*: Action taken in serious disciplinary cases indicating that the student's behavior is unacceptable in this community. Requirement to withdraw is a formal disciplinary action of the College and becomes part of the student's official record. Requirement to withdraw ordinarily is effective immediately upon vote of the Honor Council. However, the Council may consider mitigating circumstances and delay the effective date of the requirement to withdraw. For example, the Honor Council may decide to allow the student to complete the current term's coursework and begin their separation at the end of the term.

For students who have been required to withdraw, the rules regarding financial aid and financial obligations (tuition, housing fees, food, etc.) are the same as for undergraduates who go on leave of absence (see "<u>Information for Students Leaving the College</u>"). Students who are required to withdraw from the University are not entitled to an identification card until they have been officially readmitted (see also "<u>Harvard University Identification Cards</u>").

A student who is required to withdraw for disciplinary reasons is not in good standing until readmitted and may not participate in any academic exercises or extracurricular activities. Students may not receive a degree until they have been readmitted to good standing in the College. In order to be readmitted, the student ordinarily must have been away from the College for at least one but ordinarily two or more full terms and must have shown an acceptable record of performance during a substantial period (at least six consecutive months) of regular employment. Employment must be full time, paid, supervised, and evaluated, and not in a business owned or controlled by the student's family. Without exception, students who have been required to withdraw must petition the Administrative Board to be readmitted to the College, and the Administrative Board's decision will depend on its judgment of the student's readiness to rejoin the College community (see also "<u>Readmission after Requirement to Withdraw for Disciplinary or Academic Reasons</u>"). **A student who has twice been required to withdraw from the College will ordinarily not be readmitted. No student who for disciplinary reasons has been required to withdraw for the second and final time or dismissed from Harvard College may ordinarily enroll in the Harvard Summer School or in the Extension School**.

7. *Dismissal:* Action taken in serious disciplinary cases whereby a student's connection with the University is ended by vote of the Faculty Council. (The action taken by the Honor Council is a vote of requirement to withdraw with a recommendation to the Faculty Council that the student be dismissed.) Dismissal does not necessarily preclude a student's return, but readmission is granted rarely and only by vote of the Faculty Council. A dismissed student is not in good standing until readmitted.

8. *Expulsion*: The most extreme disciplinary action possible. It signifies that the student is no longer welcome in the community. Expulsion must be voted by the Faculty Council. (The action taken by the Honor Council is a vote of requirement to withdraw with a recommendation to the Faculty Council that the student be expelled.) A student who is expelled can never be readmitted and restored to good standing.

## HONOR COUNCIL ACTIONS AND LETTERS OF RECOMMENDATION

The Honor Council has adopted the following policy with regard to recommendations for students that are provided on behalf of Harvard College.

1. Resident Deans and those acting on their behalf will answer honestly and fully all questions asked of them on admissions and fellowship applications.
2. Resident Deans and those acting on their behalf will advise students of their responsibility to answer honestly and fully all questions asked on admissions and fellowship applications.
3. Any requirement to withdraw or probation for disciplinary reasons must always be mentioned in all recommendations for students provided on behalf of Harvard College.
4. Resident Deans and those acting on their behalf will amend any letters of recommendation provided on behalf of Harvard College to reflect any change in a student's status.
5. Every recommendation mentioning one or more actions taken for disciplinary reasons

will state that doing so is mandated by College policy. The letters will place such actions in the context of the student's overall undergraduate experience at Harvard.

6. If a disciplinary matter is pending at the time a letter of recommendation is prepared, the letter will state that a disciplinary matter is pending, and that this is being reported as a matter of College policy.

## READMISSION AFTER REQUIREMENT TO WITHDRAW BY THE HONOR COUNCIL FOR DISCIPLINARY REASON

Without exception, students who have been required to withdraw must petition the Administrative Board to be readmitted to the College, and the Administrative Board's decision will depend on its judgment of the student's readiness to rejoin the College community (see also "Readmission after Requirement to Withdraw for Disciplinary or Academic Reasons"). Students who are petitioning for readmission should consult closely with their Resident Dean, who will bring the student's petition to the Administrative Board.

# HOUSING OFFICE

Housing Office
Office of Student Services
Smith Campus Center
Tel: (617) 496-2774
Monday–Friday, 9 a.m.–5 p.m.

The Housing Office in the Office of Student Services provides housing forms and information about all undergraduate housing, and administers systemwide policies and procedures related to housing. All forms are available online in the student portal (http://harvard.starrezhousing.com/starrezportalx).

## On-Campus Housing: System and Assignments

All first-year students are assigned to dormitories by the First Year Experience staff in the Dean of Students Office, during the summer months prior to their enrollment. Ordinarily, they live in one of 17 dormitories in or near Harvard Yard and take their meals in Annenberg Hall. The dormitories are divided into four areas, or Yards, each headed by a Resident Dean of First-Year Students. These Deans, each with a staff of several resident proctors, oversee the academic progress and personal welfare of the students in their area.

Each spring, current first-year students are assigned to one of the 12 residential Houses by a random lottery system. The features of the process are publicized well in advance of the lottery's administration by the Housing Office in the Office of Students Services.

Upper-level students who live on campus reside in one of the 12 residential Houses. Faculty Deans are responsible for the overall management and well-being of the House community. Each House also has an Allston Burr Resident Dean, faculty associates, tutors, and affiliates, some of whom reside in the House. The Dudley Community serves nonresident students, Dudley Co-op students, and Visiting Undergraduate Students, and is staffed by the Dudley Community Resident Dean and tutors. The Dudley Community provides recreational and social opportunities as well as specialized support for off-campus students.

House affiliation and residence for inter-collegiate transfer (ICT) students are determined by a random lottery prior to the student's arrival.

HOUSING ASSIGNMENTS

The assignment of rooms and roommate groups for first-year students is made by the Office of First-Year Experience in the Dean of Students Office. Students are notified of these assignments in August. Questions regarding first-year students' room assignments should be directed to the Office of First-Year Experience.

Each House determines the procedure for room assignments for the upper-level students assigned to it. Sophomores beginning residence in a House receive room assignments after rooms are filled by seniors and juniors. Questions regarding room assignments for upper-level students should be directed to the House Administrator of the appropriate House. A directory of House Administrators can be found at https://dso.college.harvard.edu/people-type/house-administrators.

Changes in room assignment within a first-year dormitory or within a House must be approved by the appropriate staff. Students must notify their Resident Dean immediately of any change in

address.

## TRANSFERRING BETWEEN RESIDENTIAL HOUSES

It is assumed that students will live, for their three upper-level years, in the House to which they are assigned during the Rising Sophomore Lottery.

Occasionally, however, students may seek to transfer to another residential House. Students who started the College as first-year students may transfer after completing two terms of residency in the House to which they were assigned. Students who transferred to Harvard College from other institutions may apply to transfer after one term of residency in the House to which they were assigned. Transfer students who waive housing during the admissions process will not be eligible to live on campus while enrolled at the College.

Applications are made available in the term prior to when the transfer would take place (e.g., students who want to transfer in the fall apply in the spring), and Harvard's College Calendar ( https://collegehousing.fas.harvard.edu/transfer-houses) includes deadline dates. Requests for an inter-House transfer based on medical reasons are evaluated on an individual basis throughout the year. Transfers between Houses for medical reasons are rare, and all such petitions must be directed to the DAO.

Students may transfer residence from the House to which they have been assigned only through the regular transfer process, by having a medical petition approved, or as a Title IX supportive measure.

## HOUSING FOR STUDENTS REQUIRING ACCOMMODATION

Accommodations can be made for students with disabilities and/or medical conditions. Students requiring assistance need to communicate directly with the Disability Access Office (DAO) immediately following admission, or as soon as the need is established. In addition, students bringing medical equipment should inform the DAO to ensure that adequate electrical or other considerations are made. Documentation provided to the DAO is necessary to request housing accommodations. Specific guidelines for such documentation may be obtained from the DAO website at https://dao.fas.harvard.edu. The University reserves the right to change a pre-existing housing assignment, even temporarily, if a disability-related concern exists.

## RELIGIOUS ACCOMMODATION REQUESTS

Students needing alternate access to the Houses for religious reasons should reach out to the appropriate House Administrator and Building Manager. A directory of House Building Managers can be found on the Dean of Students Office website at https://dso.college.harvard.edu/building-manager-directory, and a directory of House Administrators can also be found on that website, at https://dso.college.harvard.edu/people/people-type/house-administrators.

## GENDER-INCLUSIVE HOUSING

Gender-inclusive housing is an option that allows students to live in a suite with others regardless of their sex or gender identity. All occupants must voluntarily agree to the arrangements. Any student at the College may request gender-inclusive housing, although the process differs for first-year students and students living in the Houses.

First-year students who wish to request gender-inclusive housing can do so when they fill out

the first-year housing application over the summer. For more information, contact the First Year Experience Office (617-495-1574).

Sophomores, juniors, and seniors who wish to request gender-inclusive housing can do so by speaking with their House Administrator. Fulfillment of requests for gender-inclusive housing will consider the limitations of each House. For more information, students should contact the Housing Office (617-496-2774), or their House Administrator.

VETERANS, MARRIED, AND FAMILY STUDENT HOUSING

Harvard College does not offer undergraduate housing in the Houses or dorms to married undergraduates and/or undergraduates with families. However, students who are veterans, married, and/or have children may be eligible for Harvard-affiliated housing through Harvard University Housing (HUH). Given the leasing period for HUH housing, students are strongly encouraged to make such a request during the spring term (between March 1 and May 1) if they are requesting housing for the following academic year. Requests and inquiries related to this policy should be directed to the College Housing Office at collegehousing@fas.harvard.edu.

# Housing Policies

All first-year students are required to live on campus. Most upper-level students also live in College housing; those who choose to live elsewhere must submit the Housing Cancellation form via the residential portal. Please be sure to check the Housing Office residential fees webpage for housing-cancellation-related fees.

All students living in College dormitories and Houses are required to purchase full-meal contracts and be familiar with the undergraduate housing license contract. Below is information about applying for and canceling housing:

At the beginning of their residence in the College, all students are required to virtually sign a housing contract in the student residential portal. This contract remains binding for all the terms (including summer) a student is in residence, and is cancelled by graduation or by the submission of a Housing Cancellation form. It is renewed by the timely submission of a Returning Student Application.

§ Students who are on a leave of absence or who are required to withdraw and intend to return to College Houses must notify the Housing Office of their intention to return by completing the Returning Student Application via the residential portal by the dates given on the Housing Office website: https://collegehousing.fas.harvard.edu/cancel-return-housing/. A student who has filed an application to return to residential housing for one term and subsequently decides to return for the following term must submit a new Housing Cancellation form and a new Returning Student Application via the residential portal by the dates below.

