# Exhibit 2

*Exhibit 2 is the subject of a forthcoming Motion for Leave to File Under Seal.*