# Exhibit 3

*Exhibit 3 is the subject of a forthcoming Motion for Leave to File Under Seal.*