**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Students 4 Mental Health Justice,<br><br>    Plaintiff,<br><br>        v.<br><br>THE PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE a/k/a the Harvard<br>Corporation d/b/a Harvard University,<br><br>    Defendant. | Civil Action No. 1:25-cv-11452 |

**RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 15(a)(1)(B), Plaintiff Students 4 Mental Health Justice will file an

amended complaint no later than November 17, 2025.


Dated: November 10, 2025          By:_____

                                       Thomas Zito (BBO# 679136)
                                       Disability Rights Advocates
                                       2001 Center St., 3rd Fl.
                                       Berkeley, CA 94704
                                       Tel: (510) 665-8644
                                       Email: tzito@dralegal.org

                                       Madeleine Reichman*
                                       655 Third Avenue, Suite 2619
                                       New York, NY 10017
                                       Tel.: (212) 644-8644
                                       Fax: (212) 644-8636
                                       mreichman@dralegal.org

                             By:    */s/ Anna P. Prakash*
                                       Anna P. Prakash*
                                       Kiese Hansen*
                                       NICHOLS KASTER, PLLP

4700 IDS Center
80 S. 8th Street
Minneapolis, MN, 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
khansen@nka.com

*Counsel for Plaintiff*
*\*Admitted Pro Hac Vice*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of November 2025, a true and correct copy of the

foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served

electronically on all counsel of record.

_____

Thomas Zito (BBO# 679136)