UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Students 4 Mental Health Justice,<br><br>Plaintiff,<br><br>v.<br><br>The President and Fellows of Harvard College,<br><br>Defendant. | CIVIL ACTION NO.: 1:25-cv-11452 |

## JOINT STATEMENT OF THE PARTIES PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 16(F) & 26(F) AND LOCAL RULE 16.1 AND [PROPOSED] SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16(f) and 26(f), Local Rule 16.1, and the Court's Notice of Scheduling Conference dated January 2, 2026 (Dkt. No. 47.), counsel for the parties have conferred and hereby submit this Joint Statement in advance of the Scheduling Conference set for January 16, 2026.

### I.    PROPOSED AGENDA FOR THE SCHEDULING CONFERENCE

Pursuant to the Notice of Scheduling, counsel are not required to prepare an agenda of matters to be discussed at the scheduling conference. (Dkt. No. 47.)

### II.    PENDING MOTIONS

No motions are currently pending.

### III.    PROPOSED DISCOVERY SCHEDULES

The parties were not able to reach an agreement on a proposed discovery schedule. Each party's proposal is therefore set forth below.

a. Plaintiff's proposal

Plaintiff requests that the written discovery deadline fall closer to the depositions deadline, as written discovery will inform depositions and vice versa. Additionally, Plaintiff is of the position that it is routine in civil litigation for dispositive motions deadlines to fall after all discovery is complete, including expert discovery.

    i.  Initial Disclosures: February 20, 2026

   ii.  Amendments to Pleadings: February 20, 2026

  iii.  Fact Discovery – Interim Deadlines:

      1.  Written discovery (requests for production of documents, interrogatories and requests for admissions) shall be served no later than: October 9, 2026

      2.  All depositions, other than expert depositions, must be completed by: November 6, 2026

  iv.  Fact Discovery – Final Deadline:

      1.  All discovery, other than expert discovery, must be completed by November 6, 2026

   v.  Expert Discovery

      1.  All trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by: January 8, 2027

      2.  All rebuttal experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by: February 8, 2027

      3.  All experts must be deposed by: February 26, 2027

  vi.  Dispositive Motions

      1.  Dispositive motions must be filed by: April 2, 2027

      2.  Oppositions to dispositive motions must be filed within 21 days after service of the motion

3. Replies in support of dispositive motions must be filed within 14 days from filing of oppositions

b. Defendant's proposal

Defendant proposes a phased discovery schedule pursuant to which the Court considers any dispositive motion(s) prior to the parties engaging in expert discovery.  Defendant suggests that this phased discovery will promote efficiency and potentially narrow some or all of the issues in dispute before the parties engage in expert discovery.

i. Initial Disclosures: February 20, 2026

ii. Amendments to Pleadings: February 20, 2026

iii. Fact Discovery – Interim Deadlines:

1. Written discovery (requests for production of documents, interrogatories and requests for admissions) shall be served no later than: July 3, 2026

2. All depositions, other than expert depositions, must be completed by: November 6, 2026

iv. Fact Discovery – Final Deadline:

1. All discovery, other than expert discovery, must be completed by November 6, 2026

v. Dispositive Motions must be filed by February 1, 2027; oppositions to be filed within 21 days after service of the motion

vi. Designation and disclosure of experts shall be scheduled by the Court following the resolution of any dispositive motion practice.

## IV.    DISCOVERY PLAN

The parties have conferred regarding preservation of discoverable information and have had initial conversations regarding general parameters of discovery for the case.

## V.    SETTLEMENT OFFER AND RESPONSE

Plaintiff provided a settlement demand letter to Defendant.  Defendant will respond.

## VI.    REASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE

At this time, the parties do not consent to reassign this matter to a United States Magistrate Judge.

## VII.    ALTERNATIVE DISPUTE RESOLUTION

At this time, the parties have not reached an agreement as to judicial mediation and/or settlement conference.

## VIII.    LOCAL RULE 16.1(D)(3) CERTIFICATIONS

Counsel for each party and the authorized representative for each party certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of litigation, and to consider resolution through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Dated: January 9, 2026

**DISABILITY RIGHTS ADVOCATES**

By:    */s/ Thomas Zito*

Thomas Zito (BBO# 679136)
Disability Rights Advocates
2001 Center St., 3rd Fl.
Berkeley, CA 94704
Tel: (510) 665-8644
Email: tzito@dralegal.org

Madeleine Reichman*
655 Third Avenue, Suite 2619
New York, NY 10017
Tel.: (212) 644-8644
Fax: (212) 644-8636
mreichman@dralegal.org

*/s/ Anna P. Prakash*
Anna P. Prakash*
Kiese Hansen*
NICHOLS KASTER, PLLP
4700 IDS Center, 80 S. 8th Street
Minneapolis, MN, 55402

Telephone: (612) 256-3200
Facsimile: (612) 338-4878
aprakash@nka.com
khansen@nka.com

*Counsel for Plaintiff*
*\*Admitted Pro Hac Vice*

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg (BBO #666482)
Melanie Stallone (BBO #711658)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160
vsteinberg@clohertysteinberg.com
mstallone@clohertysteinberg.com

*Attorneys for Defendant President and*
*Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2026, this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/      *Thomas Zito*
Thomas Zito (BBO# 679136)