§ Students who, while registered, have lived off-campus by choice and wish to return to their previous House of affiliation must submit a Returning Student Application via the residential portal to the Housing Office by the dates given on this website: https://collegehousing.fas.harvard.edu/cancel-return-housing/.

All students who decide not to live in College housing, whether or not they are currently registered and whether or not they have signed a Housing Contract, must inform the Housing Office of their intent by completing a Housing Cancellation form via the Residential Portal by the dates given here: https://collegehousing.fas.harvard.edu/cancel-return-housing/. See the section below "Students Who Move Off-Campus".

A student may leave the House system and/or the College during the academic year to take a leave of absence or move off-campus. Please refer to the chart titled "Students' Financial Obligations" or https://registrar.fas.harvard.edu/enrollment#financial for detailed information about payment in the event of a leave or move off-campus.

All students intending to return to the College must obtain a Returning Student Application via the residential portal to the Housing Office by the dates given on this website: https://collegehousing.fas.harvard.edu/cancel-return-housing/. These applications are due early in the preceding term in order to permit the College to provide housing for as many students as possible (see "Housing Policies," the DSO website (https://collegehousing.fas.harvard.edu/cancel-return-housing/) and the Academic Calendar, for application deadlines and other information).

Students who do not file the Returning Student Application by the appropriate deadline will be housed on a space-available basis only. Students denied housing on this basis can re- establish eligibility for guaranteed housing by living off-campus for one term while enrolled and by filing a Returning Student Application before the appropriate deadline. Students whose leaves have extended beyond two years are not guaranteed on-campus housing upon their return to the College but will be housed on a space-available basis.

## THOSE WHO WILL ORDINARILY BE HOUSED

§ Students currently registered in the College and living in a residential House or first-year dormitory who have signed a Housing Contract by the deadline.
§ Students on a leave of absence who have filed a Returning Student Application.
§ Students currently registered in the College who by choice are living for at least one term off-campus and who wish to return to their House of previous residence. A Returning Student Application must be filed by the appropriate deadlines.

## THOSE WHO WILL BE HOUSED ON A SPACE-AVAILABLE BASIS ONLY

Students who submit the Returning Student Application after the appropriate deadline will be placed on their House's space available waitlist.

## HOUSING CONTRACT

STUDENT HOUSING LICENSE
HOUSING OFFICE
OFFICE OF STUDENT SERVICES
HARVARD COLLEGE

Licensee First Name: Licensee Last Name:
HUID #: Class Year:
Dorm: Suite Assignment:

I, the undersigned Licensee, hereby accept from Harvard University a license to occupy, in accordance with and subject to the Harvard College Handbook for Students, other established rules and policies of the University, and the conditions set forth on this page, the living Quarters specified above or any other Quarters to which I may be at any time assigned (the "Quarters"), to be occupied only by me and such other persons as are from time to time assigned to the Quarters. I understand that this license shall apply for

any and all periods during which that I am in residence at Harvard College. For this license, I hereby agree to pay to the University an undergraduate room/student services fee as indicated in the Harvard College Handbook for Students for the academic year. And I hereby agree to be bound by and to comply with all such regulations, rules, usages, and conditions.

I shall have no interest or estate in the land, but only a license to occupy the Quarters assigned to me. The right to occupy the Quarters shall automatically terminate upon my ceasing for any reason to be a full-time registered undergraduate student pursuing a course of instruction at Harvard University, in which case the fee shall be prorated in accordance with the University's policy then in effect.

Licensee Signature: Date:

CONDITIONS

One-half of the fee shall be due with the first term bill for the fall term and one-half of the fee shall be due with the first term bill for the spring term (unless Licensee uses another University approved payment plan). Licensee will be liable for the fee for an entire academic year, unless the University terminates the license. The University may cancel this license and reassign the Quarters if (before the course registration deadline for upper-level students, before Registration for first-year students) for the applicable term Licensee has not started or resumed their occupancy of if Licensee has been granted permission to live off-campus, in either of which case there may be a cancellation fee of up to one-quarter of the fee for the term.

The University reserves the right to terminate this license for any cause it deems reasonable (including without limitation when Licensee's conduct jeopardizes their welfare or the welfare of the community), making an appropriate adjustment of the fee. The University may also reassign Licensee to other Quarters at any time.

The University shall be under no obligation to furnish heat for the Quarters during any academic vacation. If Licensee chooses to occupy and receives permission from the House Office, Housing Office or Dean of Students Office to occupy the Quarters during any such vacation, then any temporary source of heat utilized by Licensee must be first inspected and approved by the University. Licensee shall have no right to occupy the Quarters between the spring and fall terms and no storage for personal property shall be provided in the building(s) in which the Quarters are located.

The University shall not be liable for any inconvenience, loss, or damage caused by insufficiency of heat or irregularity in the supply of electric current, or for the loss or theft of or damage to any property of Licensee or Licensee's visitors, wherever situated. Each occupant of the Quarters is responsible for the care of University property in the Quarters, and the cost of loss or damage will be assessed to Licensee and student(s) judged by University officials to be responsible. All occupants of a suite or room may be held jointly responsible for any loss or damage to the suite or room. Licensee also shares with other residents joint responsibility for the common areas of the suite, floor, entry, residence hall, or other common facilities and may be subject to joint assessment in the event loss or damage to such areas where University officials conclude that individual responsibility cannot be established. A degree will not be granted to Licensee until such assessments are paid in full.

The University reserves the right to enter the Quarters at times it deems reasonable for standards of safety and/or building maintenance. For routine inspections, students will

ordinarily be notified in advance by the Building Manager.

The Licensee may not share or otherwise allow use of University identification or keys to the Quarters with any other person(s). The Quarters may not be "sub-licensed" in any manner.

## OTHER RESIDENCES

Because College housing is limited, students may not hold a room in a House, Dudley residence, or dormitory during term time if it is not their main residence for that period.

## OCCUPANCY DURING SUMMER AND BETWEEN TERMS

Individual students may not reside in the Houses during the summer unless enrolled in programs conducted by the Summer School or another College-affiliated program. The Dudley residences are closed in the summer.

Students are expected to leave at the end of the fall term and not return to campus until the Houses and dorms reopen at the start of Wintersession and the spring term. Specific dates for when the College is closed and when it reopens are available on the Housing Office website (https://collegehousing.fas.harvard.edu/recess-housing/.

## CANCELLATION FEES

Please see the Housing Office website (https://collegehousing.fas.harvard.edu/cancel-return-housing/) for information about cancellation fees. Fees for late housing cancellation, late check-in, late course registration, and change-of-course petitions are waived only when the University is responsible for the difficulty or when the situation involves a serious illness of the student (usually including hospitalization) or a death in the student's immediate family.

Students are encouraged to cancel their housing as soon as possible so that other students can be taken off the waitlist and so that houses can plan lottery and room assignments accordingly.

## RENTER INSURANCE

Harvard does not carry insurance for personal property of student, faculty, and staff. Students, faculty, and staff are highly encouraged to carry their own personal renter's insurance either through the preferred vendor, GradGuard (https://gradguard.com/renters/enroll?refCode=harvard) or their personal insurance company. If a plan is purchased through GradGuard, all questions and claims should be directed to the support team at GradGuard. Additional questions regarding claims or coverage should be directed to Harvard University Risk Management (https://rmas.fad.harvard.edu).

# Housing Alternatives

Although Harvard College is predominantly residential, some students do not live in College housing. Nonresident students are held to the same standards of conduct required of students living in the Houses and dormitories. They are expected to behave in a mature and responsible manner, and that expectation extends to their academic performance no less than to their social behavior.

## THE DUDLEY COOPERATIVE

The Dudley Cooperative provides undergraduates with an alternative to the residential Houses. Students live in two cooperative houses located on Massachusetts Avenue and Sacramento Street. The Dudley Co-op is a small community of about 32 students. Members pay a reduced

housing fee to the University and are responsible for the housing fee until the end of the term even if they move out of the Dudley Co-op. Members also pay a reduced food fee. The selection, preparation, and quality of food are taken very seriously, and residents are expected to spend about six hours per week on chores related to community living. For more about the Co-Op see the Dudley Co-op website (https://dudley.harvard.edu/co-op). Please note that the Dudley Co-op is closed during the summer and during the winter recess period.

## COMMUTERS

Occasionally, Harvard admits to the first-year class a student who is granted nonresident status at the time of admission. These students are advised in their first year by a Resident Dean of First-Year Students and participate in the activities and social programs of Harvard Yard. These students may choose to live on campus as sophomores and will receive a House assignment from the Rising Sophomore Lottery. To retain that House affiliation, the student will need to live in the House for a full term. Those students who continue to live off campus will affiliate with the Dudley Community.

## STUDENTS WHO MOVE OFF CAMPUS

All upper-level students who choose to live off campus after having lived in their assigned residential House for at least one term may choose affiliation with the Dudley Community or may remain affiliated with their residential House. Choice of affiliation must be indicated on the Housing Cancellation form. This option to affiliate with the Dudley Community has appealed to a number of students, including married students, upper-level students returning from extended leaves of absence, and students who wish to be part of a fully nonresidential community.

All first-year students who complete the fall term must enter the Rising Sophomore Lottery to receive a House assignment before requesting approval to live off campus. Should they decide to live off campus in their sophomore year, and never live in the House they were affiliated with, they will automatically be affiliated with the Dudley Community. Students who elect to live in the Dudley Cooperative are required to affiliate with the Dudley Community.

## VISITING UNDERGRADUATE STUDENTS

Those students who are admitted to Harvard as visitors for a term or a year are admitted as nonresidents, although a small number of beds may be available to these students on a yearly basis under the oversight of the Dudley Community.

## DUDLEY COMMUNITY

Students who elect membership in the Dudley Community are eligible for partial or full meal contracts and are included in all social and cultural activities sponsored by the Dudley Community. They are advised and supported by the Dudley Community Resident Dean and are advised for purposes of fellowship and professional school application by Dudley Community tutors.

# DEAN OF STUDENTS OFFICE: RESIDENTIAL LIFE

The Residential Life Office in the Dean of Students Office supports Harvard's unique residential system, and aims to promote a living-learning community that supports the intellectual, co-curricular and personal development of Harvard undergraduates. It includes the First Year Experience Office, the Dudley Community, and the Houses, and oversees student support, Title IX resources, residential life programs, and military student services.

Residential Life
Dean of Students Office
University Hall and 6 Prescott Street
Tel: (617) 496-7700
dso.college.harvard.edu

## Policies Governing Enrollment and Residency

It is the expectation of the College that all students, whether or not they are on campus or are currently enrolled as degree candidates, will behave in a mature and responsible manner and are familiar with the regulations governing membership in the Harvard community, set forth in the pages that follow and the accompanying references on the Dean of Students Office website, the Housing Office website and other websites.

Because students are expected to show good judgment and use common sense at all times, not all kinds of misconduct or behavioral standards are codified here. The College takes all these diverse principles very seriously; together they create a foundation for the responsible, respectful society that Harvard seeks to foster among its students, faculty, and staff, and will review matters that are brought to its attention to determine the appropriate response.

DISCIPLINARY ACTIONS

Disciplinary actions within the Houses, the Dudley Community, and dormitories under College supervision include admonition, probation, and requirement to leave the premises. In the latter instance, a written warning will describe what the unacceptable behavior is, the fact that the Faculty Dean, Dudley Community Resident Dean, or First-Year Experience staff has the right to require the student to leave, and what steps must be taken by the student in order to remain in residence. Should the student be unable or unwilling to take the steps to improve the situation and should the student continue to behave in a manner that is detrimental to the well-being of the residential community, the Faculty Dean, Dudley Community Resident Dean, or First-Year Experience staff, in consultation with the Dean of Harvard College, may then require the student to leave the premises even though the student may continue to be enrolled in the College. A student required to leave a House, the Dudley Co-op or other Dudley-supervised residence, or dormitory for disciplinary reasons will not ordinarily have the opportunity to return to a College residence.

ROOMMATE RIGHTS AND RESPONSIBILITIES

Personal issues, such as academic stress, alcohol abuse, depression, and eating disorders, may strain relationships in a living situation. It is both a student's right and a student's responsibility to seek help when such issues become disruptive.

Studies on alcohol abuse at colleges and universities show that there are significant secondary effects for roommates and friends of those who drink excessively.

Students' concerns about protecting a roommate's privacy, in this and other instances, should not keep them from getting support personally or for that other person. If a student is worried about a friend, if this concern affects living habits, the student has the right and responsibility to seek help both personally and for that other person. It may be that the student's action spares the individual painful consequences now or later.

Sources of help are available here: https://handbook.college.harvard.edu/#resources.

## COMMUNITY RESPONSIBILITIES

Every student is responsible for respectful treatment of neighbors in the community and in the residences. In addition to students being responsible for the maintenance of good order and reasonable quiet in their room, they are also responsible for maintenance of good order and reasonable quiet in the neighborhoods in and around campus. Students shall at all times show proper regard for others.

Harvard Yard is a tobacco-free space. Smoking, including vaping, is prohibited in all University buildings. This includes, without limitation, in all administrative, academic, and residential buildings and athletic facilities. Smoking is also prohibited within 25 feet of any residential building as well as in any residential courtyard or breezeway. Students who violate this policy may be banned from College housing and also may face disciplinary charges.

For more related to residential policies, see the Dean of Students Office website: https://dso.college.harvard.edu/policies.

## GUESTS

A Harvard student not regularly assigned to a particular dormitory, Dudley residence, or House may not be lodged in that dormitory, residence, or House for more than a brief stay. The consent of other occupants of the room is always required.

Students who wish to have guests who are not Harvard students for more than two nights must first also obtain permission of the Faculty Dean, Dudley Community Resident Dean, or First-Year Experience staff. The hosts of repeated overnight guests who are not Harvard students must make their guests' presence known to the Building Manager and security personnel due to safety considerations. The College reserves the right to prohibit overnight guests when issues of security are involved. Food may not be shared with or given to those who are not on a meal plan or who have not paid for the meal.

Guest and interhouse rules for each House are determined by the Faculty Dean and the House Committee. Students may invite members of other Houses for any meal at which guests are allowed. If the guest is "on board," there will not be a charge, although an HUID must be shown. Guests not on a meal plan or their hosts may pay the transient rates that are posted at the checkers' desk (cash and BoardPlus are accepted for payment). See the HUDS website for more details: https://dining.harvard.edu/campus-dining/undergraduate-dining/dining-harvard/boardplus-guest-meals.

## SECURITY AND ACCESS

**For the protection of students, their belongings, and University property, doors must be locked at all times.**

The University must have access to all student suites and the rooms within them. Therefore, students are forbidden to install locks or any other security device (e.g., slide bolts, drop chains, hook and eyes) to any doors of their suite.

Unauthorized or inappropriate possession of any key or passkey, reproduction of any key or passkey, or interference with locks or other security devices is prohibited and makes a student liable to disciplinary action by the Administrative Board and/or criminal prosecution.

## FIRE SAFETY REGULATIONS, INSTRUCTIONS, AND PROCEDURES

Fire: 911
University Police: 617-495-1212

## REGULATIONS

A student who violates any of the fire safety regulations or the fire emergency procedures, including those pertaining to the abuse of fire alarm, smoke detector, sprinkler, or fire extinguisher systems, will be subject to disciplinary action, including requirement to withdraw. Students are urged to be thoroughly familiar with the fire safety regulations, instructions, and procedures outlined here: https://dso.college.harvard.edu/policies/health-and-safety and here: https://www.ehs.harvard.edu/programs/student-residential-fire-safety.

## MISSING PERSONS POLICY

As required under federal law, Harvard College immediately will refer to the Harvard University Police Department (HUPD) any missing persons report involving a student who lives in on-campus housing. If any member of the Harvard community has reason to believe that a student who resides in on-campus housing is missing, the member should immediately notify HUPD at 617-495-1212. If HUPD determines that the student has been missing for more than 24 hours, then, within the 24 hours following this determination, the School or HUPD will:

§   Notify an appropriate external law enforcement agency, unless the local law enforcement agency was the entity that made the determination that the student is missing.
§   Contact anyone the student has identified as a missing person contact under the procedures described below.
§   Notify others at the University, as appropriate, about the student's disappearance.

In addition to identifying a general emergency contact person, students residing in on-campus housing have the option to identify confidentially a separate person to be contacted by Harvard in the event that the student is determined to be missing for more than 24 hours.

Students are not required to designate a separate individual for this purpose, and if they choose not to do so then Harvard will assume that they have chosen to treat their general emergency contact as their missing person contact. Students who wish to identify a confidential missing person contact should notify the Registrar's Office. A student's confidential missing person contact information will be accessible only by authorized campus officials and by law enforcement in the course of an investigation, and may not be disclosed outside of a missing person investigation. In addition, if it has been determined that a student who is under 18 years of age and not emancipated has been missing for more than 24 hours, then the School or HUPD will contact that student's custodial parent or guardian, in addition to contacting any additional contact person designated by the student. Students are reminded that they must provide the Registrar with emergency contact information and/or confidential missing person contact information if they have not already done so.

# Effect of Health Issues

## EFFECT OF HEALTH ISSUES ON RESIDENCY AND ENROLLMENT

As a residential college, Harvard is committed to supporting the well-being of all its students. This charge involves not only making reasonable accommodations for students with disabilities as required, but also safeguarding the right of all community members to be free from undue disruption in their academic and residential lives. In a residential college, an individual student's medical illness or behavioral difficulties may affect not only that individual, but also others in the community. How these issues may affect a student's enrollment is discussed elsewhere in this Handbook (see "Involuntary Leaves of Absence"). The principles of consultation outlined here are based on the central importance of preserving suitable living arrangements for all residents, while recognizing that each situation is unique, and that fundamental principles, rather than ironclad rules, must govern consultation and decision- making on residential life.

## RESPONSIBILITIES OF HEALTH AND COUNSELING SERVICES

*Medical care and medical decision-making.*

Medical care and medical decision-making are the province of clinicians. Thus, in consultation with patients, clinicians recommend hospitalization, arrange procedures, prescribe medications, conduct psychological evaluations, and recommend and implement ongoing treatment. Harvard University Health Services (HUHS) preserves the rights to privacy and confidentiality of students under its care, communicating with others about students only with those students' knowledge and consent, except as noted below (see "Confidentiality and Consent").

In addition to providing student health and counseling services, HUHS also acts occasionally as consultants to the College, advising College officers about individual students' needs, ordinarily with students' full knowledge and consent. Three situations that routinely call for close coordination and consultation between HUHS and the College involve  accommodations for students experiencing difficulties, clearance to return to residence and enrollment, and leave of absence considerations. A student with a medical illness or exhibiting behavior that affects functioning may need professional evaluation of the condition to determine the appropriateness of temporary or ongoing arrangements, relief or exception to academic requirements, or accommodations, until adequate functioning is restored. In response to a request from a student's Resident Dean or the DAO, HUHS clinicians may evaluate a student's condition and make recommendations to the College. In making such recommendations, HUHS clinicians will not ordinarily disclose information they know independently about a student's medical or mental health condition without the student's consent and, in all cases, will not disclose information about the student that is not relevant to the recommendations.

*Exceptional circumstances.*

In certain circumstances it may not be possible or advisable for professional staff at HUHS to obtain a student's consent to a disclosure of health or health-related information. Circumstances worthy of note including the following:

- **Danger to Any Person**

   One exception to obtaining a student's consent is the rare instance in which a student's medical condition or behavioral disturbance poses a danger to the student or threat to others or to the community. HUHS professional staff may then disclose any relevant information to any appropriate person, including Harvard College officials, for the purpose of protecting the student, others, or the community from harm. Generally, even in this situation, every effort is

made to notify the student of the need to disclose and the reason for such disclosure.

- **Treatment at Hospitals or Medical Facilities**

HUHS will notify Harvard College when it is aware of student hospitalizations or transfers to emergency departments. Such notification is provided to the College and is documented at HUHS. If Harvard College has reason to believe that a student may be in a medical facility, the School may contact HUHS regarding a student's whereabouts. The HUHS clinician ordinarily will disclose only that the student is safely in care. When, in an HUHS clinician's medical judgment, a student is in a life-threatening condition, or is psychologically unstable, or has sustained an illness or injury that likely will result in a hospital admission or require care after discharge, that clinician will notify the College, or a Harvard College administrator. Only information regarding the fact of the admission/discharge, location of the student, general medical condition, and prospects for return to enrollment or residence is shared; information regarding diagnosis or treatment is not shared. Students who are hospitalized or are receiving emergency care are expected to update HUHS; when the hospitalization or emergency room visit raises serious questions about the student's health or well-being, the student ordinarily will be assessed regarding suitability to return to enrollment or residence (See "Clearance for Return").

When HUHS is aware that a student who has been hospitalized or received emergency treatment decides to leave a medical facility against medical advice, an HUHS clinician may apprise Harvard College of this decision, if in the clinician's judgment the student's decision may pose a significant risk of physical or emotional danger to the student or to members of the community. Depending upon the circumstances, the clinician may inform a Harvard College official of the student's location, decision to leave a facility against medical advice, risk of further injury or relapse, or possible threat to the student's own safety or to that of others.

*Consultation to Harvard College*

In addition to providing student health and counseling services, HUHS also acts occasionally as a consultant to Harvard College, advising Harvard College about individual students' needs, ordinarily with students' full knowledge and consent. Situations that routinely call for close coordination and consultation between HUHS and Harvard College involve: accommodations for students experiencing difficulties; leaves of absence and returns from leaves of absence; clearance to return to residence and enrollment; and agreements to engage in treatment. When considering the situation of a student who has an illness or is exhibiting behavior that affects functioning, Harvard College may need professional evaluation of the condition to determine appropriate next steps. In response to a request from Harvard College, HUHS clinicians may evaluate a student's condition and make recommendations to Harvard College. In making such recommendations, HUHS clinicians ordinarily will not disclose information they know independently about a student's medical or mental health condition without the student's consent and, in all cases, will not disclose information about the student that is not relevant to the recommendations.

## RESPONSIBILITIES OF HARVARD COLLEGE

Harvard College, in consultation with the affected student, determines: (a) whether an injured or ill student, or a student exhibiting disruptive behavior, may continue to be in residence and/or enrolled; and (b) whether a student may continue in or return to residence and enrollment after a short or longer-term absence due to accident, illness, or behavioral disturbance. In situations where a student's medical illness or behavioral disturbance raises concerns about the practicality and appropriateness of the student's residence and enrollment, Harvard College values the expert advice of HUHS in reaching its decision.

Questions about a student's residence (as opposed to enrollment) most often arise after a significant illness or injury that requires short- or longer-term follow-up care, but may also be prompted by situations in which a student seriously disrupts others in the residential community, or requires sustained services or monitoring beyond the capacity of a college to provide or beyond the standard of care that can be expected of a college health service. Such situations include — but are not limited to — the following:

§   Any head injury.
§   Any injury or illness that affects vision, hearing, speech, memory, balance, physical mobility, or manual dexterity.
§   Any illness for which treatment includes medications not readily self-administered, or that requires special equipment for self-administration (IVs, for example).
§   Any physical or mental illness whose behavioral manifestations have significantly affected roommates or others in the community, or pose a threat to the individual or community safety as assessed by HUHS clinicians.
§   Any condition requires frequent professional crisis intervention.

## AGREEMENTS TO ENGAGE IN TREATMENT

The School may condition a student's enrollment and/or residence on certain terms or conditions, as set forth in a written contract between Harvard College and the student, when the student's conduct or circumstances have caused heightened concerns about the student's safety and/or well-being and (a) the appropriateness of the student's continued enrollment and/or residence or (b) the student's readiness to return to the Harvard community. The agreement to engage in treatment may include, among other things, compliance with a medical treatment plan, regular consultations with health care professionals, communication with administrators, and limited disclosure of relevant medical information on a need-to-know basis such as compliance with treatment and restrictions on certain activities. The decision to require such an agreement is arrived at in consultation with HUHS after an individualized assessment of the nature of the student's conduct and circumstances and any other pertinent factors.

## CLEARANCE FOR RETURN

After a hospitalization or emergency room visit by a student that raises serious questions about the student's health or well-being, or in other circumstances that raise serious questions about the student's health or well-being and reasonably call into question their ability to function as a student in the Harvard College environment, Harvard College ordinarily will not permit that student to return to residence and enrollment or participation in any Harvard-related programs or activities before making its own assessment of the suitability of the student's return (see "Procedure for Notice and Consultation"). To better inform that assessment, students are expected to notify both Harvard College and HUHS of any hospitalization or emergency department visit. HUHS can be notified by phone 24 hours a day, seven days a week, at 617-495-5711.

*Reason for Policy*

An important consideration in Harvard College's decision as to whether a student may continue in or return to residence and enrollment is the impact of the student's presence on the community. A student who is injured, ill, or exhibiting disturbing or disruptive behavior may require ongoing care. Serious alcohol- or drug-related problems, in particular, have the potential to disrupt residential life and/or life in the academic community significantly and impair a student's ability to function academically and socially. Harvard College regards as unreasonable the expectation that roommates, suitemates, friends, or Harvard College staff will take on health

care responsibilities for students.

Any student may, of course, refuse to allow consultation between the student's clinician(s) and Harvard College, but such a refusal will not prevent Harvard College from making a decision regarding a student's return to residence or continued enrollment.

*Procedure for Notice And Consultation*

Harvard College will consult with clinicians at HUHS and/or, if the student has been treated elsewhere, clinicians at other facilities or in private practice, ordinarily with the student's permission. Depending on all of the relevant circumstances, such consultation may be initiated either by Harvard College or by clinicians at HUHS. Notice that a student has been hospitalized or treated in an emergency department may prompt Harvard College to begin a process of consultation through which it will decide whether and under what circumstances the student may continue in or return to residence or enrollment.

Harvard College also may independently decide that, based on its observations or other information it has about a student, it should initiate the process of consultation with HUHS clinicians, which may include ascertaining whether the student has been hospitalized or treated in an emergency department.

Consultation will focus on the concerns raised by the student's condition or behavior and requirements for continued care, in order to facilitate Harvard College's decision about the student's capacity to continue in or return to residence and enrollment.

An important consideration in the College's decision whether a student may continue in or return to residence is the impact of the student's presence on the community. The College regards as unreasonable the expectation that roommates, suitemates, friends, or residential staff will take on health care responsibilities for other students. Therefore, the College will consider unacceptable any return-to-residence plan that requires other students to monitor a student's condition or provide care.

Any student may refuse to allow consultation between their clinician(s) and officers of the College, but a refusal to allow consultation will not prevent the College from meeting its obligation to reach a decision regarding a student's return to or continuation in residence. In some circumstances, the level of care recommended by clinicians may cause the College temporarily to change a student's place of residence or to deny residence, if in the judgment of College officers the necessary and recommended care cannot appropriately be provided in a student residential setting or is beyond the capacity and purpose of the College to provide. Since appropriate residential accommodations and follow-up treatment take time to arrange, students who have been hospitalized should expect that consultation between clinicians and officers of the College will need to occur at least 24 hours prior to a student's anticipated return to residence. Both clinicians and College officers will make every effort to resolve questions promptly and, in case of disagreement, to discuss issues immediately and openly with the affected student. Ordinarily, consultation will occur between the student's attending clinician, the relevant HUHS clinician coordinating the case, and the student's Resident Dean. In the event of disagreement, the HUHS clinician, the Resident Dean, or the student may ask that the appropriate Chief of Service at HUHS, the Dean of Students, or another senior College official designated by the Dean of Harvard College be involved. While HUHS clinicians and officers of the College will endeavor to respect the wishes of students regarding treatment recommendations and residential arrangements, the final determination about residence in Harvard housing will rest with Harvard College.

# Consultations and Interventions for Behavioral Disturbances Due to Alcohol or Drug Abuse or Other Health Issues

## BEHAVIORAL DISTURBANCES DUE TO ALCOHOL OR DRUG ABUSE OR OTHER HEALTH ISSUES

The College's concern for students' wellbeing encompasses the preservation of a safe environment and the proactive provision of health resources. The College communicates to all students the availability of psychological, psychiatric, and medical resources at HUHS for consultation, assessment, education, intervention, and possible ongoing treatment of behavioral disturbances arising from alcohol or drug use and other health issues. The College encourages students' voluntary use of these confidential resources, and proctors, tutors, and Resident Deans routinely refer students to them or remind students of their availability.

Occasionally, a student having potentially significant problems with the use of alcohol and/or the use of drugs, or having other health issues, does not voluntarily seek help to ameliorate them. These problems often become apparent to residential staff, Harvard police, or other University officers in the form of significant disruption of, for example, life in the residential community, disturbance of personal relationships, or threats to the safety of individuals or of property. A student's behavioral problems resulting from substance use or a psychological disorder also may recur or persist over time, and thus may pose a significant threat to the student's own health and wellbeing or the health and wellbeing of others. The College may initiate disciplinary proceedings in response to the student's conduct. In addition, regardless of whether disciplinary proceedings are initiated, if a student has not voluntarily sought help, the student's Resident Dean may formally refer the student to HUHS for evaluation, ideally in consultation and cooperation with the student.

### Health Concerns

The use of illicit drugs and the misuse of alcohol or prescription drugs are potentially harmful to health. In particular, synthetically-produced drugs often have unpredictable emotional and physical side effects that constitute an extreme health hazard. Students should also weigh the seriousness of potential loss of function that may come from ingesting illicit drugs or too much alcohol. Because of the considerable hazards involved in drug and alcohol use, administrative, medical, and psychiatric help for students having alcohol or other drug problems are available on a confidential basis from Harvard University Health Services, as well from Resident Deans and other officers of the University.

### Referrals for Interventions/Regarding Alcohol and/or Other Drug Abuse

The following procedures outline the process for obtaining consultation for a Harvard College student whose known or suspected alcohol or drug use is affecting the student's ability to function effectively as a student and/or as a member of the Harvard community. Referrals to Harvard University Health Services may be made by a Resident Dean based on incidents that come to the Resident Dean's attention or as a result of Administrative Board action. Structured consultation with students takes place with HUHS' Center for Wellness and Health Promotion (CWHP) and are not intended to take the place of routine advising conversations between Resident Deans and students. The procedures and resources outlined below focus on the health and safety of the student.

### Grounds for Referral

Any of the following conditions may lead a Resident Dean or the Administrative Board to refer a student for an intervention with CWHP about the student's known or suspected alcohol or

drug use:

- § A medical complication resulting from alcohol or drug use (e.g., aspiration, traumatic accident, alcohol poisoning, seizure, blackout, overdose, infection from intravenous use).
- § Repeated incidents related to alcohol or drug use that require medical intervention.
- § A serious behavioral or disciplinary problem related to alcohol or drug use.
- § Disruption in the residential community or academic environment related to alcohol or drug use.
- § Academic difficulties or other problems in functioning related to misuse of alcohol or drugs.
- § Repeated minor infraction of rules regarding alcohol or drug use.

*Referral Letter*

The Resident Dean makes the referral for an intervention in writing to the student with a copy to the Prevention Specialist/Health Educator at CWHP and a copy for the student's College file. The referral letter frames the referral as a consultation regarding the student's alcohol or other substance use, rather than as treatment or counseling. The referral letter clearly communicates that the student is expected to schedule the appointment(s) with an CWHP staff member and complete the designated program within a specified time of receiving the letter (ordinarily, no more than three weeks) and is to comply with all of the provider's recommendations. It is also made clear in the referral letter that, should the student choose to decline the referral, the Resident Dean and senior officers of the House and the College will assess, on the basis of available information, whether it is appropriate for the student to continue in residence and to remain enrolled in the College. For more information on this topic, see the sections "Policies Governing Enrollment and Residency," and "Consultations and Interventions Due to Alcohol or Drug Abuse or Other Health Issues"

*CHWP Interventions*

The CWHP staff member will meet with the student individually either for an individual consultation or for two BASICS (Brief Alcohol Screening & Intervention for College Students) sessions. Both interventions involve discussing the student's substance use history and circumstances surrounding the referral CHWP staff may then direct the student to further resources. Resources include, but are not limited to, alcohol education, further assessment, ongoing counseling, and/or recovery groups, which are offered by CAMHS. It should also be noted that support is available from HUHS with or without a referral from a University officer; students can also access CWHP services on their own.

*Monitoring Student Compliance with Interventions for Alcohol/Substance Use*

During the intervention, the CWHP staff member will seek permission from the student to contact the appropriate College officer (typically, the student's Resident Dean) regarding the student's attendance and participation in the session(s) and what further action, if any, is recommended. Authorized release forms are used as necessary.

It is the responsibility of the Resident Dean, in consultation with the Prevention Specialist/Health Educator of CWHP and other senior College officials, to follow up with the student upon notification of a student's failure to comply with the recommended assessment, intervention, or treatment.

In the referral, the Resident Dean will communicate both to the student and to the clinician the basis of the College's concerns, and will make note of the referral in the student's file. Should the student choose to decline the referral, then the Resident Dean and senior officers of the College will assess on the basis of available information whether it is appropriate for the student

to continue in residence or remain enrolled in the College. The Dean of Harvard College may, if the Dean deems it necessary and appropriate, place such a student on an involuntary leave of absence from the College. (See "Involuntary Leaves of Absence.")

## AGREEMENT TO TREATMENT

Either at that time, based on the concerns that led to the referral, or other health concerns, should the student's problems persist, the Dean of Harvard College, in consultation with the student's Resident Dean and with HUHS, may condition the student's continued residence or enrollment in the College on the student's participation in ongoing counseling or other medical treatment. In this case, the Resident Dean will propose a formal agreement with the student, which will summarize the reasons for the College's concern and the requirement that the College be informed in the event that the student should fail to keep appointments, interrupt counseling against clinical advice, or otherwise undermine the therapeutic process. The student must sign the agreement, and a copy will be given to all members of the student's treatment team. Another copy will be placed in the student's file.

## MONITORING STUDENT COMPLIANCE – ALL HEALTH ISSUES

HUHS clinicians will determine the appropriate nature and venue of services for addressing the student's substance abuse or other health issues. These services may include individual counseling or therapy, medical evaluation by a primary care clinician, ongoing groups for students with substance abuse or behavioral disturbances, and/or other services available to students at HUHS. As with other clinical issues, in certain instances HUHS may deem it appropriate to refer a student to an outside clinician or program. In the event that the student receives ongoing services from an outside resource, the student must agree to permit that clinician or program to inform HUHS and the College if the student does not comply with treatment.

Should the student decline to participate in counseling, fail actively to engage in ongoing treatment, or continue to manifest behavioral disturbance, the College will assess whether the student may appropriately remain within the residential community, and the College will reserve the right to terminate the student's residence, or enrollment in the College, if appropriate. In this instance too, the Dean of Harvard College may, if the Dean deems it necessary and appropriate, place such a student on an involuntary leave of absence from the College (see "Involuntary Leaves of Absence"). A student placed on leave may request to return to the College when clinicians at HUHS are able to conclude, with the student's voluntary cooperation with their assessment, that the student may appropriately resume participation in the College community.

# MEDICAL INSURANCE AND HUHS

## Massachusetts Insurance Requirements

Massachusetts law requires that all students enrolled in an institution of higher learning in Massachusetts participate in a qualifying student health insurance program or in a health plan with comparable coverage. All Harvard students are automatically enrolled in the Harvard University Student Health Program (HUSHP) and the cost of the program is applied to their student bill.

## Harvard University Student Health Program (HUSHP)

hushp.harvard.edu

The Harvard University Student Health Program (HUSHP) comprises two parts:

§ The **Student Health Fee** is required of all students who are more than half time and studying in Massachusetts. This fee covers most services at HUHS, including internal medicine, medical/surgical specialty care, mental health/counseling services, physical therapy, radiology, and urgent care.

§ The **Student Health Insurance Plan** coverage includes emergency room visits, hospitalizations, diagnostic lab/radiology services, ambulatory surgery, specialty care outside HUHS, and prescription drug coverage. Benefit limits and cost-sharing may apply—visit hushp.harvard.edu for more details.

## Waiving the HUSHP Student Health Insurance Plan

Students enrolled in a comparable health insurance plan may be eligible to waive the Student Health Insurance Plan. Waivers must be completed by the appropriate deadline or the charges will remain on your student bill. See https://hushp.harvard.edu/waiver-eligibility-application-process/ for more information.

§ Before waiving, carefully evaluate whether your existing health plan will provide adequate, comprehensive coverage in the Boston area. Visit hushp.harvard.edu to review the waiver checklist for guidance. You will be fully responsible for all medical claims and prescription drug costs if you waive the Student Health Insurance Plan.

§ International students studying on campus at Harvard are not eligible to waive the Student Health Insurance Plan with foreign insurance,. This is a requirement pursuant to the Massachusetts student health program regulations.

For detailed information on the Harvard University Student Health Program policies, benefits, limitations, and exclusions, visit hushp.harvard.edu.

## Mental Health Coverage

The Student Health Insurance Plan covers mental health inpatient and outpatient services outside of HUHS.

Students who waive the Student Health Insurance Plan portion are eligible to receive care in the Counseling and Mental Health Service (CAMHS) in HUHS or through its telehealth partnership with TimelyCare under the Student Health Fee. There is no specific visit limit within CAMHS; the number of CAMHS visits is based on medical necessity and treatment recommendations as

determined by the provider. Students who waive the Student Health Insurance Plan are responsible for understanding their particular insurance coverage and payment of costs of mental health care they receive outside of CAMHS and its partnership with TimelyCare.

# Dental Coverage Options

An optional dental plan is available for students and their eligible dependents. Rates, enrollment, and benefit information is available at hushp.harvard.edu.

Students who do not enroll in a dental plan may choose to receive care on a fee-for-service at the Harvard Dental Service and/or the HSDM Dental Center.

# Confidentiality and Consent

HUHS protects the confidentiality of all health and health-related records to the full extent of the law. Patient health records are stored electronically and are only accessed by HUHS staff members directly involved in the case. Each and every staff member employed by or affiliated with HUHS must participate in a thorough training and orientation on health information privacy and security laws and standards, and sign a confidentiality statement agreeing to maintain patient privacy within and outside the workplace. Written authorization from the student is necessary to release record information to any third party, except in highly unusual circumstances as required by law, or as indicated in the following paragraphs. Any questions or concerns about issues of confidentiality or patient rights at HUHS should be addressed to the Patient Advocate at 617-495-7583 or patadvoc@huhs.harvard.edu.

The College may call upon professional staff at HUHS for consultation regarding the impact of a student's physical or emotional health on residence, on the necessity of a medical leave of absence, or on special academic or residential arrangements or accommodations (see also "Effect of Health Issues", "Clearance for Return", and "Attendance, Makeups for Examinations: Excused Absences, Reading Period, Hour and Midterm Examinations, and Extensions of Time for Written or Laboratory Work"). If, as part of the consultation, the College requests medical information from HUHS about a student, then that information may be provided, in ordinary circumstances, only with the student's permission. Where permission is given, only relevant information about the impact of a physical illness, disability, emotional difficulty, or other health condition on a student's residential and academic life is discussed; information that is not relevant to the arrangements of residential and academic adjustments under consideration will not be disclosed. When a student chooses not to allow HUHS to provide such information to the College regarding pending academic or residential arrangements or accommodations, then the College will proceed to make decisions in the absence of this information. It is also possible for students to initiate a consultation between their health care providers at HUHS and College administration.

In certain circumstances it may not be possible or advisable for professional staff at HUHS to obtain a student's consent to a disclosure of health or health-related information. Circumstances worthy of note include the following:

# Danger to Self or Others

One exception to obtaining a student's consent is the rare instance in which a student's medical condition or behavioral disturbance poses a danger to the student or threat to others or to the community. HUHS professional staff may then disclose any relevant information to any appropriate person, including College officials, for the purpose of protecting the student, others, or the community from harm. Generally, even in this situation, every effort is made to notify the student of the need to disclose and the reason for such disclosure.

## Treatment at Area Hospitals or Medical Facilities

HUHS will notify the College when it is aware of student hospitalizations or transfers to emergency departments. Such notification is provided to the College and is documented at HUHS. If the College has reason to believe that a student may be in a medical facility, the School may contact HUHS regarding a student's whereabouts. The HUHS clinician ordinarily will disclose only that the student is safely in care. When, in an HUHS clinician's medical judgment, a student is in a life-threatening condition, or is psychologically unstable, or has sustained an illness or injury that likely will result in a hospital admission or require care after discharge, that clinician will notify the College. Only information regarding the fact of the admission/discharge, location of the student, general medical condition, and prospects for return to enrollment or residence is shared; information regarding diagnosis or treatment is not shared. Students who are hospitalized or are receiving emergency care are expected to update HUHS; when the hospitalization or emergency room visit raises serious questions about the student's health or well-being, the student ordinarily will be assessed regarding suitability to return to enrollment or residence (See "Clearance for Return").

When HUHS is aware that a student who has been hospitalized or received emergency treatment decides to leave a medical facility against medical advice, an HUHS clinician may apprise the College of this decision, if in the clinician's judgment the student's decision may pose a significant risk of physical or emotional danger to the student or to members of the community. Depending upon the circumstances, the clinician may inform a Harvard College official of the student's location, decision to leave a facility against medical advice, risk of further injury or relapse, or possible threat to the student's own safety or to that of others.

## Patient Advocate

The HUHS Patient Advocate is available to help you:

§ Explore the resources available at Health Services.
§ Receive feedback or suggestions.
§ Resolve or mediate problems.
§ Discuss financial assistance options.
§ Coordinate accessible accommodations for your visit.

For more information about the ways that the Patient Advocate can help you, please visit https://huhs.harvard.edu/about-us/patient-advocate or contact the HUHS Patient Advocate directly at patadvoc@huhs.harvard.edu or 617-495-7583.

## Accessible Healthcare at Harvard

HUHS is prepared to meet the general and some specialized health care needs of students. Early contact with a primary care physician is advised to establish a base for continuity of care during a student's active enrollment at Harvard. Should a student need accommodation for consulting with their physician, including sign language **interpreters** or alternative format of communication, they should consult with the clinic or Patient Advocate in advance. The Care Coordination department in HUHS is also available to assist individuals who may need further support when navigating care or identifying resources as a student utilizes the healthcare system. If you need to implement plans for access, these services are available through the Disability Access Office (DAO) to support your campus experience.

# Required Immunizations

Massachusetts has strict immunization requirements that you must meet in order to register for classes. Immunizations help protect you from illnesses and contribute to the overall well-being of our community. **Students are encouraged to receive any required immunizations before arriving at Harvard, as many private health plans will cover the cost.** If students are unable to obtain these prior to arrival on campus, immunizations may be arranged at various locations in the area, including HUHS. Please note that health plans may not cover immunizations received at HUHS, in which case students will be responsible for the cost of the immunizations. Please note that the Student Health Insurance Plan covers preventive immunizations only administered at HUHS.

All students are required to comply with the Massachusetts immunization regulations and submit a complete immunization history to HUHS prior to registration. **Non-submission and/or missing required immunizations will place a hold on the student's account and prevent registering for classes**.

# Travel Health Immunizations and Information

HUHS provides immunizations and related services, including expert counseling and advice for individual travel health needs, on a fee-for-service basis. HUHS recommends scheduling travel health appointments six to eight weeks in advance of travel.

The Student Health Fee covers care at HUHS, but does not cover care elsewhere. Students enrolled in the Student Health Insurance Plan are covered throughout the United States and abroad; however, these benefits are limited while traveling. Review Travel in the U.S. and Travel outside the U.S. for details. Students enrolled in non-Harvard insurance should contact their insurance company to verify their coverage while traveling. Be sure to ask about benefits and potential out-of-pocket costs.

# POLICIES FOR UNDERGRADUATE STUDENT ORGANIZATIONS

The College views a commitment to nondiscrimination as essential to its pedagogical objectives and institutional mission. This commitment is reflected in the expectations outlined below for students as members of our College community and members of undergraduate organizations. Discrimination based on race, color, sex, gender identity, sexual orientation, religion, creed, national origin, age, ancestry, veteran status, disability, military service, or any other legally protected basis is contrary to the principles and policies of Harvard University. (See "Non-Discrimination and Anti-Bullying" and "Unrecognized and Non-Harvard Organizations").

Harvard College categorizes student organizations in the following way:

§ Independent Student Organizations (ISOs). ISOs receive designated benefits from the College, are responsible for meeting filing requirements with the Dean of Students Office, and are accountable to the College for responsible use of those benefits.
§ Department Sponsored Student Organizations (DSSOs): DSSOs are led, organized, or sponsored by University departments, offices, or units and thus do not meet the definition of recognized Independent Student Organizations. DSSOs receive designated benefits afforded to ISOs and file with the Dean of Students Office to obtain access to those benefits.
§ Recognized Social Organizations (RSOs): RSOs are organizations composed primarily of Harvard College undergraduates, whose purpose is primarily social and which do not discriminate on the basis of gender. RSOs work closely with the Dean of Students Office to be considered for, and to maintain, their recognition.
§ Unrecognized or Non-Harvard Organizations: As these organizations are not recognized, the College does not provide them with access, support, or benefits. Individual students involved in such organizations remain subject to the College's policies including the policy regarding unrecognized organizations discussed further below.

For more on these categories and the process by which they are governed, see the *Student Organization Resource Guide.*

## Unrecognized and Non-Harvard Organizations

The regulations for ISOs require they maintain local autonomy. This means all policy decisions must be made without obligation to any parent organization. The regulations also require ISOs to comply with the University's policy that discrimination based on race, gender identity, sexual orientation, religion, creed, national origin, age, ancestry, veteran status, disability, military service, or any other legally protected basis is contrary to the principles and policies of Harvard University (see "Non-Discrimination and Anti-Bullying"). In this way, the independence and integrity of the College are maintained.

From time to time, undergraduates raise questions about their membership in unrecognized or non-Harvard organizations. It is important students make well-informed decisions when considering membership in these organizations. Organizations defined as non-Harvard or as unrecognized organizations are not permitted to conduct any activity at Harvard even though their activities involve Harvard undergraduates.

However, in special circumstances, unrecognized student organizations whose membership consists entirely of Harvard College undergraduates may, at the discretion of a particular Harvard office or department, be permitted to co-sponsor educational programs organized by

that office or department.

## Hazing

The laws of the Commonwealth of Massachusetts forbid any form of hazing in connection with initiation into a student organization (see "Massachusetts Anti-Hazing Law"). As a condition of College recognition, all student organizations must file non-hazing attestation forms as part of the Student Organization Registration process hosted by the Dean of Students Office. These policies also apply to unrecognized organizations whose membership is made up of Harvard College students. See https://dso.college.harvard.edu/student-organizations.

## Religion

The ability to express one's views regarding religion is a significant freedom of speech that the College upholds. In some instances, this type of expression becomes an avenue for persuasion to affiliate with a particular religion. Discussion in this vein is prohibited when the educational and work environment of an individual or the community is jeopardized. Harassment is defined as actions on the part of an individual or group that demean or abuse another individual because of religious beliefs or that continue after the affected individual has requested a termination of that type of discussion. In all instances in which a particular religion sponsors an event or discussion, the individual or group initiating such contact must clearly identify its sponsorship or the sectarian religious nature of its agenda.

On occasion, students have expressed concerns about feeling pressure to join a particular religious organization. The Harvard Chaplains, the interfaith association of chaplains at Harvard, are attuned to some of the issues related to religious recruitment through high-pressure tactics and can offer suggestions for intervention and prevention. More information is available in the Harvard Chaplains Office (617-495-5529) in the Memorial Church basement.

## Distribution of Printed Matter

Distribution of printed matter in the Houses, dormitories, Dudley residences, Annenberg Hall, or on Harvard property must be approved by the Dean of Students Office. The Faculty Deans, Dudley Community Resident Dean, and the First-Year Experience Office have the right to regulate the time, place, and manner of distribution in their areas. In each of the above cases, permission to distribute printed matter may be granted upon outreach to the respective House or Office. For distribution of materials outdoors, all ISOs must register with the Dean of Students Office.

## Solicitation

Solicitation in University buildings and on University property must have prior approval of the proper authority. For more specifics, consult the Dean of Students office.

## Use of Harvard University Trademarks

The use of the names and insignia of Harvard College and Harvard University or any of the University's units by any student is permitted only as spelled out in the University "Policy on the Use of the Harvard Names and Insignias," found at https://trademark.harvard.edu/policy-on-use-of-harvard-names-and-insignias. In particular, reference to "Harvard," "Harvard College," or "Harvard University," or suggestions of affiliation with the College or University in connection with any organization, publication, activity, or third party is allowable only with advance

permission of the Dean of Harvard College or the Provost.

The Harvard Trademark Program (http://trademark.harvard.edu) is charged with the protection and licensing of Harvard's trademarks worldwide and the administration of the University's internal use-of-name policies and guidelines. The office also provides advice to members of the Harvard community on a wide range of trademark-related issues.

In its protection efforts, the Trademark Program registers Harvard's various trademarks and works to stop their unauthorized use around the world. Through its domestic and international licensing endeavors, the office licenses the University's trademarks (e.g., Harvard, Harvard University, Harvard College, Harvard Medical School, HBS, Harvard Football, the VERITAS shield, etc.) to qualified companies to produce a variety of insignia items; proceeds from the sales of these items are provided to the FAS for undergraduate financial aid. The office also administers Harvard's use-of-name policies, which were established by the University to ensure that the Harvard name and insignias are used appropriately and accurately by the University community and in accordance with the principles contained in the policies.

All Harvard student group names incorporating any of the University's trademarks are owned by the President and Fellows of Harvard College (Harvard University) and are used by permission of the University. In addition, the use of any of Harvard's shields/logos by student groups is by permission of the University. Also, any use of Harvard's names/logos by student groups or students must comply with all relevant University policies, including the "Policy on the Use of Harvard Names and Insignias," available at https://trademark.harvard.edu/policy-on-use-of-harvard-names-and-insignias.

No student shall be connected with any advertising medium (including the press, the internet, or other public forum) or publication that makes use of the name of Harvard or Radcliffe or implies without permission of the University, through its title or otherwise, a connection with the University.

## Fundraising and Development

Any ISO/DSSO wishing to raise funds outside the Harvard University campus — whether from an individual, alumni/ae, or from an organization — must receive prior approval from the Dean of Students Office. ISOs/RSOs must also obtain permission of the Dean to solicit support from alumni/ae and may request information on ways to reach alumni/ae for the purpose of development through the Dean of Students Office. Regulations regarding fundraising can be found in the *Student Organization Resource Guide*.

## Meetings and Events

Officers of ISOs and DSSOs must receive approval for on-campus conferences and other large on-campus events and activities can be found online in the Student Organization Center Online (SOCO) and in the *Student Organization Resource Guide*.

Officers of ISOs, RSOs, and DSSOs must receive approval for conferences and other large events from the Dean of Students Office prior to planning such events. In addition, officers of ISOs and RSOs should alert the Dean of Students Office before signing any contracts with vendors, hotels, consultants, or performers. (DSSOs may not sign contracts on their own behalf.)

# Restricted Dates for Events

Permission will not be given to hold concerts, dramatic performances, debates, meetings, rallies, contests of any kind, etc., during Examination Periods. Late night social events also will not be approved during the weekend of the Head of the Charles Regatta. In addition, restrictions will be placed on events during Reading Periods if they interfere with residential areas and libraries where exam preparation is underway.

# Working with Minors

Harvard University is committed to providing a safe environment for everyone on its campuses and in its programs. This commitment includes the thousands of minors who participate in programs and activities both on and off campus. Members of the Harvard community who interact with minors in any official capacity are expected to foster and maintain an appropriate and secure environment for minors. The University policy can be found here: http://youthprotection.harvard.edu/policy. Guidance for ISOs/RSOs to comply with this policy can be found in the *Student Organization Resource Guide*.

# Exceptions to Student Organization Policies

The Dean of Students Office may grant exceptions to the rules for ad hoc groups of enrolled students who wish to hold occasional meetings in College rooms. Ad hoc groups of enrolled students may also petition the Dean of Students Office for permission to poster on campus. Groups petitioning must list at least 10 enrolled students and include a contact name on the poster.

It will be understood that these ad hoc groups must observe the regulations of the College and the policies of the FAS in the use of Harvard facilities, and, in particular, must be autonomous of outside organizations. They may not act to endanger the tax-exempt status of the University nor fail to comply with its policies regarding nondiscrimination and harassment.

Exceptions to the Regulations may be granted only by petition to the Dean of Students Office.

# FINANCIAL OBLIGATIONS

A student's total financial obligation in the event of a leave of absence, requirement to withdraw, or move off-campus can be determined from the chart available on the Registrar's website (https://registrar.fas.harvard.edu/enrollment#financial). In addition to the cancellation fee, housing and food charges are prorated and continue to the day a student leaves College residence. During the academic year, cancellation of housing and food charges is contingent on submitting the proper paperwork to the Housing Office. Students who move off-campus during the academic year must submit the proper paperwork via the online Residential Portal to the Housing Office; however, the complete Student Services fee continues to be assessed. For students who do not fall into one of the above categories (i.e., a leave of absence, a requirement to withdraw, or a move off-campus) but who are absent from Cambridge for whatever reason, housing and food charges continue to be assessed through the end of the term. When a student moves into on- campus housing from off-campus during the academic year, housing rent and food charges will be assessed from the day the student takes up residence in the College. Full food charges are prorated to the day that the student moves on campus. For specific deadlines, see the Dean of Students Office and Housing Office websites.

## Payment Policy

Students are responsible for payment of their tuition and fees. This responsibility includes reviewing student accounts on my.harvard upon receipt of an account notification each month and making sure that payments are made by the due dates. Students must ensure that parents and others who make payments on their behalf are able to access the student account. Tuition and fees must be paid in full in order for students to enroll in classes each term. The College may deny enrollment to those students whose charges are not paid by the established deadlines. Payments for Commencement, and for the November and March degree periods, must also be made by the designated due dates. No degree can be conferred until all indebtedness to the University is paid in full. Additional charges that may be added to the student account after degrees are conferred must also be paid in full.

## Amount Due

The amount due includes all charges on the student's account on my.harvard that have not been paid, and are not being covered by anticipated aid. Email notifications are sent when new charges are added to the account, or when charges are due within the next two weeks. Charges for the fall term are added to the student account in July with a payment due date in mid-August. Spring term charges are added to the account in December and due in January. Upon receipt of the first account notification, students are expected to review the transactions and set up parents and all others (besides sponsors) who need access to the account as delegates. Once set up, delegates will also receive account notifications. More detailed information is available on the University Student Financial Services website or by emailing student_billing@harvard.edu.

## Monthly Payment Plan

The University offers a monthly payment plan that allows eligible students to pay tuition and required fees in four monthly installments each term. Under this plan, fall term installments are due in August, September, October, and November. Spring term installments are due in January, February, March, and April. There is a $35 charge per term for use of this plan.

Any balance due from a prior term must be paid in full before students can enroll in the payment plan. Once enrolled, payment plan installments must be paid by the due date each month.

Students who do not pay their installments on time may not be permitted to continue to use the payment plan.

Students can enroll in the monthly payment plan on my.harvard from their student account. For more information on the payment plan, see the University Student Financial Services website at https://sfs.harvard.edu/.

# Student Account Refunds

The Harvard College Financial Aid Office is responsible for issuing refunds (overpayments) on student accounts. Refunds are issued through direct deposit to a U.S. checking or savings account on file, or via paper check if no direct deposit account information exists. Students are responsible for ensuring that their mailing address and/or student account refund direct deposit information is up to date, as refunds may be issued automatically. Inactive (non-enrolled) student's account are reviewed, and refunds are issued, twice per year (or upon request from the student). Active (enrolled) students' accounts will be reviewed annually for a refund or can be initiated per the student's request.

# Late Payment of Tuition and Fees

Charges for tuition and fees must be paid in full by the due dates indicated on the student account. Any student whose indebtedness to the University remains unpaid after the designated payment due dates may be deprived of the privileges of the University. Reinstatement is possible only after all charges have been paid and consent of the Dean of Harvard College is obtained.

Additionally, students who leave the University with an amount due on their student account and who fail to make acceptable payment arrangements to bring their account current, may be referred to a collection agency. It is further understood that students may be responsible for paying a collection agency fee, which may be based on a percentage at a maximum of 40 percent of their delinquent balance, plus all costs and expenses, including reasonable attorney's fees, necessary for the collection of their delinquent account. Finally, it is understood that their delinquent account may be reported to one or more credit bureaus.

# Information for Degree Candidates

Students who have applied for graduation must pay any outstanding amount due to the University by the designated due date in order to receive their diploma. Additional charges that may be added to the student account after degrees are conferred must also be paid in full.

# Acceleration

Students who have completed degree requirements in fewer terms than the number required had they worked at an average rate of 16 credits (four courses per term, 4 credits per course) may petition the Registrar through their Resident Dean for waiver of the residency requirement. (See also "Residency Requirement," "Rate of Work," and "Study Abroad").

An accelerated degree program has serious and sometimes complex academic implications. Students should have a discussion with their Resident Dean before undertaking such a plan.

# Dishonored Payments

A $25 fee is assessed for payments returned by Harvard University's bank. A payment is returned unpaid by the bank due to insufficient funds, no bank account being found, or because it has been stopped by the payer. After the initial return, the University may also require that future payments be made by certified check or money order.

# Information for Students Leaving the College

Students who leave the College for any reason must pay all due charges on their student account. Students who leave during the academic year are charged tuition and the student services fee to the end of the period in which they leave; housing rent and food charges are calculated on a daily basis (see "Students' Financial Obligations in the Event of a Leave of Absence or Requirement to Withdraw" at https://registrar.fas.harvard.edu/enrollment#financial to view the chart). When a student leaves the College, student loans may go directly into grace or repayment. The student's Last Date of Attendance (LDA) is the date that is considered the start of the grace or repayment period, and that date will have occurred in the past, prior to the Administrative Board's action. Students should contact the Harvard University Student Loan Office at student_loans@harvard.edu or https://sfs.harvard.edu/loans or their loan servicer directly with any questions regarding their loans.

The chart does not include any charges for the Harvard University Student Health Insurance Program. Separate policies apply to these fees; additional information regarding charges for Student Health Services fees or Blue Cross Blue Shield insurance can be found at hushp.harvard.edu. Housing rent charges continue to the day the student leaves College residence. Full-food charges will continue to the day the student submits the proper paperwork to their House office or the Housing Office. The room key must also be returned to the House Office or building manager's office.

The fee schedule also applies to those students who move off-campus during the academic year; however, the complete Student Services Fee continues to be assessed. For those students who do not fall into the category of a leave of absence, requirement to withdraw, or move off-campus but who are absent from Cambridge for whatever reason, housing and food charges continue to be assessed through the end of term.

Students who fail to pay their University bills by the prescribed date will be deprived of the privileges of the University and not allowed to graduate.

# FINANCIAL AID

The Committee on Admissions and Financial Aid strives to make a Harvard education affordable for all admitted students. Financial aid awards are need-based and may consist of grants and/or employment. Loans are also available.

## Conditions Governing Financial Aid Awards

1. Neither the amount of institutional financial aid granted nor the amount lent to any student shall be altered during any given academic year because of changes in the student's academic or disciplinary status, so long as the student is permitted to remain enrolled at the College. However, adjustments in the amount of financial aid awarded may be made at any time in response to unanticipated changes in a student's financial circumstances, additional information received about resources or expenses, or if a student is enrolled less than full time.
2. The nature and amount of financial aid to be awarded for the following academic year will be reviewed each year, taking into account the financial need and enrollment status of the individual student and the resources available to the Committee on Admissions and Financial Aid.
3. All financial aid awards are based on demonstrated need, and students seeking assistance must file a renewal application each year. Renewal application instructions are emailed to students in February and completed application forms are due May 1. Students must comply with the May 1 deadline to be assured of continued financial aid

eligibility. The Committee on Financial Aid will not consider applications for assistance after August 1 without an appeal in writing.

4. If an award recipient takes a leave of absence or is required to withdraw before completing the period covered by the award, an adjustment of the award will be necessary. Institutional aid is adjusted based on institutional policies which may include other areas of Harvard such as Dining Services, Housing, and Health Services. Federal aid is adjusted based on federal policy and guidelines for Return of Title IV Funds (R2T4). The part of the award used to cover educational costs may reduce a student's eligibility for scholarship aid in their later terms. Students are typically eligible to apply for 8 terms of institutional financial aid. Any additional aid will be awarded at the discretion of the Committee on Financial Aid in accordance with College and FAS policies.

5. If an award holder takes a leave of absence after an award has been determined, but before completing the check-in process for the academic year, the award will be canceled. Students may apply for an award when they are ready to return to the College. Students returning from a leave should be aware that all loan repayments and/or term bill obligations must be current before any financial aid can be granted.

6. Awards are available only if the holder is regularly registered in the College as an undergraduate. The Committee will normally reduce the amount of the award if holders choose to live at the home of their parents/guardian during the academic year; study abroad for credit at a reduced cost; or are granted permission by the Disability Access Office (DAO) to work and pay at a reduced course rate.

7. Typically, students have eight terms of institutional financial aid eligibility. If a student has taken a leave during a term and used a portion of their financial aid eligibility, they will need to petition the Financial Aid Committee to be considered for full eligibility for their final term.

8. Award holders must notify the Griffin Financial Aid Office of any change in residence during the academic year for which they have an award.

9. Award holders are required to notify the Griffin Financial Aid Office of any change in their educational financial resources for the year, such as receipt of additional outside scholarship assistance. The Committee reserves the right to review the award in the event of a change in a student's resources.

10. Students who have borrowed from loan funds must report to the Griffin Financial Aid Office for an exit interview prior to graduation or at the time of a leave of absence or requirement to withdraw.

## Basis of Original Award

Scholarships are awarded to students who demonstrate required financial need in order to pursue their course of studies. Awards are based solely on need, and the Committee on Financial Aid makes the final determination of family need.

All awards are made annually on the basis of financial need as demonstrated through a variety of forms, including the College Scholarship Service PROFILE and the Free Application for Federal Student Aid (FAFSA). Financial need is determined in accordance with federal and institutional guidelines, and it follows the general procedures of the College Scholarship Service and the assessment guidelines established by the Committee on Financial Aid. Detailed information regarding financial aid awards and procedures can be found on Harvard's financial aid website at https://college.harvard.edu/financial-aid.

## Reapplication of Financial Aid after First Year

Students in the College must file an application each year to reapply for financial aid. Renewal aid application materials are described on the financial aid website (https://college.harvard.edu/financial-aid). The nature and amount of financial aid to be awarded for the following academic year will be reviewed each year, typically in the late spring and

summer, taking into account the financial need and the academic progression of the individual student and the resources available to the Committee on Admissions and Financial Aid.

Applications for aid are considered carefully every year for changes in financial need, and awards will be adjusted accordingly if a student's family financial resources increase or decrease. The Committee is ready at all times to consider initial or additional requests for assistance from any student in the College whose family encounters financial hardship.

# Expectations Regarding Other Contributions

PARENTAL CONTRIBUTION

The Committee expects parents to provide as much assistance from both income and assets as is feasible, by determination of institutional need analysis guidelines. The Committee also expects parents to provide assistance for the student during the student's entire undergraduate career. When a student's parents are divorced, both parents are ordinarily required to file financial statements and to provide a portion of the parental contribution. Arbitrary withdrawal of parental support will not be met with increased scholarship funds. Students facing irreconcilable differences with their parents should contact the Griffin Financial Aid Office to discuss their circumstances and how to best proceed.

PARENT LOANS

Parents of students in Harvard College have access to various loan plans. Information is available from the Griffin Financial Aid Office website, at https://college.harvard.edu/financial-aid/how-aid-works/types-aid/parent-loans.

SUMMER EARNINGS

Harvard does not have a summer earnings expectation.

STUDENT ASSETS

In assessing a student's resources, the Griffin Financial Aid Office will ordinarily ask that a percentage of the student assets  be used to pay for college costs.

In assessing a student's resources, the Griffin Financial Aid Office will ordinarily ask that a percentage of the student's savings be used to pay for college costs.

OUTSIDE SCHOLARSHIPS

Students receiving scholarship assistance are required to report to the Griffin Financial Aid Office any outside scholarships they receive through the Outside Awards Reporting System (OARS) found under the Financial Aid tab of their my.harvard student portal. Notifying another office at Harvard (i.e., the Student Accounts Office) of the receipt of an outside award does not satisfy this requirement. Outside scholarships are first used to replace the term-time work expectation in the financial aid award. If the total amount of outside scholarships exceeds the term-time work expectation, then the Harvard Scholarship will be reduced.

## Nonresident, Married, and Out-of-Residence Students

NONRESIDENT STUDENTS

The charges for nonresident students are tuition, the Student Services fee, and the Health Services Fee. Students who receive permission to live off-campus are budgeted the same amount for housing, food, and personal expenses as students living on campus, depending on circumstances. Students desiring to live off-campus may want to consider the fact that off-campus costs may be higher than on-campus expenses.

MARRIED STUDENTS OR STUDENTS WITH DEPENDENTS

The College has no scholarship funds with which to provide extra help to married students. It is the policy of the Griffin Financial Aid Office to treat married students as if they are nonresident single students, expecting the student's parents or spouse to provide the necessary extra support. In some extraordinary cases, additional loan and/or job assistance may be available.

STUDENTS STUDYING OUT OF RESIDENCE

Students studying at other institutions during the academic year who are receiving academic credit toward Harvard degrees will ordinarily be eligible for financial aid in accordance with the usual conditions.

## Summer School

Students eligible for need-based financial aid from Harvard College and attending Harvard Summer School for degree credit may apply for loan assistance from the Griffin Financial Aid Office. Some limited scholarship funding for summer study abroad is available through the Mignone Center for Career Success (MCS) with limited need-based loans coordinated through the Griffin Financial Aid Office.

## Refund Policy

If a student who is receiving any form of financial aid takes a leave of absence or is required to withdraw, the refund of institutional funds will be based on the amount of tuition and fees abated, and that amount will be returned to the financial aid fund. A special refund rule applies to Federal Direct Student and Parent Loans, Federal Pell Grants, Federal Supplemental Education Grants, and Massachusetts State Grants. These Title IV federal and state funds will be returned to the agencies based on the amount for which the student is no longer eligible. Copies of these refund policies are available upon request from the Griffin Financial Aid Office at 617-495-1581 or faoinfo@fas.harvard.edu.

## Federal Verification

Harvard University participates in the U.S. Department of Education's Federal Verification Program, which may require additional documentation of certain data elements reported on a student's FAFSA form. Failure to complete Federal Verification requirements as outlined by the Griffin Financial Aid Office may result in forfeiture of certain types of Federal Aid.

## Statement of Privacy

All information submitted for the purpose of securing financial aid is protected under Harvard's

Enterprise Security policy, the Federal Educational Rights and Privacy Act of 1974 (FERPA), and the Gramm-Leach Bliley Act of 2000 (GLB). Under these provisions, Harvard ensures the privacy and safeguarding of all financial aid information. For additional information, please contact the Griffin Financial Aid Office at 617-495-1581.

# EDUCATION RECORDS

The Family Educational Rights and Privacy Act of 1974, as amended (FERPA), is a federal law that gives students certain rights with respect to their education records.

## Education Records

Harvard's FAS maintains student records for both  Harvard College and the GSAS. These education records generally include records such as permanent and local addresses, admissions records, enrollment status, course grades, reports and evaluations, completion of requirements and progress toward the degree, records of disciplinary actions, letters of recommendation, and other correspondence with or concerning the student.

## Access

To be useful, students' records must be accurate and complete. The officials who maintain these records are those in charge of the functions reflected in the records and the offices where the records are kept. These ordinarily include the Registrar of FAS, as well as certain officers of the GSAS and Harvard College, including, for example, the Divisional Deans, the Chairs of academic departments and/or concentration committees, the Director of Admissions, the Dean of Students, the Resident Deans, and the Head Tutors or Directors of Undergraduate Studies. All students have access to their own education records and may contribute to them if they feel there is need for clarification. Students wishing access to their education records should contact the Registrar's Office. Ordinarily, students are asked to submit a written request that identifies the specific record or records they wish to inspect. Access will be given within 45 days from receipt of the request. When a record contains information about more than one student, the student requesting access may inspect and review only the portion of the record relating to themselves. Students also are not permitted to view letters and statements of recommendation to which they waived their right of access, or that were placed in their file before January 1, 1975.

Students should direct any questions they have about the accuracy of records to the person in charge of the office where the records are kept. If questions still remain, the matter may be referred to the Associate Registrar for Operations in the Registrar's Office. Should it be necessary, a hearing may be held to resolve challenges concerning the accuracy of records in those cases where informal discussions have not satisfactorily settled the questions raised.

## Directory Information

The FAS regards the following information as "directory information," that is, information that, under FERPA, can be made available to the general public: full name; reported date of birth; dates of attendance; concentration; class year; digitized image (please note that while Harvard classifies photos and images as directory information, these are rarely released to parties outside the University without the student's permission); local or campus residence address and telephone number; University email address; secondary school (for College students); undergraduate college (for GSAS students); home town or city at the time the application for admission was filed by the student; original class at time of matriculation; degree candidate status; date of graduation (actual or expected); degree(s) received with field of concentration and level of honors granted (if any); department of study; University prizes, fellowships, and similar honors awarded; and, in certain cases, students' and parents' or guardians' home addresses and telephone numbers. For student employees: job title, teaching appointment (if applicable), employing department, and dates of employment. For Harvard College, directory information also includes House affiliation, and height and weight of members of athletic teams.

Please note that Harvard University's definition of directory information, found at http://provost.harvard.edu/files/provost/files/ferpa_overview.pdf may include elements in addition to those used by FAS, and that requests for directory information received at the University level thus may result in disclosure of such additional elements.

Students may direct FAS not to disclose their directory information, usually known as putting in place a "FERPA Block." To do so, a student must inform the Registrar's Office in person and sign a form requesting that the information be blocked. Students should be aware of the possible consequences of putting in place a FERPA Block, such as missed mailings, messages, and announcements, non-verification of enrollment or degree status, and non-inclusion in the Harvard Commencement booklet. Students who have previously chosen to put in place a FERPA Block may decide to reverse this decision, also by informing the Registrar's Office in writing.

## Other Disclosures Permitted under FERPA

Parents or legal guardians of students are ordinarily informed of important changes of status, such as leaves of absence, probation, and requirement to withdraw. Under certain extenuating circumstances, a student may request an exception to this rule.

In addition to permitting the disclosure of directory information, as set forth above, FERPA permits disclosure of educational records without a student's knowledge or consent under certain circumstances. For example, disclosure is permitted to Harvard officials with a legitimate educational interest in the records, meaning that the person needs the information in order to fulfill their professional responsibilities, including instructional, supervisory, advisory, administrative, academic or research, staff support or other duties. "Harvard officials" include faculty; administrators; clerical employees; professional employees; Harvard University Health Services staff members; Harvard University Police Department officers; agents of the University, such as independent contractors performing functions on behalf of FAS or the University; members of Harvard's governing boards; and students serving on an official FAS, College, GSAS, or University committee, or assisting another Harvard official in performing their tasks. A student's education record also may be shared with parties outside the University under certain conditions, including, for example, in situations involving a health and safety emergency. In addition, the Registrar's Office will forward a student's education records to other agencies or institutions that have requested the records and in which the student seeks or intends to enroll or is already enrolled so long as the disclosure is for purposes related to the student's enrollment or transfer.

If either Harvard College or the GSAS finds that a student has committed a disciplinary violation involving a crime of violence or a non-forcible sex offense, then FAS also may, if legally permitted and appropriate in the judgment of Harvard College or the GSAS, disclose certain information about the disciplinary case.

The disclosure may include the student's name, the violation committed, and the sanction imposed.

## Student Rights under FERPA

As set forth above, under both Harvard policy and FERPA, students and former students may inspect and review certain of their education records that are maintained by Harvard. They also have the right to exercise limited control over other people's access to their education records; seek to correct their education records if they believe them to be inaccurate, misleading, or otherwise in violation of their FERPA rights; file a complaint with the U.S. Department of Education if they believe Harvard has not complied with the requirements of FERPA; and be fully informed of their rights under FERPA. Complaints regarding alleged violation of rights of students under FERPA may be submitted in writing within 180 days to the Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202-5920.

## Users Located in the European Economic Area

Students located in the European Union, Iceland, Liechtenstein, or Norway (the "European Economic Area"), should visit https://gdpr.harvard.edu/eeaprivacydisclosures regarding ways that certain Harvard University Schools, centers, units, and controlled entities, including this one, may collect, use, and share information about them.